Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Home Loan Center, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  Lending Tree Loans<br>FDBA  Freeapprovalfinder.com, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 33-0970598 |

4. Debtor's address

**Principal place of business**

**11115 Rushmore Drive**
**Charlotte, NC 28277**
Number, Street, City, State & ZIP Code

**Mecklenburg**
County

**Mailing address, if different from principal place of business**

7 West 41st Avenue - #523
San Mateo, CA 94403
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL)   **None**

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5239____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | District _____ | When _____ | | Case number _____ | |
| | District _____ | When _____ | | Case number _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | Debtor _____ | | | Relationship _____ | |
| | District _____ | When _____ | | Case number, if known _____ | |

**11. Why is the case filed in this district?**   *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes.   Insurance agency _____
  Contact name _____
  Phone _____

---

**▉ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [ ] 50-99
- [✓] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [✓] $10,000,001 - $50  million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities\***

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [✓] $10,000,001 - $50  million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

---

\*Notwithstanding the entry of the RFC judgment, the Debtor believes that after its appeal is prosecuted, the aggregate claims against it will be in the range of liabilities checked on this petition. If the Debtor is not successful with its appeal, the amount of liabilities will be higher.

Debtor    Home Loan Center, Inc.                                    Case number (if known) _____
          Name

███  **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature     The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    of authorized
    representative of debtor       I have been authorized to file this petition on behalf of the debtor.

                                   I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                                   I declare under penalty of perjury that the foregoing is true and correct.

                                   Executed on    07/21/2019
                                                  MM / DD / YYYY

                          X _____          Matthew English
                            Signature of authorized representative of debtor    Printed name

                            Title   **Chief Restructuring Officer**


18. Signature of attorney  X  /s/ Malhar S. Pagay                    Date  07/21/2019
                              Signature of attorney for debtor              MM / DD / YYYY

                              Malhar S. Pagay
                              Printed name

                              Pachulski Stang Ziehl & Jones LLP
                              Firm name

                              10100 Santa Monica Blvd.
                              13th Floor
                              Los Angeles, CA 90067-4003
                              Number, Street, City, State & ZIP Code

                              Contact phone   310-277-6910        Email address   mpagay@pszjlaw.com

                              189289 CA
                              Bar number and State

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## HOME LOAN CENTER, INC.
### (a California corporation)

A. Kyle Everett, being the sole member of the Board of Directors (the "Board") of Home Loan Center, Inc., a California corporation (the "Company"), adopts the following resolutions.

WHEREAS, the Board has considered the financial and operational (and non-operational) aspects of the Company's business;

WHEREAS, the Board has considered the company's assets as well as its current and long term liabilities of the Company (including but not limited to the judgment against the Company in connection with *ResCap Liquidating Trust v. HLC*, Case No 14-cv-1716 by the United States District Court for the District of Minnesota (the "RFC Litigation"), the litigation pending against the Company in *In re Lehman Brothers Holdings, Inc.* (*Lehman Brothers Holdings, Inc. v. HLC*), Adversary Proceeding No. 16-01019 in the United States Bankruptcy Court for the Southern District of New York (Bankruptcy Case No. 08-13555), indemnification demands made by CitiBank, N.A, JP Morgan Chase & Co., Deutsche Bank National Trust Co., and potential indemnification obligations to other investors;

WHEREAS, the Board has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial restructuring of the Company;

WHEREAS, the Board has analyzed each of the financial and strategic alternatives available to it, the significant likelihood of success in connection with appeal of the judgment in the RFC litigation and the impact of the foregoing on the Company's stakeholders. Specifically, the Board is aware that the plaintiff in the RFC Litigation will be authorized to commence execution efforts with respect to the judgment on or about July 22, 2019 unless the Company is able to post a bond to stay enforcement of the judgment pending the Company's appeal of the judgment. Execution on the judgment would prejudice other stakeholders by eliminating the availability of assets to satisfy claims and interests asserted by other stakeholders. Since the Company lacks the financial resources to post a bond, the only way to protect the interests of all stakeholders is to commence a case under chapter 11 of the United States Bankruptcy Code to obtain the benefits of the automatic stay while the Company appeals the judgment and to provide the Company with an efficient and cost-effective forum to resolve any other claims against the Company.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court");

