# Notice Recipients

District/Off: 0971–5	User: awong2	Date Created: 7/22/2019
Case: 19–51455	Form ID: 309F	Total: 193

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
15014115    21
								TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Home Loan Center, Inc. | 7 West 41st Ave., #523 | San Mateo, CA 94403 | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113–3004 |
| aty | Malhar Pagay | Pachulski, Stang, Ziehl, Young and Jones | 10100 Santa Monica Blvd., 13th Fl. | Los Angeles, CA 90067 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 15013933 | 1900 Capital Trust II | c/o Gross, Polowy & Orlans, Esq. | 1775 Wehrele Dr, Ste 100 | Buffalo, NY 14221 |
| 15013934 | Adam Steven Kerekanich | 13801 Riverport Drive. Suite 502 | Maryland Heights, MO 63043 | |
| 15013935 | Alabama Dept of Revenue | P.O. Box 320001 | Montgomery, AL 36132 | |
| 15013936 | Alan D. Walton | Re: Pamela Lee Techow | 8070 Main Street, Box 489 | Birch Run, MI 48415 |
| 15013937 | Alaska Dept of Revenue | P.O. Box 110400 | Juneau, AK 99811 | |
| 15013938 | Andrew J. Brown | William J. Brown & Assoc., PLLC | 23 N. Ocoee St. | PO Box 1001    Cleveland, TN 37364 |
| 15013939 | Arizona Dept of Revenue | 2005 N Central Ave, Ste 100 | Phoenix, AZ 85004 | |
| 15013940 | Arkansas Dept of Finance & Admin | P.O. Box 1272 | Little Rock, AR 72203 | |
| 15013941 | Audrey Earl Featherston | 2985 Hwy. 13 | Erin, TN 37061 | |
| 15013944 | Bank of America | 2112 Business Center Dr 2nd Fl | Irvine, CA 92612 | |
| 15013945 | Bank of America | c/o Frenkel Lambert Weiss Weisman | 20 West Main Street | Bay Shore, NY 11706 |
| 15013942 | Bank of America Home Loans | 225 West Hillcrest Dr | Mail Code: CA6–918–01–03 | Thousand Oaks, CA 91360 |
| 15013943 | Bank of America Home Loans | Warehouse Lending | 8511 Fallbrook Ave., 3rd Fl | Mail Code: CA9–911–03–23    West Hills, CA 91304 |
| 15013949 | Bank of NY Mellon | c/o Robin L. Miller | 400 S Hope St, Ste 400 | Los Angeles, CA 90071 |
| 15013946 | Bank of New York Mellon | 255 Merrick Rd | Rockville Centre, NY 11570 | |
| 15013947 | Bank of New York Mellon | c/o Joshua R. Orem | Shapiro & Sutherland LLC | 7632 SW Durham Rd, Ste 350    Tigard, OR 97224 |
| 15013948 | Bank of New York Mellon | c/o Maria Siderus | 242 Drexel Ave | Westbury, NY 11590 |
| 15013950 | Barry Ray Collier | 2634 Martin Luther King Highway | Waverly, VA 23890 | |
| 15013951 | Bayview Loan Servicing, LLC | c/o O'Connell Attmore & Morris LLC | 280 Trumbull St | Hartford, CT 06103–3598 |
| 15013952 | Beneficial Homeowner Service | c/o Fein, Such & Crane | 28 East Main St, Ste 1800 | Rochester, NY 14614 |
| 15013953 | Brian Jay Powers | 7328 Chesapeake Road | Middle Village, MD 21220 | |
| 15013954 | CA Secty of State –Fee/Tax Admin | Account Info Group, MIC 29 | P.O. Box 924879 | Sacramento, CA 94279 |
