QUINN EMANUEL URQUHART & SULLIVAN, LLP
  K. John Shaffer (Cal. Bar No. 153729)
  johnshaffer@quinnemanuel.com
  Matthew Scheck (Cal. Bar No. 273152)
  matthewscheck@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  Patricia B. Tomasco (*pro hac vice* forthcoming)
  pattytomasco@quinnemanuel.com
Pennzoil Place
711 Louisiana St., Suite 500
Houston, TX 77002
Telephone: (713) 221-7227
Facsimile: (713) 221-7100

Attorneys for ResCap Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| HOME LOAN CENTER, INC., | Bankruptcy Case No. 19-51455 (EH) |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Code section 1109(b) and Bankruptcy Rules 2002, 9007, and 9010 the undersigned appears in the above-captioned case as counsel to ResCap Liquidating Trust ("RLT"), and demands all notices given or required to be given and all papers served in these jointly administered cases be delivered to and served upon counsel for RLT ("RLT Counsel") at the following address and requests that RLT Counsel be added to all general and special notice service lists:

> K. John Shaffer
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 S. Figueroa St. 10th Floor
> Los Angeles, CA 90017
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100
> Email: johnshaffer@quinnemanuel.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading, claim objection, or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this notice nor any previous or later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of RLT's: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Len Co is or may be entitled under agreements, at

law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby reserved.

Dated: Los Angeles, California
      July 23, 2019

Respectfully submitted,

By:  /s/ K. John Shaffer
K. John Shaffer
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: johnshaffer@quinnemanuel.com

*Counsel to Rescap Liquidating Trust*