

The following constitutes the order of the Court.
Signed: July 24, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   K. John Shaffer (Cal. Bar No. 153729)
2  johnshaffer@quinnemanuel.com
   Matthew Scheck (Cal. Bar No. 273152)
3  matthewscheck@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:     (213) 443-3000
5  Facsimile:     (213) 443-3100

6  Patricia B. Tomasco (*pro hac vice* filed)
   pattytomasco@quinnemanuel.com
7  Pennzoil Place
   711 Louisiana St., Suite 500
8  Houston, TX 77002
   Telephone:     (713) 221-7227
9  Facsimile:     (713) 221-7100

10 Attorneys for ResCap Liquidating Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HOME LOAN CENTER, INC., | Bankruptcy Case No. 19-51455 MEH |
| Debtor. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Patricia Tomasco, whose business address and telephone number is Pennzoil Place, 711 Louisiana St., Suite 500, Houston, TX 77002, (713) 221-7227, and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ResCap Liquidating Trust,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

## COURT SERVICE LIST

ECF Participants