Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
       jrichards@pszjlaw.com
       mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone:  415.263.7000
Facsimile:  415.263.7010
Email: hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 19-51455 (MEH) |
| HOME LOAN CENTER, INC., | Chapter 11 |
| Debtor. | **NOTICE OF FILING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 TO PROSECUTE APPEAL OF ADVERSE JUDGMENT AND HEARING THEREON** |
| | Date:  August 29, 2019 |
| | Time:  10:30 a.m. (Pacific Time) |
| | Place:  Courtroom 3020 |
| | 280 South First Street |
| | San Jose, CA  95113 |
| | Judge:  Hon. M. Elaine Hammond |

**PLEASE TAKE NOTICE** that, Home Loan Center, debtor herein (the "Debtor"), has filed

a *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 to Prosecute Appeal of Adverse*

*Judgment* [Docket No. 17] (the "Motion").

DOCS_LA:323338.1 36859/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be

2    conducted on **August 29, 2019** at **10:30 a.m. Pacific Time**, or as soon thereafter as counsel may be

3    heard before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, in Courtroom

4    3020, 280 South First Street, San Jose, California 95113.

5    **PLEASE TAKE FURTHER NOTICE** that if you wish to obtain a copy of the Motion,

6    please contact Beth Dassa, Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., 13th

7    Floor, Los Angeles, CA 90067; Telephone: 310-277-6910; email: bdassa@pszjlaw.com.

8    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 4001-1(f),

9    you are not required, but may, file responsive pleadings, points and authorities, and declarations

10    prior to the hearing. Any opposition to the Motion must be filed and served on proposed counsel to

11    the Debtor at least fourteen (14) days prior to the hearing date. Any reply shall be filed and served at

12    least seven (7) days prior to the hearing date.

13    Dated: July 24, 2019                          PACHULSKI STANG ZIEHL & JONES LLP

14

15                                                By:    */s/ Malhar S. Pagay*
                                                      Jeffrey N. Pomerantz (CA Bar No. 143717)
                                                      Jeremy V. Richards (CA Bar No. 102300)
16                                                    Malhar S. Pagay (CA Bar No. 189289)
                                                      Pachulski Stang Ziehl & Jones LLP
17                                                    10100 Santa Monica Blvd., 13th Floor
                                                      Los Angeles, CA 90067
18                                                    Telephone: 310.277.6910
                                                      Facsimile: 310.201.0760
19                                                    Email: jpomerantz@pszjlaw.com
                                                              jrichards@pszjlaw.com
20                                                            mpagay@pszjlaw.com

21                                                    Henry C. Kevane (CA Bar No. 125757)
                                                      Pachulski Stang Ziehl & Jones LLP
22                                                    150 California St., 15th Floor
                                                      San Francisco, CA 94111
23                                                    Telephone: 415.263.7000
                                                      Facsimile: 415.263.7010
24                                                    Email: hkevane@pszjlaw.com

25                                                Proposed Attorneys for Home Loan Center, Inc.

26

27

28

DOCS_LA:323338.1 36859/001
Case: 19-51455    Doc# 18    Filed: 07/24/19    Entered: 07/24/19 20:50:59    Page 2 of 2