TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
MARTA E. VILLACORTA (NY SBN 4918280)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 252-2062
Facsimile: (415) 705-3379
Email: marta.villacorta@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>Debtor. | Case No. 19-51455 MEH<br><br>Chapter 11<br><br>Date: August 22, 2019<br>Time: 1:30 pm<br>Place: Office of the U. S. Trustee<br>280 S First Street, Room 130<br>San Jose, CA 95113 |

### NOTICE OF RESCHEDULED § 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the initial § 341 meeting of creditors for the above-captioned case, originally scheduled for August 20, 2019 at 11:30 a.m. has been rescheduled and will be held on **August 22, 2019 at 1:30 p.m.**, at the Office of the United States Trustee, 280 S First Street, Room 130, San Jose, CA 95113. Debtor's counsel has agreed to serve this notice on all creditors and will promptly file a certificate evidencing such service.

All other dates and deadlines found in the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines filed as ECF No. 5 remain unchanged.

Dated: July 25, 2019         TRACY HOPE DAVIS
                             United States Trustee, Region 17

                             */s/ Marta E. Villacorta*
                             Marta E. Villacorta
                             Trial Attorney

Notice of Rescheduled 341 meeting

Case: 19-51455    Doc# 25    Filed: 07/25/19    Entered: 07/25/19 13:39:49    Page 1 of 1