Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
       jrichards@pszjlaw.com
       mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>Debtor. | Case No.: 19-51455 (MEH)<br><br>Chapter 11<br><br>**NOTICE OF FILING OF MOTION FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 363 AND 105 APPROVING THE ENGAGEMENT CONTRACT BETWEEN ARCH & BEAM GLOBAL, LLC, AND THE DEBTOR AND OPPORTUNITY FOR HEARING**<br><br>[No Hearing Required] |

**PLEASE TAKE NOTICE** that, Home Loan Center, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), has filed a *Motion for Entry of Order Pursuant to Bankruptcy Code Sections 363 and 105 Approving The Engagement Contract Between Arch & Beam Global, LLC, and the Debtor* [Docket No. 37] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-1(b)(3):

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of the mailing of the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.**

In the event of a timely objection or request for hearing, the tentative hearing date, time and location are August 29, 2019, 10:30 a.m., at Courtroom 3020, 280 South First Street, San Jose, California 95113.

**PLEASE TAKE FURTHER NOTICE** that if you wish to obtain a copy of the Motion, please contact Beth Dassa, Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067; Telephone: 310-277-6910; email: bdassa@pszjlaw.com.

Dated: July 31, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Malhar S. Pagay*
    Jeffrey N. Pomerantz (CA Bar No. 143717)
    Jeremy V. Richards (CA Bar No. 102300)
    Malhar S. Pagay (CA Bar No. 189289)
    Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067
    Telephone: 310.277.6910
    Facsimile: 310.201.0760
    Email: jpomerantz@pszjlaw.com
           jrichards@pszjlaw.com
           mpagay@pszjlaw.com

    Henry C. Kevane (CA Bar No. 125757)
    Pachulski Stang Ziehl & Jones LLP
    150 California St., 15th Floor
    San Francisco, CA 94111
    Telephone: 415.263.7000
    Facsimile: 415.263.7010
    Email: hkevane@pszjlaw.com

    Proposed Attorneys for Home Loan Center, Inc.