Susheel Kirpalani (Pro Hac Vice pending)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com

K. John Shaffer (Cal. Bar No. 153729)
Matthew R. Scheck (Cal. Bar. No. 273152)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: johnshaffer@quinnemanuel.com
       matthewscheck@quinnemanuel.com

Stephen D. Finestone (Cal. Bar No. 125675)
Jennifer C. Hayes (Cal. Bar No. 197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
Email: sfinestone@fhlawllp.com
       jhayes@fhlawllp.com

*Attorneys for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>Debtor. | Case No. 19-51455 (MEH)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7**<br><br>**Date:** August 29, 2019<br>**Time:** 10:30 a.m.<br>**Place:** Courtroom 11<br>         280 South First Street<br>         San Jose, CA 95113<br>**Judge:** Hon. M. Elaine Hammond |

**TO THE UNITED STATES TRUSTEE, THE DEBTOR, CREDITORS AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing will be held on August 29, 2019 at 10:30 a.m. in the courtroom of the Hon. M. Elaine Hammond, 280 So. First Street, Courtroom 11, San Jose, CA 95113 on the Motion to Convert Case to Chapter 7 (the "Motion") filed by creditor the ResCap Liquidating Trust ("ResCap").

The Motion is based upon this Notice and Motion and such other and further evidence and argument to be presented prior to or at the hearing on the Motion. ResCap seeks conversion of this case to chapter 7 for cause pursuant to Bankruptcy Code section 1112(b) on the basis that, among other things: (i) there is a substantial and continuing diminution of the bankruptcy estate; (ii) there is no reasonable likelihood of reorganization; (iii) an independent fiduciary is needed to pursue the bankruptcy estate's claims against insiders; (iv) the chapter 11 filing was not done in good faith; (v) the creditors with the overwhelming majority of claims in the case support conversion; and (vi) conversion is in the best interests of creditors.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed and served no later than August 15, 2019.

**PLEASE TAKE FURTHER NOTICE** that any party may request a copy of the Motion and the Declaration of Matthew R. Scheck via an electronic request to: matthewscheck@quinnemanuel.com.

Dated: July 31, 2019

/s/ Stephen D. Finestone
Susheel Kirpalani
K. John Shaffer
Matthew R. Scheck
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Stephen D. Finestone
Jennifer C. Hayes
FINESTONE HAYES LLP

*Attorneys for the ResCap Liquidating Trust*