| | |
|---|---|
| 1 | Jeffrey N. Pomerantz (CA Bar No. 143717) |
| | Jeremy V. Richards (CA Bar No. 102300) |
| 2 | Malhar S. Pagay (CA Bar No. 189289) |
| | Pachulski Stang Ziehl & Jones LLP |
| 3 | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| 4 | Telephone: 310.277.6910 |
| | Facsimile: 310.201.0760 |
| 5 | Email: jpomerantz@pszjlaw.com |
| | jrichards@pszjlaw.com |
| 6 | mpagay@pszjlaw.com |
| 7 | Henry C. Kevane (CA Bar No. 125757) |
| | Pachulski Stang Ziehl & Jones LLP |
| 8 | 150 California St., 15th Floor |
| | San Francisco, CA 94111 |
| 9 | Telephone: 415.263.7000 |
| | Facsimile: 415.263.7010 |
| 10 | Email: hkevane@pszjlaw.com |

Proposed Attorneys for Home Loan Center, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>                Debtor. | Case No.: 19-51455 (MEH)<br><br>Chapter 11<br><br>**NOTICE OF FILING OF MOTION FOR ORDER APPROVING PROCEDURES REGARDING ASSIGNMENTS/ FORECLOSURE ACTIONS**<br><br>Hearing Date:<br>Date:    August 29, 2019<br>Time:   10:30 a.m. (Pacific Time)<br>Place:   Courtroom 3020<br>            280 South First Street<br>            San Jose, CA 95113<br>Judge:  Hon. M. Elaine Hammond |

       **PLEASE TAKE NOTICE** that, Home Loan Center, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), has filed a *Motion for Order Approving Procedures Regarding Assignments/Foreclosure Actions* [Docket No. 47] (the "Motion").

       **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be

conducted on **August 29, 2019** at **10:30 a.m. Pacific Time**, or as soon thereafter as counsel may be heard before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, in Courtroom 3020, 280 South First Street, San Jose, California 95113.

**PLEASE TAKE FURTHER NOTICE** that if you wish to obtain a copy of the Motion, please contact Beth Dassa, Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067; Telephone: 310-277-6910; email: bdassa@pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-1(c), any opposition to the Motion must be filed and served on proposed counsel to the Debtor at least fourteen (14) days prior to the hearing date. Any reply shall be filed and served at least seven (7) days prior to the hearing date.

Dated: August 5, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Malhar S. Pagay*
　　Jeffrey N. Pomerantz (CA Bar No. 143717)
　　Jeremy V. Richards (CA Bar No. 102300)
　　Malhar S. Pagay (CA Bar No. 189289)
　　Pachulski Stang Ziehl & Jones LLP
　　10100 Santa Monica Blvd., 13th Floor
　　Los Angeles, CA 90067
　　Telephone: 310.277.6910
　　Facsimile: 310.201.0760
　　Email: jpomerantz@pszjlaw.com
　　　　　 jrichards@pszjlaw.com
　　　　　 mpagay@pszjlaw.com

　　Henry C. Kevane (CA Bar No. 125757)
　　Pachulski Stang Ziehl & Jones LLP
　　150 California St., 15th Floor
　　San Francisco, CA 94111
　　Telephone: 415.263.7000
　　Facsimile: 415.263.7010
　　Email: hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.