Entered on Docket
August 15, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: August 15, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Susheel Kirpalani (Admitted Pro Hac Vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com

K. John Shaffer (Cal. Bar No. 153729)
Matthew R. Scheck (Cal. Bar. No. 273152)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email: johnshaffer@quinnemanuel.com
       matthewscheck@quinnemanuel.com

Stephen Finestone (Cal. Bar. No. 125675)
Jennifer C. Hayes (Cal. Bar No. 197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
Email:  sfinestone@fhlawllp.com
        jhayes@fhlawllp.com

*Attorneys for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>Debtor. | Case No. 19-51455 (MEH)<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING CONTINUANCE OF AUGUST 29, 2019 HEARING DATE AND RELATED DISCOVERY** |

1

2   A Stipulation Regarding Continuance of August 29, 2019 Hearings and Related
3   Discovery ("Stipulation") was filed by (1) Home Loan Center, Inc., (2) ResCap
4   Liquidating Trust ("ResCap"), (3) LendingTree, LLC and LendingTree, Inc., and (4)
5   Douglas Lebda (collectively, the "Stipulation Parties"). Having reviewed the Stipulation,
6   and good cause appearing, the Court HEREBY ORDERS that:
7      1.   The Stipulation is approved;
8      2.   The hearing on all Motions and Applications,[1] as defined in the Stipulation
9   will be continued to September 24, 2019 at 10:00 am (the "Hearing Date");
10       (a)   Oppositions to all Motions and Applications by the Office of the United
11  States Trustee and any other party in interest are due August 30, 2019.
12       (b)   Replies in support of all Motions and Applications are due seven days
13  before the Hearing Date.
14       (c)   Exhibit and witness lists are due seven days before the Hearing Date.
15     3.   The Stipulation Parties will apprise the Court of any Discovery disputes during
16  the August 29, 2019 (10:30 am) Status Conference (ECF No. 6).
17          ** END OF ORDER **

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Stipulation.

**COURT SERVICE LIST:**

All ECF Participants