Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
       jrichards@pszjlaw.com
       mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No.: 19-51455 (MEH) |
| HOME LOAN CENTER, INC., | Chapter 11 |
| Debtor. | **NOTICE OF CONTINUED HEARINGS** |
| | [Relates to Docket 55] |

*Prior Hearing Date*:
Date:     August 29, 2019
Time:    10:30 a.m. (Pacific Time)
Place:    Courtroom 3020
             280 South First Street
             San Jose, CA 95113
Judge:   Hon. M. Elaine Hammond

*Continued Hearing Date*:
Date:     September 24, 2019
Time:    10:00 a.m. (Pacific Time)
Place:    Courtroom 3020
             280 South First Street
             San Jose, CA 95113
Judge:   Hon. M. Elaine Hammond

**PLEASE TAKE NOTICE** that, pursuant to the *Stipulation Regarding Continuance of August 29, 2019 Hearings and Related Discovery* (the "Stipulation") [Docket No. 55] approved by the Court by order entered on August 15, 2019 [Docket No. 58], the *Debtor's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 to Prosecute Appeal of Adverse Judgment* [Docket No. 17] (the "Relief from Stay Motion"); *Motion for Order Authorizing Debtor to Maintain Existing Bank Accounts* [Docket No. 26] (the "Bank Account Motion"); ResCap Liquidating Trust's *Motion to Convert Case to Chapter 7* [Docket No. 41] (the "Conversion Motion"); and *Debtor's Motion for Order Approving Procedures Regarding Assignment/Foreclosure Actions* [Docket No. 47] (the "Assignment/Foreclosure Procedures Motion" and, together with the Relief from Stay Motion, Bank Account Motion and Conversion Motion, the "Motions"), previously set for hearing on August 29, 2019, at 10:30 a.m., will now take place on **September 24, 2019,** at **10:00 a.m.**, in Courtroom 3020 at the United States Bankruptcy Court, 280 South First Street, San Jose, California 95113, before the Honorable M. Elaine Hammond.

**PLEASE TAKE FURTHER NOTICE** that the *Debtor's Application to Employ Williams & Connolly, LLP as Special Litigation Counsel Effective as of the Petition Date, Pursuant to Section 327(e) of the Bankruptcy Code* [Docket No. 33] (the "Williams & Connolly Application"), the *Motion for Entry of Order Pursuant to Bankruptcy Code Section 363 and 105 Approving the Engagement Contract Between Arch & Beam Global, LLC and the Debtor* [Docket No. 37] (the "Arch & Beam Application"), and *Debtor's Application to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel for the Debtor* [Docket No. 43] (the "PSZ&J Application" and, together with the Williams & Connolly Application and the Arch & Beam Application, the "Applications"), also will be heard at **September 24, 2019,** at **10:00 a.m.**, should timely objections be filed.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation, (i) any pleadings filed in opposition to the Motions and Applications must be filed and served on proposed counsel to the Debtor no later than **August 30, 2019**; and (ii) replies to any such oppositions must be filed and served by **September 17, 2019**.

.

| | | |
|---|---|---|
| 1 | Dated: August 16, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |

By: */s/ Malhar S. Pagay*
　　Jeffrey N. Pomerantz (CA Bar No. 143717)
　　Jeremy V. Richards (CA Bar No. 102300)
　　Malhar S. Pagay (CA Bar No. 189289)
　　Pachulski Stang Ziehl & Jones LLP
　　10100 Santa Monica Blvd., 13th Floor
　　Los Angeles, CA 90067
　　Telephone: 310.277.6910
　　Facsimile: 310.201.0760
　　Email: jpomerantz@pszjlaw.com
　　　　　 jrichards@pszjlaw.com
　　　　　 mpagay@pszjlaw.com

　　Henry C. Kevane (CA Bar No. 125757)
　　Pachulski Stang Ziehl & Jones LLP
　　150 California St., 15th Floor
　　San Francisco, CA 94111
　　Telephone: 415.263.7000
　　Facsimile: 415.263.7010
　　Email: hkevane@pszjlaw.com

　　Proposed Attorneys for Home Loan Center, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF LOS ANGELES )

I, Gini L. Downing, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

On August 16, 2019, I caused to be served the following document(s) in the manner stated below:

## NOTICE OF CONTINUED HEARINGS

| | |
|---|---|
| ☑ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to addresses(s) as indicated below. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.<br><br>United States Bankruptcy Court<br>Northern District of CA, San Jose Division<br>Attn: Judge M. Elaine Hammond<br>c/o Anna Rosales, Courtroom Deputy<br>U.S. Courthouse, Room 3035, 280 South First Street<br>San Jose, CA 95113-3099 |
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **August 16, 2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 16, 2019 at Los Angeles, California.

