Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
        jrichards@pszjlaw.com
        mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone:  415.263.7000
Facsimile:  415.263.7010
Email: hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>                         Debtor. | Case No.: 19-51455 (MEH)<br><br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>[Relates to Docket No. 6]<br><br><br>Date:        August 29, 2019<br>Time:       10:30 a.m. (Pacific Time)<br>Place:      Courtroom 3020<br>               280 South First Street<br>               San Jose, CA  95113<br>Judge:     Hon. M. Elaine Hammond |

Home Loan Center, Inc., debtor and debtor in possession herein (the "Debtor" or "HLC"),

submits its Status Conference Statement as follows:

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**BACKGROUND**

Prior to the sale of substantially all of its assets, as described below, HLC originated and processed consumer mortgage loans, which it sold in the secondary market. Prior to the cessation of its mortgage origination operations, HLC originated approximately 234,000 loans with an original issue balance of $38.9 billion. HLC sold loans it originated to investors on a servicing released basis, so the risk of loss or default by the borrower was generally transferred to the investor. HLC's investors ("Investors") included but were not limited to Citibank, N.A., Residential Funding Company, LLC ("RFC"), Wells Fargo Bank, Bank of America, Lehman Brothers Holdings, Inc. ("LBHI"), JPMorgan Chase & Co., HSBC, National City Mortgage, Co., IndyMac, Federal Home Loan Mortgage Corporation, Federal National Mortgage Association, Credit Suisse, Encore Credit Corporation, GMAC Bank, Deutsche Bank National Trust, and US Bank.

LendingTree, LLC ("TREE-LLC"), owns 100% of the Debtor's stock. TREE-LLC is, in turn, wholly-owned by LendingTree, Inc. ("TREE"). The Debtor has a wholly-owned subsidiary, HLC Escrow, Inc., which is defunct.

On May 12, 2011, HLC entered into an asset purchase agreement with Discover Bank pursuant to which HLC sold substantially all of its operating assets for approximately $55.9 million. The sale closed on June 6, 2012. Since that time, HLC has been winding down its operations and financial affairs and addressing claims and litigation arising out of its prior operations. Specifically, the primary operations of HLC have included responding to requests for lien assignments and other limited activities to try to assist borrowers as they refinance or sell properties where HLC is still on the property title.

The Debtor has certain asserted and as yet unasserted claims relating to its sale of loan portfolios prior to the June 2012 sale to Discover Bank. These claims include a lawsuit filed by Lehman Brothers Holdings, Inc. ("LBHI"), against HLC in February 2016 in the United States Bankruptcy Court for the Southern District of New York. *Lehman Brothers Holdings, Inc. v. Home Loan Center, Inc.*, Adv. Proc. No. 16-01342 (Bankr. S.D.N.Y.). In its operative complaint, LBHI alleges that HLC sold approximately 370 defective loans that were subject to claims totaling $40.2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

million, which Lehman ultimately settled. LBHI seeks indemnity from HLC in an unspecified amount in connection with those settlements, as well as prejudgment interest, attorneys' fees, and other expenses. Discovery has commenced and the parties have engaged in preliminary settlement discussions. If HLC is unsuccessful in reaching a settlement with LBHI it intends to vigorously defend the lawsuit as it believes strongly that LBHI's claims are substantially overstated.

HLC has also received and remains subject to indemnification demands from certain Investors and has potential liabilities outstanding to other Investors. None of these contingent claims are subject to a pending lawsuit. The Court already has established a claims bar date in the case on November 18, 2019, which will enable HLC to evaluate the scope of potential claims to be resolved through the bankruptcy process.

**A.**    **<u>Status Conference Statement</u>**

       **1.**     **What are the factors (business, financial, operational and any other problems) leading to this bankruptcy filing, the debtor(s)' objectives in this Chapter 11 case, and the means proposed to achieve those objectives?**

As noted above, HLC sold loans to RFC, among other Investors. RFC was an aggregator of residential mortgage loans and a sponsor of mortgage backed securities. RFC pooled the loans it bought from HLC and other originators and sold the pools into residential mortgage backed securitization trusts ("<u>RMBS Trusts</u>"). Some certificates in the RMBS Trusts were insured by monoline insurers.

In 2007, RFC began to face claims from Investors and monoline insurers. On May 14, 2012, RFC filed a voluntary petition under chapter 11 of the United States Bankruptcy Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of New York (Case No. 12-12019). That case (and the cases of 50 affiliates) (the "<u>RFC Debtors</u>") were administered jointly by Judge Martin Glenn under the lead case *In re Residential Capital, LLC* (Case. No. 12-12020).

On December 11, 2013, the Bankruptcy Court confirmed the RFC Debtors' Second Amended Joint Chapter 11 Plan (the "<u>RFC Bankruptcy Plan</u>"). Pursuant to the RFC Bankruptcy Plan, certain claims against the RFC Debtors were settled. The plan also transferred the RFC

Debtors' causes of action to the ResCap Liquidating Trust (the "Liquidating Trust"). On December 17, 2013, the RFC Bankruptcy Plan went effective.

Around that time, RFC and the Liquidating Trust (collectively, "Plaintiff") filed about 70 lawsuits against loan originators, including HLC. (Eight more suits were filed in late 2016). Specifically, on December 16, 2013, the Plaintiff filed a complaint against HLC in state court in Minnesota. *See Residential Funding Company, LLC v. Home Loan Center, In*c., (Case No. 27-CV-14-3609, District Court for the Fourth Judicial District of Minnesota) (the "RFC Litigation"). On May 13, 2014, the Plaintiff filed an amended complaint, and on May 30, 2014, Plaintiff removed the RFC Lawsuit to the United States District Court for the District of Minnesota (Case No. 14-cv-01716) where a number of other cases brought by Plaintiff were pending. On January 29, 2015, the case against HLC was consolidated with 67 other cases filed by the RFC Trust for pre-trial purposes as *In re RFC and RESCAP Liquidating Trust Litigation* (Case No. 13-cv-3451). RFC asserted claims for breach of contract and indemnification against HLC.

On June 21, 2019, the Court entered judgment against HLC for $68,484,502.06 [Case No. 14-cv-01716, Doc. No 83] (the "RFC Judgment"). The RFC Judgment is comprised of the following: (a) $28,700,000 in damages awarded by the jury on November 8, 2018 [Case No. 13-cv-03451, Doc. No. 4705]; (b) $14,066,931.50 in preverdict interest on March 18, 2019 [Case No. 13-cv-03451, Doc. No. 5039]; and (c) $23,081,252.31 in attorneys' fees and costs awarded by the Court on June 21, 2019 [Case No. 13-cv-03451, Doc. No. 5147], and $2,636,318.25 in postverdict, prejudgment interest.

