Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
       jrichards@pszjlaw.com
       mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>                Debtor. | Case No.: 19-51455 (MEH)<br><br>Chapter 11<br><br>**NOTICE OF CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7** |

**PLEASE TAKE NOTICE** that pursuant to section 1112(a) of the Bankruptcy Code, the chapter 11 case of the above-captioned debtor is converted to a case under chapter 7 of the Bankruptcy Code.

Dated: August 29, 2019

                                                  By: */s/ Jeremy V. Richards*
                                                       Jeffrey N. Pomerantz (CA Bar No. 143717)
                                                       Jeremy V. Richards (CA Bar No. 102300)
                                                       Malhar S. Pagay (CA Bar No. 189289)
                                                       Henry C. Kevane (CA Bar No. 125757)

                                                    Attorneys for Home Loan Center, Inc.