RESOLVED, that the officer of the Company (the "Authorized Officer") be, and hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that

such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officer, on behalf of the Company, is authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officer, on behalf of the Company, is authorized, empowered and directed to retain the firm of Arch & Beam Global, LLC ("Arch + Beam") to provide Matthew English as Chief Restructuring Officer effective as of the date the petition is filed, and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Arch + Beam;

RESOLVED, that the Authorized Officer, on behalf of the Company, is authorized, empowered and directed to retain the services of Williams & Connolly LLP ("W&C") as the Company's special litigation and appellate counsel, effective as of the date the petition is filed, and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of W&C;

RESOLVED, that the Authorized Officer of the Company be, and hereby is, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officer be, and hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

RESOLVED, that any and all actions heretofore taken by the Authorized Officer or the director of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and

RESOLVED, that the foregoing resolutions be filed with the records of the meetings of the Board.

Dated: 7/16/19

_____
A. Kyle Everett

DOCS_LA:319922.5 36859/001

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Home Loan Center, Inc. |
| United States Bankruptcy Court for the: | Northern District of California |
| | (State) |
| Case number (If known): | 19- |

☐ Check if this is an
amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims, on a consolidated basis.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ResCap Liquidating Trust (as successor to Residential Funding Company, LLC)<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010 | Kathleen Sullivan, Esq.<br>Tel: (212) 849-7000<br>kathleensullivan@quinnemanuel.com | Judgment | Disputed | | | $68,484,502.06[1] |
| 2 | Lehman Brothers Holdings Inc.<br>Wollmuth Maher & Deutsch LLP<br>William Maher, Esq.<br>500 5th Avenue<br>New York, NY 10110<br><br>Fox Rothschild LLP<br>Michael A. Rollin, Esq.<br>101 Park Avenue, 17th Flr<br>New York, NY 10178 | Wollmuth Maher & Deutsch LLP<br>William Maher, Esq.<br>Tel: (212) 382-3300<br>wmaher@wmd-law.com<br><br>Fox Rothschild LLP<br>Michael A. Rollin, Esq.<br>Tel: (212) 878-7900<br>mrollin@foxrothschild.com | Indemnification | Contingent Unliquidated Disputed | | | $40,200,000.00[2] |

[1] The Debtor believes that the claim asserted by ResCap Liquidating Trust is substantially overstated and that it will be allowed, if at all, in a substantially reduced amount.
[2] The Debtor believes that the claim asserted by Lehman Brothers Holdings Inc. is substantially overstated and that it will be allowed, if at all, in a substantially reduced amount.

DOCS_LA:319910.1

Case: 19-51455     Doc# 1     Filed: 07/21/19     Entered: 07/21/19 17:40:35     Page 8 of 38

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3 | JP Morgan Chase & Co. Four New York Plaza 19th Floor New York, NY 10004-2413 | Annette C. Rizzi, Associate General Counsel Tel:(212) 623-1570 Annette.c.rizzi@jpmorganchase.com | Indemnification | Contingent Unliquidated Disputed | | | $3,100,000.000 |
| 4 | Christy Rogers Ellis and Jimmy Hoyt Ellis c/o William J. Brown & Associates, PLLC 23 N. Ocoee St. P.O. Box 1001 Cleveland, TN 37364 | Andrew J. Brown, Esq. Tel: (423) 476-4515 | Judgment | | | | $1,500.00 |
| 5 | Citibank, N.A. Citi Mortgage, Inc. 1000 Technology Dr. O'Fallon, MO 63368 | Becky Hancock, Repurchase Coordinator | Indemnification | Contingent Unliquidated Disputed | | | Unknown |
| 6 | Credit Suisse 1 Madison Ave. New York, NY 10010 | Attention: Mortgage Banking Department | Indemnification | Contingent Unliquidated Disputed | | | Unknown |
| 7 | Encore Credit Corporation 1833 Alton Pkwy. Irvine, CA 92606 | Attention: Mortgage Banking Department | Indemnification | Contingent Unliquidated Disputed | | | Unknown |
| 8 | Federal Home Loan Mortgage Corporation 8200 Jones Branch Dr. McLean, VA 22102-3110 | Attention: Mortgage Banking Department | Indemnification | Contingent Unliquidated Disputed | | | Unknown |
| 9 | GMAC Bank P.O. Box 380901 Bloomington, MN 55438 | Attention: Mortgage Banking Department | Indemnification | Contingent Unliquidated Disputed | | | Unknown |
| 10 | National City Mortgage Co. P.O. Box 1820 Dayton, OH 45401-1820 | Attention: Mortgage Banking Department | Indemnification | Contingent Unliquidated Disputed | | | Unknown |
| 11 | US Bank P.O. Box 790408 St. Louis, MO 63179-0408 | Attention: Mortgage Banking Department | Indemnification | Contingent Unliquidated Disputed | | | Unknown |