| 15013958 | CIT Bank, NA | c/o Windels Marx Lane LLP | 156 W 56th Street | New York, NY 10019 |
| 15013961 | CO Secretary of State | Bankruptcy Unit | 1375 Sherman St, Rm 504 | Denver, CO 80261 |
| 15013968 | CT Dept of Revenue Services | 450 Columbus Blvd | Hartford, CT 06103 | |
| 15013955 | Celeste Y. Braxton, et al. | 2227 W. Jefferson St. | Louisville, KY 40212 | |
| 15013956 | Charles A. Reinhardt, Jr. | Re: City of Durham | 3805 University Drive, STE E | Durham, NC 27707 |
| 15013957 | Chase Mortgage Warehouse Finance | Attn: Veronica J. Chapple | Senior Operations Manager | 14800 Frye Rd, Mailstop TX1–0022    Fort Worth, TX 76155 |
| 15014363 | Christy Rogers Ellis and Jimmy Holt Ellis | c/o William J. Brown & Assoicates, PLLC | 123 N. Ocoee St.    P.O. Box 1001    Cleveland, TN 37364 | |
| 15013959 | CitiBank, N.A. | Becky Hancock, Repurchase Coord | Citi Mortgage, Inc. | 1000 Technology Dr.    O Fallon, MO 63368 |
| 15013960 | CitiMortgage, Inc. | Attn: Richard P. McCoppin | Manager Eligibility & Wholesale MIS | 1000 Technology Dr/MS 111    O'Fallon, MO 63304 |
| 15013962 | Codilis Law, LLC | Re: Wells Fargo Bank | 8050 Cleveland Place | Merrillville, IN 46410 |
| 15013963 | Comptroller of Maryland | P.O. Box 1829 | Annapolis, MD 21410 | |
| 15013964 | Corodata | 2621 Research Dr. | Corona, CA 92882 | |
| 15013965 | Countrywide Bank, FSB | 8511 Fallbrook Avenue | Mail Stop: WH–51F | West Hills, CA 91304 |
| 15013966 | Countrywide Home Loans, Inc. | Correspondent Lending Division | 450 American St, Mail Stop No. SV3–5    Attn: VP of Production    Simi Valley, CA 93065 | |
| 15013967 | Credit Suisse | Attn: Mortgage Banking Dept | 11 Madison Ave. | New York, NY 10010 |
| 15014364 | Credit Suisse | l Madison Ave | lNew York, NY 10010 | |

| ID | Name | Address 1 | Address 2 | Address 3 | City, State ZIP |
|---|---|---|---|---|---|
| 15013973 | DE Div of Revenue | Carvel State Office Bldg | 820 N. French St., 8th Fl | | Wilmington, DE 19801 |
| 15013969 | Daisy Criscitiello | 49 Deborah Loop | | | Staten Island, NY 10312 |
| 15013970 | Darren M. Welsh | 409 W. 14th St | | | Atlantic, IA 50022 |
| 15013971 | David Myers | 121 McMahan Road | | | Seymour, TN 37865 |
| 15013972 | Dawn R. Levine | Re: Jacqueline J. Waldon | 274 Washington Avenue | | Marietta, GA 30060 |
| 15013976 | Deutsche Bank National Trust | c/o Leopold & Associates, PLLC | 80 Business Park Dr, Ste 110 | | Armonk, NY 10504 |
| 15013974 | Deutsche Bank National Trust Co | c/o Sun Young Park, Esq. | 300 South Grand Ave, 41st Fl | | Los Angeles, CA 90071 |
| 15013975 | Deutsche Bank National Trust Co. | Attn: Mortgage Banking Dept. | 1961 East Saint Andrew Pl | | Santa Ana, CA 92705 |
| 15013977 | Deutsche Bank Trust Co Americas | as Trustee for Res Accredit Loans, Inc. | c/o McCalla Raymer Leibert Pierce LLC | 50 Weston St | Hartford, CT 06120 |