*/s/ Gini L. Downing*
Gini L. Downing

In re: Home Loan Center, Inc.
USBC ND Cal. No. 5:19-51455 (MEH)

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Peter Evan Calamari   petercalamari@quinnemanuel.com, kellyortega@quinnemanuel.com
- Stephen D. Finestone   sfinestone@fhlawllp.com
- Jennifer C. Hayes   jhayes@fhlawllp.com
- Ori Katz   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Susheel Kirpalani   susheelkirpalani@quinnemanuel.com, nafeezasubhan@quinnemanuel.com
- Jennifer L. Nassiri   jennifernassiri@quinnemanuel.com
- Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov
- Malhar Pagay   mpagay@pszjlaw.com, slee@pszjlaw.com
- Jeffrey Nathan Pomerantz   jpomerantz@pszjlaw.com, bdassa@pszjlaw.com
- Marta Villacorta   marta.villacorta@usdoj.gov

**TO BE SERVED BY U.S. FIRST CLASS MAIL**

Debtor:
Home Loan Center, Inc.
7 West 41st Street Ave., #523
San Mateo, CA 94403

Office of the U.S. Trustee
U.S. Federal Building
280 South 1st Street, #268
San Jose, CA 95113-3004

## 20 LARGEST UNSECURED CREDITORS

ResCap Liquidating Trust (as successor to Residential Funding Company, LLC)
Kathleen Sullivan, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Lehman Brothers Holdings Inc.
Wollmuth Maher & Deutsch LLP
William Maher, Esq.
500 5th Avenue
New York, NY 10110

Lehman Brothers Holdings Inc.
Fox Rothschild LLP
Michael A. Rollin, Esq.
101 Park Avenue, 17th Floor
New York, NY 10178

JP Morgan Chase & Co.
Annette C. Rizzi, Associate General Counsel
Four New York Plaza, 19th Floor
New York, NY 10004-2413

Andrew J. Brown, Esq.
Christy Rogers Ellis and Jimmy Hoyt Ellis
c/o William J. Brown & Associates, PLLC
23 N. Ocoee St.
P.O. Box 1001
Cleveland, TN 37364

Becky Hancock, Repurchase Coordinator
Citibank, N.A.
Citi Mortgage, Inc.
1000 Technology Dr.
O'Fallon, MO 63368

Credit Suisse
Attention: Mortgage Banking Department
11 Madison Ave.
New York, NY 10010

Encore Credit Corporation
Attention: Mortgage Banking Department
1833 Alton Pkwy.
Irvine, CA 92606

Federal Home Loan Mortgage Corporation
Attention: Mortgage Banking Department
8200 Jones Branch Dr.
McLean, VA 22102-3110

GMAC Bank
Attention: Mortgage Banking Department
P.O. Box 380901
Bloomington, MN 55438

National City Mortgage Co.
Attention: Mortgage Banking Department
P.O. Box 1820
Dayton, OH 45401-1820

US Bank
Attention: Mortgage Banking Dept.
P.O. Box 790408
St. Louis, MO 63179-0408

Deutsche Bank National Trust Co.
Attention: Mortgage Banking Department
1961 East Saint Andrew Place
Santa Ana, CA 92705

One West Bank, a Division of CIT Bank, N.A.
Successor to IndyMac Federal Bank, FSB
Attn: Mortgage Banking Dept.
75 North Fair Oaks Avenue
Pasadena, CA 91103

**Requests for Special Notice**

**Attorneys for ResCap Liquidating Trust**
Quinn Emanuel UrQuhart & Sullivan, LLP
Attn: K. John Shaffer; Matthew Scheck
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

**Attorneys for ResCap Liquidating Trust**
Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Patricia B. Tomasco
Pennzoil Place
711 Louisiana Street, Suite 500
Houston, TX 77002

**Attorneys for Creditor ResCap Liquidating Trust**
Finestone Hayes LLP
Attn: Stephen D. Finestone
　　　Jennifer C. Hayes
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

Matthew English
Arch & Beam Global, LLC
2500 Camino Diablo, Suite 110
Walnut Creek, CA 94597