On July 19, 2019, the Debtor filed its *Notice of Appeal of the RFC Judgment* [Case No 14-cv-01716, Doc. No. 99] (the "RFC Appeal") and intends to vigorously fight to have the RFC Judgment overturned on appeal. HLC, however, lacked sufficient assets to post a supersedeas bond under Federal Rules of Civil Procedure 62 to stay RFC's ability to execute on the RFC Judgment. Accordingly, absent the commencement of this chapter 11 case and the automatic stay, RFC could have executed on HLC's assets and HLC's remaining creditors would be substantially prejudiced. The automatic stay will provide HLC with the ability to litigate the RFC Appeal without the threat of execution on its assets, provided that the Court modifies the automatic stay to allow the appeal to

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

proceed, as requested by the Debtor pursuant to the *Debtor's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 to Prosecute Appeal of Adverse Judgment* [Docket No. 17] (the "Debtor's RFS Motion"), scheduled to be heard by the Court on September 4, 2019.

The Debtor also seeks to address during its bankruptcy case certain disputed causes of action against insiders which arise out of a special dividend of $40 million that HLC's board of directors authorized HLC to make to TREE-LLC on January 20, 2016 (the "Dividend"). HLC paid the Dividend to TREE-LLC in two payments: $15 million on January 21, 2016, and $25 million on January 22, 2016.  HLC has claims against TREE and Doug Lebda on account of the Dividend which include claims that (a) the Dividend was a constructive fraudulent transfer under sections 3439.05 and 3439.04(a)(2) of the California Civil Code, and under sections 548 and 550 of the Bankruptcy Code; (b) the Dividend constitutes an unlawful distribution under California Corporations Code sections 500 and 501; (c) the making of the Dividend violated California Corporations Code section 2009 based on the distribution of its assets without adequate provision for the payment of its debts and liabilities while HLC was winding up its business and conducting what was, in essence, a *de facto* corporate dissolution; and (d) Mr. Lebda breached his fiduciary duty by authorizing the Dividend.  TREE-LLC, TREE and Mr. Lebda vigorously dispute the allegations made by HLC and the parties have been in the process of trying to settle claims relating to the Dividend without the time, expense and necessity of litigation.  While settlement negotiations are ongoing, the parties have yet to reach an agreement.

In addition to allowing HLC to prosecute the RFC Appeal and the recovery of the Dividend, HLC intends to use the bankruptcy process to liquidate all other claims in an efficient, cost-effective and streamlined manner and distribute available cash to creditors according to the priorities set forth in the Bankruptcy Code.  Based upon the results of the liquidation process and efforts to monetize the claims against TREE either through settlement or litigation, assuming a significant reduction in the amount of the RFC Judgment through the RFC Appeal, HLC hopes to be in a position to file a plan that could possibly pay all claims in full.

**2.      What is proposed schedule for filing a plan and disclosure statement, and for confirmation of the proposed plan?**

Resolution of the RFC Appeal is a predicate to filing a plan and disclosure statement. The Debtor hopes to file a plan that will satisfy allowed claims in full.

**3.     What is the outline of a proposed plan?**

See #2 above.

**4.     What is type, status and adequacy of insurance coverage of the Debtor's assets?**

The Debtor is covered by a commercial general liability, auto and umbrella liability insurance policy through Great Northern Insurance Company and Federal Insurance Company and through TREE's management liability insurance policy through National Union Fire Insurance Company of Pittsburgh, PA.

**5.     Has the Debtor met the requirements for retaining professionals in this case, and what is the estate's need for retaining any additional professionals (e.g, attorneys, accountants, brokers, etc.)?**

The Debtor has filed the following applications/motions:

    a.     *Application to Employ Williams & Connolly, LLC as Special Litigation Counsel, Effective as of the Petition Date, Pursuant to Section 327(e) of the Bankruptcy Code* [Docket No. 33]

    b.     *Motion for Entry of Order Pursuant to Bankruptcy Code Sections 363 and 105 approving the Engagement Contract Between Arch & Beam Global, LLC, and the Debtor* [Docket No. 37]

    c.     *Application to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel* [Docket No. 43]

Additional professional applications will be filed as necessary.

**6.     Describe the Debtor's post-petition operations, revenue and financial results.**

Please see the Monthly Operating Report for the month ending July 31, 2019 [Docket No. 61], attached hereto as **Exhibit "A"**.

**7.     What is the status of any litigation pending in or outside of this Court?**

The RFC Appeal has been stayed. There is a hearing scheduled on September 24, 2019, regarding the Debtor's RFS Motion, which, if granted by the Court, would permit the Debtor to prosecute the RFC Appeal. For a list of non-bankruptcy foreclosure actions, please see the Debtor's

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*List of Creditors Holding Unsecured Claims (Schedule F)* [Docket No. 80], attached hereto as **Exhibit "B"**.

**8.     Did Debtor attend the 341(a) meeting of creditors and has it complied with requests for information from the U.S. Trustee (including, but not limited to requests made in the Initial Debtor Interview)?**

The Debtor appeared at the 341(a) meeting of creditors on August 22, 2019, and has provided most of the additional documents to the U.S. Trustee as requested. The Debtor is in the process of providing the remainder of the requested information to the U.S. Trustee.

**9.     What is the status of monthly operating reports, DIP accounts and required post-petition payments to taxing authorities?**

The Debtor's Monthly Operating Report for the period ending July 31, 2019, was filed with the Court on August 20, 2019. The Debtor is current on its post-petition payments to taxing authorities.

**10.     Has the Debtor met the requirements for using cash collateral and obtaining credit?**

As no party has asserted a lien on the Debtor's cash, there is no cash collateral. There is no anticipated need for debtor in possession financing.

**11.     Have orders been entered in the case granting relief from the automatic stay, extending or refusing to extend the automatic stay or determining there is no automatic stay in effect as to any or all creditors?**

No. See #7 above.

**12.     Have any motions to assume or reject executory contracts or unexpired leases been filed or are expected to be filed?**

No, and none are expected to be filed.

**13.     Are there any unique issues concerning secured debt, employees, cash collateral, executory contracts, existing management and/or equity owners?**

No. On February 11, 2019, Kyle Everett of Development Specialists Inc., was appointed as director of the Debtor. Matthew English is the Debtor's Chief Restructuring Officer, a position he

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   has held since February 14, 2019.  On July 24, 2019, the Court entered an order approving HLC's

2   *Application for Order Approving Designation of Matthew English as Responsible Individual*

3   *Pursuant to Bankruptcy Local Rule 4002-1* [Docket No. 15].