DOCS_LA:319910.1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 Deutsche Bank National Trust Co. 1961 East Saint Andrew Place Santa Ana, CA 92705 | Attention: Mortgage Banking Department | Indemnification | Contingent Unliquidated Disputed | | | Unknown |
| 13 One West Bank, a division of CIT Bank, N.A. Successor to IndyMac Federal Bank, FSB 75 North Fair Oaks Avenue Pasadena, CA 91103 | Attention: Mortgage Banking Department | Indemnification | Contingent Unliquidated Disputed | | | Unknown |

DOCS_LA:319910.1

Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
         jrichards@pszjlaw.com
         mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-_____ (___)<br><br>**LIST OF EQUITY SECURITY HOLDERS** |

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lending Tree, LLC<br>11115 Rushmore Drive<br>Charlotte, NC 28277-3442 | Common | 100% | 100% |

Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
        jrichards@pszjlaw.com
        mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone:  415.263.7000
Facsimile:  415.263.7010
Email:  hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| HOME LOAN CENTER, INC. | Case No. 19-_____ (___) |
| Debtor. | **CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)** |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*check if applicable*]

Name:      Lending Tree, LLC
Address:   11115 Rushmore Drive
           Charlotte, NC 28277-3442

Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
        jrichards@pszjlaw.com
        mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| HOME LOAN CENTER, INC., | Case No. 19-____ (___) |
| Debtor. | **CERTIFICATION OF CREDITOR MATRIX** |

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the above captioned Debtor hereby certifies that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtor's creditors. To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

Fill in this information to identify the case:

Debtor name    **Home Loan Center, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

**Official Form 202**

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| ▮ | **Declaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule*
- ▮ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ▮ Other document that requires a declaration   **List of Equity Holders, Corporate Ownership Statement, Creditor Matrix Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/21/2019              x   _____
                                            Signature of individual signing on behalf of debtor

                                            **Matthew English**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

1900 Capital Trust II
c/o Gross, Polowy & Orlans, Esq.
1775 Wehrele Dr., Ste. 100
Buffalo, NY 14221


Adam Steven Kerekanich
13801 Riverport Drive. Suite 502
Maryland Heights, MO 63043


Alabama Dept of Revenue
P.O. Box 320001
Montgomery, AL 36132


Alan D. Walton
Re: Pamela Lee Techow
8070 Main Street, Box 489
Birch Run, MI 48415


Alaska Dept of Revenue
P.O. Box 110400
Juneau, AK 99811


Andrew J. Brown, Esq.
William J. Brown & Associates, PLLC
23 N. Ocoee St.
P.O. Box 1001
Cleveland, TN 37364


Arizona Dept of Revenue
2005 North Central Ave.
Ste. 100
Phoenix, AZ 85004


Arkansas Dept of Finance and Admin
P.O. Box 1272
Little Rock, AR 72203

Audrey Earl Featherston
2985 Hwy. 13
Erin, TN 37061


Bank of America
c/o Frenkel Lambert Weiss Weisma
20 West Main Street
Bay Shore, NY 11706


Bank of America
2112 Business Center Drive
Second Floor
Irvine, CA 92612


Bank of America Home Loans
Warehouse Lending
8511 Fallbrook Ave., 3rd Floor
Mail Code: CA9-911-03-23
West Hills, CA 91304