| 15013978 | Discover Bank | Attention: Mike Rickert | 12 Read's Way | | New Castle, DE 19720 |
| 15013979 | Discover Bank | Attn: Mike Rickert | 12 Read's Way | | New Castle, DE 19720 |
| 15013980 | Discover Financial Services | Attn: Kelly McNamara Corley | 2500 Lake Cook Road | | Riverwoods, IL 60015 |
| 15013981 | Discover Financial Services | c/o Sidley Austin LLP | Attn: Paul L. Choi | One South Dearborn Street | Chicago, IL 60603 |
| 15013982 | Dist of Columbia Ofc of Tax & Rev | 1101 4th St, SW Suite 270 West | | | Washington, DC 20024 |
| 15013985 | Ditech Financial LLC | McCalla Raymer Leibert Pierce LLC | 50 Weston St | | Hartford, CT 06120 |
| 15013983 | Ditech Financial LLC | c/o Woods Oviatt Gilman, LLC | 2 State St, 175 Mile Crossing | | Rochester, NY 14614 |
| 15013984 | Ditech Financial LLC | c/o Zack Baisley | 26 Harvester Ave | | Batavia, NY 14020 |
| 15013986 | Drusilla L. Stevenson | 13 STATION ROAD | | | JONESBORO, ME 04648 |
| 15013987 | Eastern Savings Bank | c/o Geraghty & Bonnano LLC | 38 Granite St | P.O. Box 231 | New London, CT 06320 |
| 15013988 | Edward A. Alarcon–MacLain | 7510 SW 26 Court | | | Davie, FL 33314 |
| 15013989 | Employment Development Dept | Bankruptcy Unit – MIC 92E | P.O. Box 826880 | | Sacramento, CA 94280–0001 |
| 15013990 | Encore Credit Corporation | Attn: Mortgage Banking Dept | 1833 Alton Pkwy | | Irvine, CA 92606 |
| 15013993 | FELIX ALAMO | 3119 W DOUGLAS ST | | | TAMPA, FL 33607 |
| 15013996 | FL Dept of Revenue | Office of General Counsel | P.O. Box 6668 | | Tallahassee, FL 32314 |
| 15013997 | FNMA | 6409 Congress Ave, Ste 100 | | | Boca Raton, FL 33487 |
| 15013998 | FNMA | c/o Gross Polowy Orlans LLC | 1775 Wehrle Dr, Ste 100 | | Williamsville, NY 14221 |
| 15013999 | FNMA | c/o McCalla Reymer Leibert Pierce LLC | 50 Weston St | | Hartford, CT 06120 |
| 15014000 | FNMA | c/o Rosicki & Associates, PC | 51 E. Bethpage Rd | | Plainview, NY 11803 |
| 15013991 | Federal Home Loan Mortgage Corp | Attn: Mortgage Banking Dept | 8200 Jones Branch Dr | | Mc Lean, VA 22102–3110 |
| 15013992 | Federal National Mortgage Association | 3900 Wisconsin Ave NW | | | Washington, DC 20016–2892 |
| 15013994 | First Residential Mortgage Network, Inc | c/o Patton Boggs, LLP | Attn: Michael Waldron | 2000 McKinney Ave, Ste 1700 | Dallas, TX 75201 |
| 15013995 | First Residential Mortgage Network, Inc. | Attn: Saul L. Pohn | 9721 Ormsby Station Road | | Louisville, KY 40223 |
| 15014001 | Fox Rothschild, LLP | Michael A. Rollin, Esq. | 101 Park Ave, 17th Fl | | New York, NY 10178 |
| 15014002 | Franchise Tax Board | Bankruptcy Section, MS A–340 | P.O. Box 2952 | | Sacramento, CA 95812–2952 |
| 15014003 | GMAC Bank | Attn: Mortgage Banking Dept | P.O. Box 380901 | | Bloomington, MN 55438 |
| 15014004 | Greater New Haven Water Pollution Cont | c/o Parrett Porto Parese & Colwell PC | 2319 Whitney Ave, Ste 1D | | Hamden, CT 06518 |