4        **14.    Are there any unusual developments or events that have occurred or are**

5   **expected to occur in the case, and any other matters that might materially affect the**

6   **administration of the case?**

7        There is a hearing scheduled on September 24, 2019, regarding ResCap Liquidating Trust's

8   *Motion to Convert Case to Chapter 7* [Docket No. 41].  Discovery in this matter is ongoing.

9

10  Dated:   August 22, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

11

12                                              By:  */s/ Malhar S. Pagay*
                                                    Jeffrey N. Pomerantz (CA Bar No. 143717)
13                                                  Jeremy V. Richards (CA Bar No. 102300)
                                                    Malhar S. Pagay (CA Bar No. 189289)
14                                                  Pachulski Stang Ziehl & Jones LLP
                                                    10100 Santa Monica Blvd., 13th Floor
15                                                  Los Angeles, CA 90067
                                                    Telephone: 310.277.6910
16                                                  Facsimile: 310.201.0760
                                                    Email: jpomerantz@pszjlaw.com
17                                                         jrichards@pszjlaw.com
                                                           mpagay@pszjlaw.com
18
                                                    Henry C. Kevane (CA Bar No. 125757)
19                                                  Pachulski Stang Ziehl & Jones LLP
                                                    150 California St., 15th Floor
20                                                  San Francisco, CA 94111
                                                    Telephone:  415.263.7000
21                                                  Facsimile:  415.263.7010
                                                    Email: hkevane@pszjlaw.com
22
                                                    Proposed Attorneys for Home Loan Center, Inc.
23

24

25

26

27

28

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:  Home Loan Center, Inc.

| | |
|---|---|
| **Case No.** | 19-51455 |
| | **CHAPTER 11** |
| | **MONTHLY OPERATING REPORT** |
| | **(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  07/31/19          **PETITION DATE:**  07/21/19

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in     $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure (based on balance sheet, GAAP)** | | | |
| | a. Current Assets | $7,688,330 | | $7,676,587 |
| | b. Total Assets | $11,101,015 | | $11,089,273 |
| | c. Current Liabilities (post-petition) | $73,361 | | $0 |
| | d. Total Liabilities | $15,659,705 | | $15,586,344 |
| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $11,743 | | $11,743 |
| | b. Total Disbursements | $0 | | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $11,743 | | $11,743 |
| | d. Cash Balance Beginning of Month | $5,445,804 | | $5,445,804 |
| | e. Cash Balance End of Month (c + d) | $5,457,547 | | $5,457,547 |
| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 4. | **Profit/(Loss) from the Statement of Operations** | ($61,618) | | ($61,618) |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $73,361 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| | At the end of this reporting month: | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___;          U.S. Trustee Quarterly Fees ___;  Check if filing is current for: Post-petition tax reporting and tax returns:   x  .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  8/20/2019

_____
Responsible Individual

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended _____07/31/19_____

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $5,457,547 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $1,741,153 |
| 4 | Other: 100% of HLC Escrow, Inc. (cash balance) | | $489,630 |
| 5 | | | |
| 6 | **Total Current Assets** | | $7,688,330 |
| | **Long Term Assets (Balance Sheet Value)** | | |
| 7 | Deferred Tax Assets | | $3,266,273 |
| 8 | Intercompany Receivable | | $146,413 |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $3,412,686 |
| 18 | **Total Assets** | | $11,101,015 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Accrued other taxes | | |
| 22 | Accrued professional fees | | $73,361 |
| 23 | | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $73,361 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $73,361 |
| | **Pre-Petition Liabilities (current balance sheet values, not yet allowed)** | | |
| 28 | Intercompany Payable | | $32,076 |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | $613 |
| 31 | General unsecured claims | | $15,553,656 |
| 32 | **Total Pre-Petition Liabilities** | | $15,586,344 |
| 33 | **Total Liabilities** | | $15,659,705 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($4,558,690) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $11,101,015 |

NOTE:
   Schedules filed by the Debtor include $111,818,078.34 of non-priority unsecured claims, many that the Debtor disputes.
   Pre-petition values above are from Debtor balance sheet developed in accordance with GAAP.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | NA | NA | NA |
| 2 | Scheduled Gross Rents<br>Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of America | Bank of America | |
| 11 | Account No. | 9654 | 8542 | |
| 12 | Account Purpose | DIP Concentration | DIP Savings | |
| 13 | Balance, End of Month | 2,921 | 5,454,627 | |
| 14 | Total Funds on Hand for all Accounts | $5,457,547 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    July 2019

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | 11,743 | $11,743 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $11,743 | $11,743 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Software | | |
| 16 | Miscellaneous | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Storage | | |
| 20 | Director Fees | | |
| 21 | Professional Fees | | |
| 22 | Legal Fees | | |
| 23 | Expense Reimbursements | | |
| 24 | US Trustee | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Bank Account/Analysis Fees | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $0 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $11,743 | $11,743 |
| 39 | **Cash Balance, Beginning of Period** | $5,445,804 | $5,445,804 |
| 40 | **Cash Balance, End of Period** | $5,457,547 | $5,457,547 |

Home Grant Center, Inc.   STATEMENT OF CASH RECEIPTS AND DISBURSEMENT   Revised 7/1/98

## Home Loan Center, Inc.
## Profit and Loss
### July 22-31, 2019

|  | Total |  |
| --- | --- | --- |
| **Income** | | |
| 81000 Interest Income | | 11,742.77 |
| **Total Income** | $ | 11,742.77 |
| **Gross Profit** | $ | 11,742.77 |
| **Expenses** | | |
| 71030 Professional Fees | | |
| 71031 Legal Fees | | 48,514.70 |
| 71032 Professional Fees | | 24,846.34 |
| Total 71030 Professional Fees | $ | 73,361.04 |
| **Total Expenses** | $ | 73,361.04 |
| **Net Operating Income** | -$ | 61,618.27 |
| **Net Income** | -$ | 61,618.27 |