Bank of America Home Loans
225 West Hillcrest Drive
Mail Code: CA6-918-01-03
Thousand Oaks, CA 91360


Bank of New York Mellon
255 Merrick Rd.
Rockville Centre, NY 11570


Bank of New York Mellon
c/o Maria Siderus
242 Drexel Ave
Westbury, NY 11590


Bank of New York Mellon
c/o Joshua R. Orem
Shapiro & Sutherland LLC
7632 SW Durham Rd, Ste 350
Tigard, OR 97224

Bank of NY Mellon
c/o Robin L. Miller
400 S. Hope St.
Ste. 400
Los Angeles, CA 90071


Barry Ray Collier
2634 Martin Luther King Highway
Waverly, VA 23890


Bayview Loan Servicing, LLC
c/o O'Connell Attmore & Morris LLC
280 Trumbull St.
Hartford, CT 06103-3598


Beneficial Homeowner Service
c/o Fein, Such & Crane
28 East Main St., Suite 1800
Rochester, NY 14614


Brian Jay Powers
7328 Chesapeake Road
Middle Village, MD 21220


California Sec of State - Fee/Tax Admin
Account Info Group, MIC 29
P.O. Box 924879
Sacramento, CA 94279


Celeste Y. Braxton, et al.
2227 W. Jefferson St.
Louisville, KY 40212


Charles A. Reinhardt, Jr.
Re: City of Durham
3805 University Drive, STE E
Durham, NC 27707

Chase Mortgage Warehouse Finance
Attn: Veronica J. Chapple
Senior Operations Manager
14800 Frye Road, Mailstop TX1-0022
Fort Worth, TX 76155


CIT Bank, NA
c/o Windels Marx Lane LLP
156 W 56th Street
New York, NY 10019


CitiBank, N.A.
Becky Hancock, Repurchase Coordinator,
Citi Mortgage, Inc.
1000 Technology Dr.
O Fallon, MO 63368


CitiMortgage, Inc.
Attn: Richard P. McCoppin
Manager Eligibility & Wholesale MIS
1000 Technology Drive/MS 111
O'Fallon, MO 63304


Codilis Law, LLC
Re: Wells Fargo Bank
8050 Cleveland Place
Merrillville, IN 46410


Colorado Secretary of State
Bankruptcy Unit
1375 Sherman St., Rm. 504
Denver, CO 80261


Comptroller of Maryland
P.O. Box 1829
Annapolis, MD 21410


Connecticut Dept of Revenue Services
450 Columbus Blvd
Hartford, CT 06103

Corodata
2621 Research Dr.
Corona, CA 92882


Countrywide Bank, FSB
8511 Fallbrook Avenue
Mail Stop: WH-51F
West Hills, CA 91304


Countrywide Home Loans, Inc.
Correspondent Lending Division
450 American Street, Mail Stop No. SV3-5
Attn: VP of Production
Simi Valley, CA 93065


Credit Suisse
Attn: Mortgage Banking Dept.
11 Madison Ave.
New York, NY 10010


Daisy Criscitiello
49 Deborah Loop
Staten Island, NY 10312


Darren M. Welsh
409 W. 14th St
Atlantic, IA 50022


David Myers
121 McMahan Road
Seymour, TN 37865


Dawn R. Levine
Re: Jacqueline J. Waldon
274 Washington Avenue
Marietta, GA 30060

Delaware Div of Revenue
Carvel State Office Bldg
820 N. French St., 8th Flr.
Wilmington, DE 19801


Deutsche Bank National Trust
c/o Leopold & Associates, PLLC
80 Business Park Dr.
Ste. 110
Armonk, NY 10504


Deutsche Bank National Trust Co.
Attn: Mortgage Banking Dept.
1961 East Saint Andrew Place
Santa Ana, CA 92705


Deutsche Bank National Trust Co.
c/o Sun Young Park, Esq.
300 South Grand Ave.
41st Flr.
Los Angeles, CA 90071


Deutsche Bank Trus Company Americas
as Trustee for Res Accredit Loans, Inc.
c/o McCalla Raymer Leibert Pierce LLC
50 Weston St
Hartford, CT 06120