| 15014008 | HSBC Bank USA | c/o McCabe, Weisberg & Conway, PC | 145 Huguenot Street, Ste 210 | | New Rochelle, NY 10801 |
| 15014005 | Hal R, Kyles | Re: Highland Court Residence Homeowners' | 1445 Market Street, Suite 350 | | Denver, CO 80202 |
| 15014006 | Hawaii Dept of Taxation | 830 Punchbowl St | | | Honolulu, HI 96813 |
| 15014007 | Hope E. Collier | 2634 Martin Luther King Highway | | | Waverly, VA 23890 |
| 15014009 | Idaho State Tax Commission | 11321 W. Chinden Blvd., Bldg 2 | | | Boise, ID 83714 |
| 15014010 | Illinois Dept of Revenue | P.O. Box 19035 | | | Springfield, IL 62794 |
| 15014011 | Indiana Dept of Revenue | P.O. Box 6197 | | | Indianapolis, IN 46206 |
| 15014012 | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia, PA 19101–7346 |
| 15014013 | Iowa Dept of Revenue | P.O. Box 10470 | | | Des Moines, IA 50306 |
| 15014014 | Iron Mountain | 1760 N Saint Thomas Circle | | | Orange, CA 92665 |
| 15014018 | JP Morgan Chase & Co | Annette C. Rizzi, Assoc. GC | Four New York Plaza, 19th Fl | | New York, NY 10004–2413 |
| 15014019 | JPMorgan Chase Bank | c/o James A. Craft | 1499 SE Tech Center Pl., Ste 255 | | Vancouver, WA 98683 |
| 15014020 | JPMorgan Chase Bank, N.A. | 712 Main St, 7th Fl | Attn: Jack Camiolo | | Houston, TX 77002 |
| 15014021 | JPMorgan Chase Bank, N.A. | Attn: Marjorie A. Hirsch, VP, Asst GC | 1111 Fanin, 10th Fl (Mail Code TX2–F069) | | Houston, TX 77002 |
| 15014022 | JPMorgan Chase Bank, N.A. | Attn: Mr. John Greene | 712 Main St, 9th Fl | | Houston, TX 77002 |
| 15014023 | JPMorgan Chase Bank, N.A. | c/o Adam R. Hollar | 1499 SE Tech Center Pl, Ste 255 | | Vancouver, WA 98683 |
| 15014024 | JPMorgan Chase Bank, N.A. | c/o Cara Richter Shapiro & Sutherland LLC | 1499 SE Tech Center Pl., Ste 255 | | Vancouver, WA 98683 |
| 15014025 | JPMorgan Chase Bank, N.A. | c/o Holger Uhl/Shapiro & Sutherland LLC | 7632 SW Durham Rd., Ste 350 | | Tigard, OR 97224 |

| ID | Name | Address Info |
|---|---|---|
| 15014026 | JPMorgan Chase Bank, N.A. | c/o Joshua R. Orem/Shapiro & Sutherland 7632 SW Durham Rd., Ste 350 Tigard, OR 97224 |
| 15014027 | JPMorgan Chase Bank, N.A. | c/o Kelly D. Sutherland Shapiro & Sutherland LLC 1499 SE Tech Center Pl., Ste 255 Vancouver, WA 98683 |
| 15014015 | James Garnet | Re: US Bank National Association 1080 Main Street Pawtucket, RI 02860 |
| 15014016 | Jason P. Grable | Re: State of Ohio, Department of Taxatio 81 South 4th Street, Suite 300 Columbus, OH 45249 |
| 15014017 | John E. Baldacci, Jr. | Re: Wilmington Savings Fund 30 Danforth Street, Suite 104 Portland, ME 04101 |
| 15014028 | Kansas Dept of Revenue | Attn: Bankr Unit/Civil Tax Enf P.O. Box 12005 Topeka, KS 66601 |
| 15014029 | Kenneth L. Simpson | Re: PHH Mortgage Corporation 6937 Gloria Drive Cincinnati, OH 45239 |