Friday, Aug 16, 2019 04:30:05 PM GMT-7 - Accrual Basis

# Home Loan Center, Inc.
## Balance Sheet
### As of July 31, 2019

|  |  | Total |
|---|---|---:|
| **ASSETS** |  |  |
| **Current Assets** |  |  |
| **Bank Accounts** |  |  |
| 10001 HLC Escrow 5734 |  | 489,629.50 |
| 10002 HLC Inc Checking 9654 |  | 2,920.62 |
| 10003 HLC Inc Savings 8542 |  | 5,454,626.50 |
| 10004 Cash Clearing |  | 0.00 |
| **Total Bank Accounts** | $ | 5,947,176.62 |
| **Other Current Assets** |  |  |
| 13000 Prepaid Assets |  | 0.00 |
| 13001 Professional Retainer - Pachulski |  | 525,000.00 |
| 13002 Professional Retainer - Arch & Beam |  | 381,761.20 |
| 13003 Professional Retainer - FTI |  | 150,304.30 |
| 13004 Professional Retainer - Williams & Connolly |  | 455,675.02 |
| 13005 Professional Retainer - Umberg Zipser LLP |  | 0.00 |
| 13006 Professional Retainer - BPM |  | 14,386.00 |
| 13007 Professional Retainer - Cooley |  | 7,325.00 |
| 13008 Professional Retainer - Katten |  | 131,701.67 |
| 13009 Professional Retainer - DSI |  | 75,000.00 |
| **Total 13000 Prepaid Assets** | $ | 1,741,153.19 |
| **Total Other Current Assets** | $ | 1,741,153.19 |
| **Total Current Assets** | $ | 7,688,329.81 |
| **Other Assets** |  |  |
| 18010 Deferred Tax Assets - Federal, Non-Current |  | 3,266,272.69 |
| 19000 Intercompany Receivable |  | 146,412.89 |
| 19010 Investments in Subsidiaries |  | 0.00 |
| **Total Other Assets** | $ | 3,412,685.58 |
| **TOTAL ASSETS** | $ | 11,101,015.39 |
| **LIABILITIES AND EQUITY** |  |  |
| **Liabilities** |  |  |
| **Current Liabilities** |  |  |
| **Accounts Payable** |  |  |
| 20000A Accounts Payable (A/P) |  | 0.00 |
| **Total Accounts Payable** | $ | 0.00 |
| **Other Current Liabilities** |  |  |
| 20000 Accounts Payable, Vouched |  | 0.00 |
| 20010 Accounts Payable, Approval In Progress |  | 0.00 |
| 21140 Accrued Facilities |  | 0.00 |
| 21150 Accrued Professional Fees |  | 24,846.34 |
| 21155 Accrued Professional Fees - Legal |  | 48,514.70 |
| 21200 Accrued Other Taxes |  | 612.50 |
| 21240 Accrued Corporate Credit Card (AmEx Pcard) |  | 0.00 |
| 21280 Reserve for Loan Loss Obligations |  | 7,553,655.50 |
| 21330 Accrued Litigation Contingencies |  | 8,000,000.00 |
| **Total Other Current Liabilities** | $ | 15,627,629.04 |
| **Total Current Liabilities** | $ | 15,627,629.04 |
| **Long-Term Liabilities** |  |  |
| 29000 Intercompany Payable |  | 32,076.28 |
| **Total Long-Term Liabilities** | $ | 32,076.28 |
| **Total Liabilities** | $ | 15,659,705.32 |
| **Equity** |  |  |
| 32000 Additional Paid-In Capital - Prior Years |  | 8,941,459.86 |
| 33000 Retained Earnings - Prior Years |  | -10,685,359.39 |
| Net Income |  | -2,814,790.40 |
| **Total Equity** | -$ | 4,558,689.93 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 11,101,015.39 |

Friday, Aug 16, 2019 04:29:39 PM GMT-7 - Accrual Basis



**Bank of America**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE   19850

Account Number          9654
01 01 140 05 M0000 E#        0
Last Statement:   06/28/2019
This Statement:   07/31/2019

    IMG         SUP
Customer Service
1-888-400-9009

HOME LOAN CENTER INC.
DEBTOR IN POSSESSION CASE 19-51455
CONCENTRATION ACCOUNT

11115 RUSHMORE DR
CHARLOTTE NC  28277-3442

Page    1 of    3

Bankruptcy Case Number:1951455

## ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 06/29/2019 - 07/31/2019 | | Statement Beginning Balance | 4,930.51 |
| Number of Deposits/Credits | 4 | Amount of Deposits/Credits | 225,944.79 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 11 | Amount of Other Debits | 227,954.68 |
| | | Statement Ending Balance | 2,920.62 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/02 | 1972351016 | 13,804.64 | Automatic Transfer Credits | 00680003616 |
| 07/05 | 1973190409 | 35,000.00 | Automatic Transfer Credits | 00680002508 |
| 07/10 | 1979352472 | 16,000.00 | Automatic Transfer Credits | 00680004009 |
| 07/16 | 1970625811 | 161,140.15 | Automatic Transfer Credits | 00680003061 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/02 | | 13,804.64 | WIRE TYPE:WIRE OUT DATE:190702 TIME:1504 ET TRN:2019070200439905 SERVICE REF:434292 BNF:ARCH BEAM ⬛ 4Invoice HLC-CRO-RET-020 | 00370439905 |
| 07/05 | | 35,000.00 | WIRE TYPE:WIRE OUT DATE:190705 TIME:0734 ET TRN:2019070500053568 SERVICE REF:006786 BNF:DEVELOPMENT SPECIALISTS, ⬛ Director Fees - Sept 2019 | 00370053568 |
| 07/10 | | 411.30 | WIRE TYPE:WIRE OUT DATE:190710 TIME:1401 ET TRN:2019071000362767 SERVICE REF:010148 BNF:CORODATA ⬛ | 00370362767 |
| 07/10 | | 15,205.50 | WIRE TYPE:WIRE OUT DATE:190710 TIME:1401 ET TRN:2019071000362766 SERVICE REF:402493 BNF:ARCH BEAM ⬛ 7Invoice HLC-CRO-RET-021 | 00370362766 |
| 07/15 | | 1,981.31 | Account Analysis Fee ANALYSIS CHARGE JUNE BILLING FOR PARENT ⬛ | ⬛ |



**Bank of America**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE   19850

Account Number        9654
01 01 140 05 M0000 E#        0
Last Statement:    06/28/2019
This Statement:    07/31/2019

IMG        SUP
Customer Service
1-888-400-9009

HOME LOAN CENTER INC.