Discover Bank
12 Read's Way
Attention: Mike Rickert
New Castle, DE 19720


Discover Bank
Attn: Mike Rickert
12 Read's Way
New Castle, DE 19720

Discover Financial Services
Attention: Kelly McNamara Corley
2500 Lake Cook Road
Riverwoods, IL 60015


Discover Financial Services
c/o Sidley Austin LLP
Attention: Paul L. Choi
One South Dearborn Street
Chicago, IL 60603


District of Columbia Office of Tax & Rev
1101 4th St, SW
Suite 270 West
Washington, DC 20024


Ditech Financial LLC
c/o Woods Oviatt Gilman, LLC
2 State St., 175 Mile Crossing
Rochester, NY 14614


Ditech Financial LLC
McCalla Raymer Leibert Pierce LLC
50 Weston St
Hartford, CT 06120


Ditech Financial LLC
c/o Zack Baisley
26 Harvester Ave.
Batavia, NY 14020


Drusilla L. Stevenson
13 STATION ROAD
JONESBORO, ME 04648


Eastern Savings Bank
c/o Geraghty & Bonnano LLC
38 Granite Street
P.O. Box 231
New London, CT 06320

Edward A. Alarcon-MacLain
7510 SW 26 Court
Davie, FL 33314


Employment Development Department
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Encore Credit Corporation
Attn: Mortgage Banking Dept.
1833 Alton Pkwy
Irvine, CA 92606


Federal Home Loan Mortgage Corporation
Attn: Mortgage Banking Dept.
8200 Jones Branch Dr.
Mc Lean, VA 22102-3110


Federal National Mortgage Association
3900 Wisconsin Ave., NW
Washington, DC 20016-2892


FELIX ALAMO
3119 W DOUGLAS ST
TAMPA, FL 33607


First Residential Mortgage Network, Inc.
Attention: Saul L. Pohn
9721 Ormsby Station Road
Louisville, KY 40223


First Residential Mortgage Network, Inc.
c/o Patton Boggs, LLP
2000 McKinney Avenue, Suite 1700
Attn: Michael Waldron
Dallas, TX 75201

Florida Dept of Revenue
Office of General Counsel
P.O. Box 6668
Tallahassee, FL 32314


FNMA
c/o Gross Polowy Orlans LLC
1775 Wehrle Drive, Ste 100
Williamsville, NY 14221


FNMA
c/o Rosicki & Associates, P.C.
51 E. Bethpage Rd
Plainview, NY 11803


FNMA
6409 Congress Avenue
Suite 100
Boca Raton, FL 33487


FNMA
c/o McCalla Reymer Leibert Pierce LLC
50 Weston Street
Hartford, CT 06120


Fox Rothschild, LLP
Michael A. Rollin, Esq.
101 Park Avenue, 17th Flr.
New York, NY 10178


Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952


GMAC Bank
Attn: Mortgage Banking Dept.
P.O. Box 380901
Bloomington, MN 55438

Greater New Haven Water Pollution Cont.
c/o Parrett Porto Parese & Colwell PC
2319 Whitney Ave., Ste. 1D
Hamden, CT 06518


Hal R, Kyles
Re: Highland Court Residence Homeowners'
1445 Market Street, Suite 350
Denver, CO 80202


Hawaii Dept of Taxation
830 Punchbowl St
Honolulu, HI 96813


Hope E. Collier
2634 Martin Luther King Highway
Waverly, VA 23890


HSBC Bank USA
c/o McCabe, Weisberg & Conway, PC
145 Huguenot Street, Ste 210
New Rochelle, NY 10801


Idaho State Tax Commission
11321 W. Chinden Blvd., Bldg 2
Boise, ID 83714


Illinois Dept of Revenue
P.O. Box 19035
Springfield, IL 62794


Indiana Dept of Revenue
P.O. Box 6197
Indianapolis, IN 46206

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iowa Dept of Revenue
P.O. Box 10470
Des Moines, IA 50306


Iron Mountain
1760 North Saint Thomas Circle
Orange, CA 92665


James Garnet
Re: US Bank National Association
1080 Main Street
Pawtucket, RI 02860