| 15014030 | Kentucky Dept of Revenue | Attn: Lgl Support Branch Bankr P.O. Box 5222 Frankfort, KY 40602 |
| 15014031 | Kim Lynam | 207 South Magnolia Ave. Andrews, SC 29510 |
| 15014032 | Lamchick Law Group, P.A. | Re: AJX Mortgage Trust 9350 South Dixie Hwy, Penthouse Three Miami, FL 33156 |
| 15014033 | Lehman Brothers Holding Inc | c/o Wollmuth Maher & Deutsch LLP 500 5th Ave New York, NY 10110 |
| 15014034 | Lending Tree, Inc. | 11115 Rushmore Dr Charlotte, NC 28277 |
| 15014035 | Louisiana Secretary of State | Attn: Bankruptcy/Litigation Div P.O. Box 4064 Baton Rouge, LA 70802 |
| 15014036 | MA Dept of Revenue | Bankruptcy Unit P.O. Box 9564 100 Cambridge St., 7th Fl Boston, MA 02114 |
| 15014054 | MTGLQ | c/o Richard Francis Komosinski 565 Taxter Rd, Ste 590 Elmsford, NY 10523–2300 |
| 15014052 | MTGLQ Investors LP | c/o Bradford S. Bernstein, Esq. Miles & Stockbridge, PC 11 N Washington St, Ste 700 Rockville, MD 20850 |
| 15014053 | MTGLQ Investors, L.P. | 11 N. Washington Street, Suite 700 Rockville, MD 20850 |
| 15014037 | Maine Revenue Services | Attn: Compliance/Legal P.O. Box 1060 Augusta, ME 04332 |
| 15014038 | Martin P. Sheehan | Sheehan & Associates 41–15th Street Wheeling, WV 26003 |
| 15014039 | Mayor and City Council of Baltimore City | 100 N. Holliday Street Baltimore, MD 21202 |
| 15014040 | McCaffery Estates Condo Assoc | c/o Kevin Davis Wickless Kevin Wickless Law, LLC 99 Main St, Ste 3C Norwich, CT 06360 |
| 15014041 | McRae & Metcalf | Re: Keith Mneill Plumbing Contractor v. 2612 Centennial Place Tallahassee, FL 32308 |
| 15014042 | Michael M. Grantham | 1201 Willis Hill Road Victor , NY 14564 |
| 15014043 | Michael M. Grantham | 690 E Fairway Drive Litchfield, AZ 85340 |
| 15014044 | Michigan Dept of Treasury | Office of Collections P.O. Box 30199 Lansing, MI 48909 |
| 15014045 | Microsoft Corporation | Office 365 One Microsoft Way Redmond, WA 98052 |
| 15014046 | Midfirst Bank | c/o Gross Polowy, LLC 1775 Wehrle Dr, Ste 100 Williamsville, NY 14221 |
| 15014047 | Midfirst Bank | c/o Witherspoon Law 790 Farmington Ave Farmington, CT 06032 |
| 15014048 | Minnesota Dept of Revenue | 600 Robert St N Saint Paul, MN 55101 |
| 15014049 | Mississippi Dept of Revenue | Attn: Legal Affairs P.O. Box 1033 Jackson, MS 39215 |
| 15014050 | Missouri Dept of Revenue | P.O. Box 3300 Jefferson City, MO 65105 |
| 15014051 | Montana Dept of Revenue | Attn: Bankruptcy P.O. Box 8021 Helena, MT 59604 |
| 15014055 | Murray S. Eckell | Re: Maureen P. Moore 300 W. State Street, Suite 300 Media, PA 19063 |
| 15014059 | NC Dept of Revenue | Attn: Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602 |
| 15014063 | NM Tax & Revenue Dept | Attn: Bankruptcy/Legal P.O. Box 25127 Santa Fe, NM 87504 |
| 15014064 | NY State Dept of Taxation | P.O. Box 5300 Albany, NY 12205 |