Page     2 of    3

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/16 | | 425.00 | WIRE TYPE:WIRE OUT DATE:190716 TIME:1312 ET TRN:2019071600354642 SERVICE REF:008452 BNF:CORODATA ▆▆▆▆▆▆ Storag e fees July 2019 | 00370354642 |
| 07/16 | | 2,779.17 | WIRE TYPE:WIRE OUT DATE:190716 TIME:1312 ET TRN:2019071600354641 SERVICE REF:371786 BNF:IRON MOUNTAIN ▆▆▆▆ M22W27Invoice 201907053, est July 2019 | 00370354641 |
| 07/16 | | 7,911.78 | WIRE TYPE:BOOK OUT DATE:190716 TIME:1311 ET TRN:2019071600354640 RELATED REF:197CA1153NKZ0N46 BNF:HOULIHAN LOKEY FINANCIAL ▆▆▆▆ 8Invoice HLC-CRO-RET-022 | 00370354640 |
| 07/16 | | 36,780.00 | WIRE TYPE:WIRE OUT DATE:190716 TIME:1311 ET TRN:2019071600354635 SERVICE REF:371756 BNF:ARCH BEAM ▆▆▆▆ | 00370354635 |
| 07/16 | | 38,655.98 | WIRE TYPE:BOOK OUT DATE:190716 TIME:1312 ET TRN:2019071600354643 RELATED REF:197F93009DX11F62 BNF:WILLIAMS & CONNOLLY ▆▆▆▆ PMT DET:Invoices 500652, 500653 | 00370354643 |
| 07/16 | | 75,000.00 | WIRE TYPE:WIRE OUT DATE:190716 TIME:1311 ET TRN:2019071600354638 SERVICE REF:008627 BNF:PACHULSKI STANG ZIEHL ▆▆▆▆ 7FL14283V21540June 2019 Invoice HLC | 00370354638 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/28 | 4,930.51 | 4,930.51 | 07/16 | 2,920.62 | 2,920.62 |
| 07/10 | 5,313.71 | 5,313.71 | 07/31 | 2,920.62 | 2,920.62 |
| 07/15 | 3,332.40 | 3,332.40 | | | |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        ████9654
01 01 140 05 M0000 E#      0
Last Statement:    06/28/2019
This Statement:    07/31/2019

        IMG        SUP
Customer Service
1-888-400-9009

HOME LOAN CENTER INC.

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.



INTENTIONALLY BLANK PAGE

## Home Loan Center, Inc.

### 10002 HLC Inc Checking 9654, Period Ending 07/31/2019

### RECONCILIATION REPORT

Reconciled on: 08/03/2019

Reconciled by: Scott Geary

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| | |
| Statement beginning balance | 4,930.51 |
| Checks and payments cleared (12) | -227,954.68 |
| Deposits and other credits cleared (4) | 225,944.79 |
| Statement ending balance | 2,920.62 |
| | |
| Register balance as of 07/31/2019 | 2,920.62 |

### Details

Checks and payments cleared (12)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2019 | Bill Payment | HLC-CRO-RET-020 | ARCH & BEAM | -13,804.64 |
| 07/05/2019 | Bill Payment | Sept 11987 | Development Specialists, Inc. | -35,000.00 |
| 07/10/2019 | Bill Payment | June RS4513394 | CORODATA RECORDS MAN... | -411.30 |
| 07/10/2019 | Bill Payment | HLC-CRO-RET-021 | ARCH & BEAM | -15,205.50 |
| 07/15/2019 | Expense | | Bank of America Fees | -1,981.31 |
| 07/16/2019 | Expense | 7.16.19 Payment | WILLIAMS & CONNOLLY LLP | -38,655.98 |
| 07/16/2019 | Bill Payment | June 201907053 | IRON MOUNTAIN -8479 | -1,379.17 |
| 07/16/2019 | Bill Payment | Q2 156390 | HOULIHAN LOKEY | -7,911.78 |
| 07/16/2019 | Expense | Retainer | PACHULSKI STANG ZIEHL &... | -75,000.00 |
| 07/16/2019 | Expense | July estimate | CORODATA RECORDS MAN... | -425.00 |
| 07/16/2019 | Expense | Prepayment | IRON MOUNTAIN -8479 | -1,400.00 |
| 07/16/2019 | Bill Payment | HLC-CRO-RET-022 | ARCH & BEAM | -36,780.00 |

| Total | | | | -227,954.68 |
|---|---|---|---|---|

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2019 | Transfer | | | 13,804.64 |
| 07/05/2019 | Transfer | | | 35,000.00 |
| 07/10/2019 | Transfer | | | 16,000.00 |
| 07/16/2019 | Transfer | | | 161,140.15 |

| Total | | | | 225,944.79 |
|---|---|---|---|---|


```
Account Number        8542
01 01 140 05 M0000 E#       0
Last Statement:    06/28/2019
This Statement:    07/31/2019

     IMG
Customer Service
1-888-400-9009
```

HOME LOAN CENTER INC
DEBTOR IN POSSESSION CASE 19-51455
11115 RUSHMORE DR
CHARLOTTE NC  28277-3442

Page    1 of    2

Bankruptcy Case Number:1951455

## ANALYZED INTEREST CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 06/29/2019 - 07/31/2019 | | Statement Beginning Balance | 5,668,828.52 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 11,742.77 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 4 | Amount of Other Debits | 225,944.79 |
| | | Statement Ending Balance | 5,454,626.50 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | 11,742.77 | Interest Paid Year-to-Date | 122,648.69 |
| Annual Percentage Yield Earned | 2.53% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 07/31 | | 11,742.77 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF | $5,530,461.37 | 09840002640 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 07/02 | 1972351016 | 13,804.64 | ACCOUNT TRANSFER TRSF TO | 9654 | 00680004110 |
| 07/05 | 1973190409 | 35,000.00 | ACCOUNT TRANSFER TRSF TO | 9654 | 00680002705 |
| 07/10 | 1979352472 | 16,000.00 | ACCOUNT TRANSFER TRSF TO | 9654 | 00680004274 |
| 07/16 | 1970625811 | 161,140.15 | ACCOUNT TRANSFER TRSF TO | 9654 | 00680003403 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 06/28 | 5,668,828.52 | 5,668,828.52 | 2.500 | 07/10 | 5,604,023.88 | 5,604,023.88 | 2.500 |
| 07/02 | 5,655,023.88 | 5,655,023.88 | 2.500 | 07/16 | 5,442,883.73 | 5,442,883.73 | 2.500 |
| 07/05 | 5,620,023.88 | 5,620,023.88 | 2.500 | 07/31 | 5,454,626.50 | 5,454,626.50 | 2.500 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    ████8542
01 01 140 05 M0000 E#      0
Last Statement:   06/28/2019
This Statement:   07/31/2019

IMG
Customer Service
1-888-400-9009

HOME LOAN CENTER INC

**IMPORTANT INFORMATION**

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

Home Loan Center, Inc.