Jason P. Grable
Re: State of Ohio, Department of Taxatio
81 South 4th Street, Suite 300
Columbus, OH 45249


John E. Baldacci, Jr.
Re: Wilmington Savings Fund
30 Danforth Street, Suite 104
Portland, ME 04101


JP Morgan Chase & Co.
Annette C. Rizzi, Assoc. General Counsel
Four New York Plaza, 19th Flr.
New York, NY 10004-2413


JPMorgan Chase Bank
c/o James A. Craft
1499 SE Tech Center Pl., Suite 255
Vancouver, WA 98683

```
JPMorgan Chase Bank, N.A.
712 Main Street, 7th Floor
Attention:  Jack Camiolo
Houston, TX 77002


JPMorgan Chase Bank, N.A.
Attn:  Marjorie A. Hirsch
Vice President and Asst General Counsel
1111 Fanin, 10th Flr (Mail Code TX2-F069
Houston, TX 77002


JPMorgan Chase Bank, N.A.
Attn:  Mr. John Greene
712 Main Street, 9th Floor
Houston, TX 77002


JPMorgan Chase Bank, N.A.
c/o Adam R. Hollar
1499 SE Tech Center Pl., Ste 255
Vancouver, WA 98683


JPMorgan Chase Bank, N.A.
c/o Cara Richter
Shapiro & Sutherland LLC
1499 SE Tech Center Pl., Ste 255
Vancouver, WA 98683


JPMorgan Chase Bank, N.A.
c/o Kelly D. Sutherland
Shapiro & Sutherland LLC
1499 SE Tech Center Pl., Ste 255
Vancouver, WA 98683


JPMorgan Chase Bank, N.A.
c/o Holger Uhl
Shapiro & Sutherland LLC
7632 SW Durham Rd., Ste 350
Tigard, OR 97224
```

JPMorgan Chase Bank, N.A.
c/o Joshua R. Orem
Shapiro & Sutherland LLC
7632 SW Durham Rd., Ste 350
Tigard, OR 97224


Kansas Dept of Revenue
Attn: Bankruptcy Unit
Civil Tax Enforcement
P.O. Box 12005
Topeka, KS 66601


Kenneth L. Simpson
Re: PHH Mortgage Corporation
6937 Gloria Drive
Cincinnati, OH 45239


Kentucky Dept of Revenue
Attn: Legal Support Branch - Bankruptcy
P.O. Box 5222
Frankfort, KY 40602


Kim Lynam
207 South Magnolia Ave.
Andrews, SC 29510


Lamchick Law Group, P.A.
Re: AJX Mortgage Trust
9350 South Dixie Hwy, Penthouse Three
Miami, FL 33156


Lehman Brothers Holding Inc.
c/o Wollmuth Maher & Deutsch LLP
500 5th Avenue
New York, NY 10110


Lending Tree, Inc.
11115 Rushmore Drive
Charlotte, NC 28277

Louisiana Secretary of State
Attn: Bankruptcy/Litigation Division
P.O. Box 4064
Baton Rouge, LA 70802


Maine Revenue Services
Attn: Compliance/Legal
P.O. Box 1060
Augusta, ME 04332


Martin P. Sheehan
Sheehan & Associates
41-15th Street
Wheeling, WV 26003


Massachusetts Dept of Revenue
Bankruptcy Unit
P.O. Box 9564
100 Cambridge St., 7th Flr.
Boston, MA 02114


Matthew E. Laughlin
The Davis Brown Tower
215 10th Street
Suite 1300
Des Moines, IA 50309


Mayor and City Council of Baltimore City
100 N. Holliday Street
Baltimore, MD 21202


McCaffery Estates Condominium Ass.
c/o Kevin Davis Wickless
Kevin Wickless Law, LLC
99 Main Street, Suite 3C
Norwich, CT 06360


McRae & Metcalf
Re: Keith Mneill Plumbing Contractor v.
2612 Centennial Place
Tallahassee, FL 32308