| 15014056 | National City Bank | 101 South Fifth St, 6th Fl Attn: Michael A. Johnson, VP Louisville, KY 40202 |
| 15014057 | National City Mortgage Co. | Attn: Mortgage Banking Dept P.O. Box 1820 Dayton, OH 45401–1820 |
| 15014058 | Nationstar Mortgage LLC | c/o John Andrew Di Caro 175 Mile Crossing Blvd Rochester, NY 14624–6249 |
| 15014060 | Nevada Dept of Taxation | Attn: Bankruptcy/Legal 1550 College Pkwy Carson City, NV 89701 |
| 15014061 | New Hampshire Dept of Rev | Attn: Bankruptcy/Legal P.O. Box 637 Concord, NH 03302 |
| 15014062 | New Jersey Div of Tax–Bankr. Sect. | State of New Jersey/Dept of Treasury P.O. Box 245 Trenton, NJ 08695 |
| 15014065 | Ocwen Loan Servicing, LLC | c/o Clarfield, Okon & Salomone, Pl 114 Old County Rd., Ste 400 Mineola, NY 11501 |
| 15014066 | Office of State Tax Commissioner | Attn: Bankruptcy/Legal 600 E. Blvd, Dept. 127 Bismarck, ND 58505 |
| 15014067 | Ohio Dept of Taxation | 30 E. Broad St, 21st Fl Columbus, OH 43215 |
| 15014068 | Oklahoma Tax Commission | Attn: Legal Division 100 N Broadway, Ste 1500 Oklahoma City, OK 73102 |
| 15014069 | OneWest Bank, a div. of CIT Bank, N.A. | Successor to IndyMac Fed Bank, FSB Attn: Mortgage Banking Dept 75 North Fair Oaks Ave Pasadena, CA 91103 |
| 15014070 | Oregon Dept of Revenue | Attn: Bankruptcy/Legal P.O. Box 14790 Salem, OR 97309 |
| 15014071 | PA Dept of Revenue | P.O. Box 280427 Harrisburg, PA 17128 |
| 15014073 | PNC Bank, NA | c/o Calvin A. Knickerbocker, III RCO Legal PS 511 SW 10th Ave, Ste 400 Portland, OR 97205 |
| 15014074 | PNC Bank, National Association | c/o McCabe, Weisberg & Conway PC 145 Huguenot St, Ste 210 New Rochelle, NY 10801 |
| 15014072 | Peter A. Koort, Attorney | BWW Law Group, LLC 8100 Three Chopt Road, Suite 240 Richmond, VA 23229 |
| 15014075 | Quickbooks | Intuit Inc. 2800 E. Commerce Center Place |

| | | | | |
|---|---|---|---|---|
| 15014076 | Raymond F. Runyon, Esq. | Runyon & Runyon | 301 Main Street | Clarksville, TN 37040 |
| 15014077 | ResCap Liquidating Trust as successor to | Residential Funding Company, LLC | Quinn Emanuel Urquhart & Sullivan LLP | 51 Madison Ave, 22nd Fl | New York, NY 10010 |
| 15014078 | Rhode Island Div of Taxation | One Capitol Hill | Providence, RI 02908 |
| 15014079 | Richard H. Broderick | Re: Danyel L. Tardy | P.O. Box 5 | Lincoln, ME 04457 |
| 15014080 | Roger Criscitello | 49 Deborah Loop | Staten Island, NY 10312 |
| 15014081 | Ronald Collins | 140 Homewood Drive | Genoa, IL 60135 |
| 15014082 | Ronald Osburn | 4523 W Evergreen Ct | Visalia, CA 93277 |
| 15014085 | SC Dept of Revenue | P.O. Box 12265 | Columbia, SC 29211 |
| 15014087 | SD Dept of Revenue | Anderson Bldg, Mail Code 5055445 | East Capitol Ave | Pierre, SD 57501 |
| 15014083 | Saul O. Leopold | Re: Deutsche Bank National Trust Company | 80 Business Park Drive, Suite 110 | Armonk, NY 10504 |