**10003 HLC Inc Savings 8542, Period Ending 07/31/2019**

**RECONCILIATION REPORT**

Reconciled on: 08/03/2019

Reconciled by: Scott Geary

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 5,668,828.52 |
| Checks and payments cleared (4) | -225,944.79 |
| Deposits and other credits cleared (1) | 11,742.77 |
| Statement ending balance | 5,454,626.50 |
| Register balance as of 07/31/2019 | 5,454,626.50 |

**\* Only post-petition transaction was receipt of interest on 7/31/19 (see below)**

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2019 | Transfer | | | -13,804.64 |
| 07/05/2019 | Transfer | | | -35,000.00 |
| 07/10/2019 | Transfer | | | -16,000.00 |
| 07/16/2019 | Transfer | | | -161,140.15 |
| Total | | | | -225,944.79 |

**\* Only post-petition transaction was receipt of interest on 7/31/19 (see below)**

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/31/2019 | Deposit | | Bank of America interest | 11,742.77 |
| Total | | | | 11,742.77 |



**Bank of America**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number ▉5734
01 01 140 05 M0000 E#      0
Last Statement:    06/28/2019
This Statement:    07/31/2019

IMG        SUP
Customer Service
1-888-400-9009

HLC ESCROW INC
OPERATING ACCOUNT
HOMELOANCENTER.COM\LENDINGTREE LOAN                    Page      1 of    2

11115 RUSHMORE DRIVE
CHARLOTTE RI  02827-0007

## CONTROLLED DISBURSEMENT–WALNUT CREEK

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 06/29/2019 - 07/31/2019 | Statement Beginning Balance | 489,629.50 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 489,629.50 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/28 | 489,629.50 | 489,629.50 | 07/31 | 489,629.50 | 489,629.50 |



**Bank of America**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

| | |
|---|---|
| Account Number | ████5734 |
| 01 01 140 05 M0000 E# | 0 |
| Last Statement: | 06/28/2019 |
| This Statement: | 07/31/2019 |

IMG       SUP
Customer Service
1-888-400-9009

HLC ESCROW INC

Page     2 of     2

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

Home Loan Center, Inc.

**10001 HLC Escrow 5734, Period Ending 07/31/2019**

**RECONCILIATION REPORT**

Reconciled on: 08/03/2019

Reconciled by: Scott Geary

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 489,629.50 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 489,629.50 |
| | |
| Register balance as of 07/31/2019 | 489,629.50 |

# EXHIBIT B

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wyoming Dept of Revenue**
**122 W. 25th St.**
**3rd Floor East**
**Cheyenne, WY 82002**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**1900 Capital Trust II**
**c/o Gross, Polowy & Orians, Esq.**
**1775 Wehrele Dr., Ste. 100**
**Buffalo, NY 14221**

Date(s) debt was incurred _

Last 4 digits of account number _

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  <u>Nominal Defendant in Foreclosure Action (1900 Capital Trust II v. Melissa Giacco; Home Loan Center, et al.; New York Supreme Court Case #: 603749/2019)</u>

Is the claim subject to offset? [x] No [ ] Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of America**
**c/o Frenkel Lambert Weiss Weisma**
**20 West Main Street**
**Bay Shore, NY 11706**

Date(s) debt was incurred _

Last 4 digits of account number _

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  <u>Nominal Defendant in Foreclosure Action (Bank of America NA v. Amanda Gekoski; Home Loan Center, et al.; New York Civil Supreme Court Case #: 11129/2016)</u>

Is the claim subject to offset? [x] No [ ] Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of America**
**2112 Business Center Drive**
**Second Floor**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  <u>Nominal Defendant in Foreclosure Action (Bank of America, N.A. v. Shelly M. Hasha; Home Loan Center, Inc., et al.; Oregon 2nd Judicial Circuit Court Case #: 16CV03437)</u>

Is the claim subject to offset? [x] No [ ] Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of New York Mellon**
**255 Merrick Rd.**
**Rockville Centre, NY 11570**

Date(s) debt was incurred _

Last 4 digits of account number _

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  <u>Nominal Defendant in Foreclosure Action (Bank of New York Mellon v. Hiyam Hammad; Home Loan Center, et al.; New York Supreme Court Case #: 600052/2019)</u>

Is the claim subject to offset? [x] No [ ] Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Bank of New York Mellon**<br>**c/o Maria Siderus**<br>**242 Drexel Ave**<br>**Westbury, NY 11590** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Nominal Defendant in Foreclosure Action (Bank of New York Mellon v. Whitty; Home Loan Center, et al.; New York Civil Supreme Court Case #: 613/2016)</u><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Bank of New York Mellon**<br>**c/o Joshua R. Orem**<br>**Shapiro & Sutherland LLC**<br>**7632 SW Durham Rd, Ste 350**<br>**Tigard, OR 97224** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Nominal Defendant in Foreclosure Action (The Bank of New York Mellon v. Shirley E. Baldwin; Home Loan Center, et al.; Oregon 3rd Judicial Circuit Court Case #: 16CV09174)</u><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Bank of NY Mellon**<br>**c/o Robin L. Miller**<br>**400 S. Hope St.**<br>**Ste. 400**<br>**Los Angeles, CA 90071** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Nominal Defendant in Foreclosure Action (Bank of NY Mellon v. John William Meyers; Home Loan Center, et al.; Hawaii District Court Case #: 1CC161000445)</u><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Bayview Loan Servicing, LLC**<br>**c/o O'Connell Attmore & Morris LLC**<br>**280 Trumbull St.**<br>**Hartford, CT 06103-3598** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Nominal Defendant in Foreclosure Action (Bayview Loan Servicing, LLC v. Makein; Home Loan Center, et al.; Connecticut Superior Ct., Case #: NNI-CV-17-6011263-S)</u><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Beneficial Homeowner Service**<br>**c/o Fein, Such & Crane**<br>**28 East Main St., Suite 1800**<br>**Rochester, NY 14614** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Nominal Defendant in Foreclosure Action (Beneficial Homeowner Service v. Philip Cartonia; Home Loan Center, et al.; New York Supreme Court Case #: 600609/2016)</u><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| | **Christy Rogers Ellis & Jimmy Hoyt Ellis**<br>**William J. Brown & Associates, PLLC**<br>**23 N. Ocoee St.**<br>**P.O. Box 1001**<br>**Cleveland, TN 37364** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Default Judgment (Ellis v. HLC)</u><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CIT Bank, NA**
**c/o Windels Marx Lane LLP**
**156 W 56th Street**
**New York, NY 10019**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: <u>Nominal Defendant in Foreclosure Action (CIT Bank, N.A. v. De Massie, Danielle; Home Loan Center, et al.; New York Civil Supreme Court Case #: 3700/2015)</u>

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CitiBank, N.A.**
**Becky Hancock, Repurchase Coordinator,**
**Citi Mortgage, Inc.**
**1000 Technology Dr.**
**O Fallon, MO 63368**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: <u>Indemnification</u>

Is the claim subject to offset? ☑ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Credit Suisse**
**Attn: Mortgage Banking Dept.**
**11 Madison Ave.**
**New York, NY 10010**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: <u>Indemnification</u>