Michael M. Grantham
1201 Willis Hill Road
Victor, NY 14564


Michael M. Grantham
690 E Fairway Drive
Litchfield, AZ 85340


Michigan Dept of Treasury
Office of Collections
P.O. Box 30199
Lansing, MI 48909


Microsoft Corporation
Office 365
One Microsoft Way
Redmond, WA 98052


Midfirst Bank
c/o Gross Polowy, LLC
1775 Wehrle Dr.
Ste. 100
Williamsville, NY 14221


Midfirst Bank
c/o Witherspoon Law
790 Farmington Ave
Farmington, CT 06032


Minnesota Dept of Revenue
600 Robert St. N.
Saint Paul, MN 55101


Mississippi Dept of Revenue
Attn: Legal Affairs
P.O. Box 1033
Jackson, MS 39215

Missouri Dept of Revenue
P.O. Box 3300
Jefferson City, MO 65105


Montana Dept of Revenue
Attn: Bankruptcy
P.O. Box 8021
Helena, MT 59604


MTGLQ
c/o Richard Francis Komosinski
565 Taxter Rd.
Ste. 590
Elmsford, NY 10523-2300


MTGLQ Investors LP
c/o Bradford S. Bernstein, Esq.
Miles & Stockbridge, P.C.
11 North Washington St., Suite 700
Rockville, MD 20850


MTGLQ Investors, L.P.
11 N. Washington Street, Suite 700
Rockville, MD 20850


Murray S. Eckell Re: Maureen P. Moore
300 W. State Street, Suite 300
Media, PA 19063


National City Bank
101 South Fifth Street, 6th Floor
Attn: Michael A. Johnson, Vice Presiden
Louisville, KY 40202


National City Mortgage Co.
Attn: Mortgage Banking Dept.
P.O. Box 1820
Dayton, OH 45401-1820

Nationstar Mortgage LLC
c/o John Andrew Di Caro
175 Mile Crossing Blvd
Rochester, NY 14624-6249


Nevada Dept of Taxation
Attn: Bankruptcy/Legal
1550 College Pkwy
Carson City, NV 89701


New Hampshire Dept of Revenue
Attn: Bankruptcy/Legal
P.O. Box 637
Concord, NH 03302


New Jersey Div of Taxation
Bankruptcy Section
State of New Jersey/Dept of Treasury
P.O. Box 245
Trenton, NJ 08695


New Mexico Taxation & Revenue Dept
Attn: Bankruptcy/Legal
P.O. Box 25127
Santa Fe, NM 87504


New York State Dept of Taxation
P.O. Box 5300
Albany, NY 12205


North Carolina Dept of Revenue
ATtn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602


Ocwen Loan Servicing, LLC
c/o Clarfield, Okon & Salomone, Pl
114 Old County Rd., Ste 400
Mineola, NY 11501

Office of State Tax Commissioner
Attn: Bankruptcy/Legal
600 E. Blvd. Ave. Dept. 127
Bismarck, ND 58505


Ohio Dept of Taxation
30 E. Broad St.
21st Floor
Columbus, OH 43215


Oklahoma Tax Commission
Attn: Legal Division
100 North Broadway, Ste. 1500
Oklahoma City, OK 73102


OneWest Bank, a div. of CIT Bank, N.A.
Successor to IndyMac Federal Bank, FSB
Attn: Mortgage Banking Dept.
75 North Fair Oaks Ave
Pasadena, CA 91103


Oregon Dept of Revenue
Attn: Bankruptcy/Legal
P.O. Box 14790
Salem, OR 97309


Pennsylvania Dept of Revenue
P.O. Box 280427
Harrisburg, PA 17128


Peter A. Koort, Attorney
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229


PNC Bank, NA
c/o Calvin A. Knickerbocker, III
RCO Legal PS
511 SW 10th Ave., Ste 400
Portland, OR 97205

PNC Bank, National Association
c/o MCCABE, WEISBERG & CONWAY, PC
145 Huguenot Street, Ste 210
New Rochelle, NY 10801


Quickbooks
Intuit Inc.
2800 E. Commerce Center Pl
Tucson, AZ 85706


Raymond F. Runyon, Esq.
Runyon & Runyon
301 Main Street
Clarksville, TN 37040


ResCap Liquidating Trust as successor to
Residential Funding Company, LLC)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave., 22nd Floor
New York, NY 10010