| 15014084 | Saul O. Leopold | Re: The Bank Of New York Mellon | 80 Business Park Drive, Suite 110 | Armonk, NY 10504 |
| 15014086 | Scott B. Tankel | Re: Brandon Brook Homeowners | 1022 Main Street, Suite D | Dunedin, FL 34698 |
| 15014088 | Shirley Neely | 123 Woodmont Circle | Greenville, SC 29605 |
| 15014089 | Simone Sebastian | Re: PNC Bank, National Association | 7 Century Drive, Suite 201 | Parsippany, NJ 07054 |
| 15014090 | State of Georgia | Dept of Rev–Legal Affairs & Tax Policy | 1800 Century Blvd NE, Ste 15209 | Atlanta, GA 30340 |
| 15014091 | Steven Ozonian | 50 Vista Del Sol | Laguna Beach, CA 92651 |
| 15014092 | Steven V. Barker | 2107 Broadway | Kalamazoo, MI 49008 |
| 15014093 | Susan W. Cody | Re: Brian Easler & Stephanie Easler | 900 Chelmsford Street, Suite 3102 | Lowell, MA 01851 |
| 15014100 | TN Dept of Revenue | Attn: Collection Services/Bankr. | 500 Deaderick St., Fl 8 | Nashville, TN 37242 |
| 15014094 | Tammy R. Grantham | 1201 Willis Hill Road | Victor, NY 14564 |
| 15014095 | Tasha A. Welsh | 2814 Country Club Drive | Atlantic, IA 50022 |
| 15014096 | Techow | c/o Alan D. Walton | Breckenridge & Associates | 8070 Main St, Box 489 | Birch Run, MI 48415 |
| 15014097 | Texas Comptroller | P.O. Box 13528 | Capitol Station | Austin, TX 78711 |
| 15014098 | The Unknown Heirs of David A. Hooshangian, Decease | 4301 W 74th St | Prairie Village, KS 66208 |
| 15014099 | Timothy Ferris | 2607 Forest Avenue 130 | Chico, CA 95928 |
| 15014101 | U.S. Bank National | c/o Gross Polowy, LLC | 1775 Wehrle Dr, Ste 100 | Williamsville, NY 14221 |
| 15014102 | US Bank | Attn: Mortgage Banking Dept | PO Box 790408 | Saint Louis, MO 63179–0408 |
| 15014103 | UT State Tax Commission | Attn: Bank/Legal–Taxpayer Services Div | 210 N. 1950 W | Salt Lake City, UT 84134 |
| 15014104 | VT Department of Taxes | 133 State Street | Montpelier, VT 05633 |
| 15014105 | WA State Dept of Revenue | P.O. Box 47464 | Olympia, WA 98504 |
| 15014113 | WV State Tax Dept | Attn: Legal Div/Bankruptcy | P.O. Box 10015 | Charleston, WV 25324 |
| 15014106 | Wells Fargo Bank NA | c/o Gross Polowy LLC | 1775 Wehrl Dr, Ste 100 | Williamsville, NY 14221 |
| 15014107 | Wells Fargo Bank, NA | c/o McCabe, Weisberg & Conway, PC | 145 Huguenot St., Ste 201 | New Rochelle, NY 10801 |
| 15014108 | Whitney K. Barker | 2107 Broadway | Kalamazoo, MI 49008 |
| 15014110 | Wilmington Savings Fund | c/o McCalla Raymer Leibert | 1 North Dearborn #12 | Chicago, IL 60602 |
| 15014109 | Wilmington Savings Fund Society, FSB | c/o Richard F. Komosinski | 565 Taxter Rd, Ste 590 | Elmsford, NY 10523 |
| 15014111 | Wilmington Trust, NA | c/o McCalla Raymer Leibert Pierce, LLC | 420 Lexington Ave, Ste 840 | New York, NY 10170 |
| 15014112 | Wisconsin Dept of Revenue | P.O. Box 8908 | Madison, WI 53708 |
| 15014114 | Wyoming Dept of Revenue | 122 W. 25th St, 3rd Fl E | Cheyenne, WY 82002 |

TOTAL: 192