Is the claim subject to offset? ☑ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Deutsche Bank National Trust**
**c/o Leopold & Associates, PLLC**
**80 Business Park Dr.**
**Ste. 110**
**Armonk, NY 10504**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: <u>Nominal Defendant in Foreclosure Action (Deutsche Bank National Trust v. Hossain; Home Loan Center Inc., et al.; New York Supreme Court Case #: 700853/2018)</u>

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Deutsche Bank National Trust Co.**
**Attn: Mortgage Banking Dept.**
**1961 East Saint Andrew Place**
**Santa Ana, CA 92705**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Deutsche Bank National Trust Co.**
**c/o Sun Young Park, Esq.**
**300 South Grand Ave.**
**41st Flr.**
**Los Angeles, CA 90071**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: <u>Nominal Defendant in Foreclosure Action (Deutsche Bank v. Rachel Donovan; Home Loan Center, et al.; Hawaii Dist. Court Case #: 2CC191000176)</u>

Is the claim subject to offset? ☑ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deutsche Bank Trus Company Americas**
**as Trustee for Res Accredit Loans, Inc.**
**c/o McCalla Raymer Leibert Pierce LLC**
**50 Weston St**
**Hartford, CT 06120**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Deutsche Bank v. Marthan Chambers; Home Loan Center, et al.; Connecticut Superior Court Case #HHB-CV-19-6052616-S)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ditech Financial LLC**
**c/o Woods Oviatt Gilman, LLC**
**2 State St., 175 Mile Crossing**
**Rochester, NY 14614**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Ditech Financial LLC v. Roger Criscitello; Home Loan Center, et al.; New York Supreme Court Case #: 135035/2019)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ditech Financial LLC**
**McCalla Raymer Leibert Pierce LLC**
**50 Weston St**
**Hartford, CT 06120**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Ditech Financial LLC v. Del Valle; Home Loan Center, et al; Connecticut Superior Court Case #: HHB-CV-18-6046231-S)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ditech Financial LLC**
**c/o Zack Baisley**
**26 Harvester Ave.**
**Batavia, NY 14020**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Ditech Financial LLC v. Kilroy, Brian; Home Loan Center, et al.; New York Civil Supreme Court Case #: 602/2016)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eastern Savings Bank**
**c/o Geraghty & Bonnano LLC**
**38 Granite Street**
**P.O. Box 231**
**New London, CT 06320**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Eastern Savings Bank v. Avery, William; Home Loan Center, et al.; Connecticut Superior Court Case #: KNL-CV-17-6029982-S)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Encore Credit Corporation**
**Attn: Mortgage Banking Dept.**
**1833 Alton Pkwy**
**Irvine, CA 92606**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Indemnification**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Federal Home Loan Mortgage Corporation**
Attn: Mortgage Banking Dept.
8200 Jones Branch Dr.
Mc Lean, VA 22102-3110

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Indemnification**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Federal National Mortgage Association**
3900 Wisconsin Ave., NW
Washington, DC 20016-2892

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Indemnification**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**FNMA**
c/o Gross Polowy Orlans LLC
1775 Wehrle Drive, Ste 100
Williamsville, NY 14221

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Nominal Defendant in Foreclosure Action (FNMA v. Chevon McIntyre; Home Loan Center, et al.; N.Y. Sup Ct. Case #: 2017/08565)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**FNMA**
c/o Rosicki & Associates, P.C.
51 E. Bethpage Rd
Plainview, NY 11803

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Nominal Defendant in Foreclosure Action (Federal National Mortgage Association v. Nicole McIntyre; Home Loan Center, et al.; New York Civil Supreme Court Case #: 1982/2017)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**FNMA**
6409 Congress Avenue
Suite 100
Boca Raton, FL 33487

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Nominal Defendant in Foreclosure Action (Federal National Mortgage Association v. Roffin Roberts; Home Loan Center, et al.; Florida Circuit Court Case #: 2017-003736-CA-01)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**FNMA**
c/o McCalla Reymer Leibert Pierce LLC
50 Weston Street
Hartford, CT 06120

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Nominal Defendant in Foreclosure Action (Federal National Mortgage Association v. Anderson, Heather; Home Loan Center, et al.; Connecticut Superior Court Case #: MMX-CV-16-6015454-S)**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **GMAC Bank**<br>Attn: Mortgage Banking Dept.<br>P.O. Box 380901<br>Bloomington, MN 55438 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Indemnification** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Greater New Haven Water Pollution Cont.**<br>c/o Parrett Porto Parese & Colwell PC<br>2319 Whitney Ave., Ste. 1D<br>Hamden, CT 06518 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Nominal Defendant in Foreclosure Action Nominal Defendant in Foreclosure Action (Greater New Haven Water Pilution Control v. Marc Conte; Home Loan Center, et al.; Illinois Circuit Court Cook County Case #: 2019-CH-05278)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **HSBC Bank USA**<br>c/o McCabe, Weisberg & Conway, PC<br>145 Huguenot Street, Ste 210<br>New Rochelle, NY 10801 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Nominal Defendant in Foreclosure Action (HSBC Bank USA, NA v. Morales, Julienna; Home Loan Center, et al.; New York Civil Supreme Court Case #: 1321/2015)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,100,000.00 |
|---|---|---|---|
| | **JP Morgan Chase & Co.**<br>Annette C. Rizzi, Assoc. General Counsel<br>Four New York Plaza, 19th Flr.<br>New York, NY 10004-2413 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Indemnification** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **JPMorgan Chase Bank**<br>c/o James A. Craft<br>1499 SE Tech Center Pl., Suite 255<br>Vancouver, WA 98683 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Nominal Defendant in Foreclosure Action (JPMorgan Chase Bank v. Charles A. Kremer; Home Loan Center, et al.; Oregon 16th Judicial Circuit Court Case #: 16CV36465)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,200,000.00 |
|---|---|---|---|
| | **Lehman Brothers Holding Inc.**<br>c/o Wollmuth Maher & Deutsch LLP<br>500 5th Avenue<br>New York, NY 10110 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Indemnification** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,076.28 |
|---|---|---|---|
| | **Lending Tree, Inc.**<br>11115 Rushmore Drive<br>Charlotte, NC 28277 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Intercompany Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.36** 

Nonpriority creditor's name and mailing address

McCaffery Estates Condominium Ass.
c/o Kevin Davis Wickless
Kevin Wickless Law, LLC
99 Main Street, Suite 3C
Norwich, CT 06360

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (McCaffery Estates Condominium Associates v. Bernardo, Jhune; Home Loan Center, et al.; Connecticut Superior Court Case #: KNL-CV-16-6027069-S)

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.37**

Nonpriority creditor's name and mailing address

Midfirst Bank
c/o Gross Polowy, LLC
1775 Wehrle Dr.
Ste. 100
Williamsville, NY 14221