Rhode Island Div of Taxation
One Capitol Hill
Providence, RI 02908


Richard H. Broderick
Re: Danyel L. Tardy
P.O. Box 5
Lincoln, ME 04457


Roger Criscitello
49 Deborah Loop
Staten Island, NY 10312


Ronald Collins
140 Homewood Drive
Genoa, IL 60135

Ronald Osburn
4523 W. Evergreen Ct.
Visalia, CA 93277


Saul O. Leopold
Re: Deutsche Bank National Trust Company
80 Business Park Drive, Suite 110
Armonk, NY 10504


Saul O. Leopold
Re: The Bank Of New York Mellon
80 Business Park Drive, Suite 110
Armonk, NY 10504


Scott B. Tankel
Re: Brandon Brook Homeowners
1022 Main Street, Suite D
Dunedin, FL 34698


Shirley Neely
123 Woodmont Circle
Greenville, SC 29605


Simone Sebastian
Re: PNC Bank, National Association
7 Century Drive, Suite 201
Parsippany, NJ 07054


South Carolina Dept of Revenue
P.O. Box 12265
Columbia, SC 29211


South Dakota Dept of Revenue
Anderson Bldg., Mail Code 5055445
East Capitol Ave
Pierre, SD 57501

State of Georgia Dept of Revenue
Legal Affairs & Tax Policy
1800 Century Blvd. NE, Ste 15209
Atlanta, GA 30340


Steven Ozonian
50 Vista Del Sol
Laguna Beach, CA 92651


Steven V. Barker
2107 Broadway
Kalamazoo, MI 49008


Susan W. Cody
Re: Brian Easler & Stephanie Easler
900 Chelmsford Street, Suite 3102
Lowell, MA 01851


Tammy R. Grantham
1201 Willis Hill Road
Victor, NY 14564


Tasha A. Welsh
2814 Country Club Drive
Atlantic, IA 50022


Techow
c/o Alan D. Walton
Breckenridge & Associates
8070 Main Street, Box 489
Birch Run, MI 48415


Tennessee Dept of Revenue
Attn: Collection Services/Bankruptcy
500 Deaderick St., Floor 8
Nashville, TN 37242

Texas Comptroller
P.O. Box 13528
Capitol Station
Austin, TX 78711


The Unknown Heirs of David A. Hooshangia
4301 W 74th St
Prairie Village, KS 66208


Timothy Ferris
2607 Forest Avenue 130
Chico, CA 95928


U.S. Bank National
c/o Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221


US Bank
Attn: Mortgage Banking Dept.
P.O. Box 790408
Saint Louis, MO 63179-0408


Utah State Tax Commission
Attn: Bankruptcy/Legal
Taxpayer Services Division
210 N. 1950 W
Salt Lake City, UT 84134


Vermont Department of Taxes
133 State Street
Montpelier, VT 05633


Washington State Department of Revenue
P.O. Box 47464
Olympia, WA 98504

Wells Fargo Bank NA
c/o Gross Polowy LLC
1775 Wehrl Drive, Suite 100
Williamsville, NY 14221


Wells Fargo Bank, NA
c/o McCabe, Weisberg & Conway, PC
145 Huguenot St., Ste 201
New Rochelle, NY 10801


West Virginia State Tax Department
Attn: Legal Division/Bankruptcy
P.O. Box 10015
Charleston, WV 25324


Whitney K. Barker
2107 Broadway
Kalamazoo, MI 49008


Wilmington Savings Fund
c/o McCalla Raymer Leibert
1 North Dearborn #12
Chicago, IL 60602


Wilmington Savings Fund Society, FSB
c/o Richard F. Komosinski
565 Taxter Rd.
Ste. 590
Elmsford, NY 10523


Wilmington Trust, NA
c/o McCalla Raymer Leibert Pierce, LLC
420 Lexington Ave.
Ste. 840
New York, NY 10170


Wisconsin Dept of Revenue
P.O. Box 8908
Madison, WI 53708

Wyoming Dept of Revenue
122 W. 25th St.
3rd Floor East
Cheyenne, WY 82002