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (Midfirst Bank v. Starner; Home Loan Center, et al; New York Supreme Court Case #: 1277/2018)

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.38**

Nonpriority creditor's name and mailing address

Midfirst Bank
c/o Witherspoon Law
790 Farmington Ave
Farmington, CT 06032

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (Midfirst Bank v. Myers, Aaron; Home Loan Center, et al.; Connecticut Superior Court Case #: NNH-CV-16-6061953-S)

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.39**

Nonpriority creditor's name and mailing address

MTGLQ
c/o Richard Francis Komosinski
565 Taxter Rd.
Ste. 590
Elmsford, NY 10523-2300

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (MTGLQ vs. Grantham; Home Loan Center, et al.; New York Supreme Court Case #: 1117027/2018)

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.40**

Nonpriority creditor's name and mailing address

MTGLQ Investors LP
c/o Bradford S. Bernstein, Esq.
Miles & Stockbridge, P.C.
11 North Washington St., Suite 700
Rockville, MD 20850

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (MTGLQ Investors LP v. Home Loan Center, et al.; Circuit Court of Maryland Case #: 13C17111187)

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.41**

Nonpriority creditor's name and mailing address

National City Mortgage Co.
Attn: Mortgage Banking Dept.
P.O. Box 1820
Dayton, OH 45401-1820

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Indemnification

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nationstar Mortgage LLC**
c/o John Andrew Di Caro
175 Mile Crossing Blvd
Rochester, NY 14624-6249

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (Nationstar Mortgage LLC v. Petro Tarasyuk; Home Loan Center, et al.; New York Supreme Court Case #: E2019001358)

Is the claim subject to offset? ☑ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ocwen Loan Servicing, LLC**
c/o Clarfield, Okon & Salomone, Pl
114 Old County Rd., Ste 400
Mineola, NY 11501

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (Ocwen Loan Servicing v. O'Brien, Michael; Home Loan Center, et al.; New York Supreme Court Case #: 135215/2016)

Is the claim subject to offset? ☑ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**OneWest Bank, a div. of CIT Bank, N.A.**
Successor to IndyMac Federal Bank, FSB
Attn:  Mortgage Banking Dept.
75 North Fair Oaks Ave
Pasadena, CA 91103

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Indemnification

Is the claim subject to offset? ☑ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PNC Bank, NA**
c/o Calvin A. Knickerbocker, III
RCO Legal PS
511 SW 10th Ave., Ste 400
Portland, OR 97205

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (PNC Bank v. Mitchell Hawkins; Home Loan Center, et al.; Oregon 14th Judicial Circuit Court Case #: 16CV17075)

Is the claim subject to offset? ☑ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PNC Bank, National Association**
c/o MCCABE, WEISBERG & CONWAY, PC
145 Huguenot Street, Ste 210
New Rochelle, NY 10801

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (PNC Bank v. Williams; Home Loan Center, et al.; New York Supreme Court Case #: 152424/2017)

Is the claim subject to offset? ☑ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,484,502.06 |
|---|---|---|---|

**ResCap Liquidating Trust as successor to**
Residential Funding Company, LLC)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave., 22nd Floor
New York, NY 10010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Judgment entered 6/21/2019

Is the claim subject to offset? ☑ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald Osburn**
**4523 W. Evergreen Ct.**
**Visalia, CA 93277**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Osburn v. Countrywide Home Loans; Home Loan Center, et al.; US District Court Case #: 1:19-cv-00246-DAD-SAB)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Techow**
**c/o Alan D. Walton**
**Breckenridge & Associates**
**8070 Main Street, Box 489**
**Birch Run, MI 48415**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Techow v. Home Loan Center, Inc. et al.; USBC Eastern Dist. of Michigan (Flint) Case #: 17-03089)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**U.S. Bank National**
**c/o Gross Polowy, LLC**
**1775 Wehrle Drive, Suite 100**
**Williamsville, NY 14221**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (U.S. Bank National v. Ford, Fernando; Home Loan Center, et al.; New York Supreme Court Case No. 513868/2017)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**US Bank**
**Attn:  Mortgage Banking Dept.**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Indemnification**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wells Fargo Bank NA**
**c/o Gross Polowy LLC**
**1775 Wehrl Drive, Suite 100**
**Williamsville, NY 14221**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Wells Fargo Bank NA v. Vantreese; Home Loan Center, et al.; New York Civil Supreme Court Case #: 842/2014)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wells Fargo Bank, NA**
**c/o McCabe, Weisberg & Conway, PC**
**145 Huguenot St., Ste 201**
**New Rochelle, NY 10801**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Wells Fargo Bank NA v. Sangeniti; Home Loan Center, et al.; New York Supreme Court Case #: 617160/2017)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Wilmington Savings Fund** | ☑ Contingent | |
| | **c/o McCalla Raymer Leibert** | ☑ Unliquidated | |
| | **1 North Dearborn #12** | ☑ Disputed | |
| | **Chicago, IL 60602** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Nominal Defendant in Foreclosure Action__ | |
| | | __(Wilmington Savings Fund v. Hurt Kiki; Home Loan Center, Inc., et al;__ | |
| | Last 4 digits of account number _ | __Illinois Circuit Court Cook County Case #2019-CH-05278)__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Wilmington Savings Fund Society, FSB** | ☑ Contingent | |
| | **c/o Richard F. Komosinski** | ☑ Unliquidated | |
| | **565 Taxter Rd.** | ☑ Disputed | |
| | **Ste. 590** | | |
| | **Elmsford, NY 10523** | Basis for the claim: __Nominal Defendant in Foreclosure Action__ | |
| | Date(s) debt was incurred _ | __(Wilmington Savings Fund Society v. Kilroy; Home Loan Center, et__ | |
| | | __al.; New York Supreme Court Case #7011192/2018)__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Wilmington Trust, NA** | ☑ Contingent | |
| | **c/o McCalla Raymer Leibert Pierce, LLC** | ☑ Unliquidated | |
| | **420 Lexington Ave.** | ☑ Disputed | |
| | **Ste. 840** | | |
| | **New York, NY 10170** | Basis for the claim: __Nominal Defendant in Foreclosure Action__ | |
| | Date(s) debt was incurred _ | __(Wilmington Trust v. Boosalis; Home Loan Center, Inc., et al.; New__ | |
| | | __York Supreme Court Case #: 780/2018)__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Fox Rothschild, LLP** | Line **3.34** | _ |
| | **Michael A. Rollin, Esq.** | | |
| | **101 Park Avenue, 17th Flr.** | ☐ Not listed. Explain ____ | |
| | **New York, NY 10178** | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 111,818,078.34 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 111,818,078.34 |