1    Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
2    Malhar S. Pagay (CA Bar No. 189289)
Steven J. Kahn (CA Bar No. 76933)
3    Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
4    Los Angeles, CA 90067
Telephone: 310.277.6910
5    Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
6          jrichards@pszjlaw.com
         mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>                      Debtor. | Case No.: 19-51455 (MEH)<br><br>Chapter 11<br><br>**STIPULATION MODIFYING STIPULATION REGARDING CONTINUANCE OF AUGUST 29, 2019 HEARINGS AND RELATED DISCOVERY**<br><br>New Hearing Date: September 24, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 3020<br>        280 South First Street<br>        San Jose, CA 95113<br>Judge: Hon. M. Elaine Hammond |

This stipulation is entered into by and among (1) Home Loan Center, Inc. ("HLC"), (2) ResCap Liquidating Trust ("ResCap"), (3) LendingTree, LLC and LendingTree, Inc. (collectively, "LendingTree"), and (4) Douglas Lebda ("Lebda") (collectively, the "Stipulation Parties").

WHEREAS, ResCap noticed an August 29, 2019 hearing on its Motion to Convert Case to Chapter 7 (ECF No. 41) (the "Conversion Motion");

WHEREAS, HLC filed the following motions and applications that were also set for hearing on August 29, 2019, or that would be set for hearing on that date if objections were filed: Debtor's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 to Prosecute Appeal of Adverse Judgment (the "RFS Motion") (ECF No. 17); Motion for Order Authorizing Debtor to Maintain Existing Bank Accounts (the "Bank Account Motion") (ECF No. 26); Motion for Order Approving Procedures Regarding Assignments/Foreclosure Actions (the "Procedures Motion") (ECF No. 47); Motion for Entry of Order Pursuant to Bankruptcy Code Sections 363 and 105 Approving the Engagement Contract Between Arch & Beam Global, LLC, and the Debtor (the "A&B Engagement Motion") (ECF No. 37); Debtor's Application to Employ Williams & Connolly, LLP as Special Litigation Counsel, Effective as of the Petition Date, Pursuant to Section 327(e) of the Bankruptcy Code (the "W&C Engagement Motion") (ECF No. 33); and Debtor's Application to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel for the Debtor (the "PSZJ Engagement Motion") (ECF No. 43);

WHEREAS, in connection with the Conversion Motion, ResCap served discovery on HLC and third party discovery on non-party LendingTree and noticed/subpoenaed various depositions, including FTI Consulting, Inc. (the "Discovery");

WHEREAS, on August 14, 2019, the Stipulation Parties entered into a Stipulation Regarding Continuance of August 29, 2019 Hearings and Related Discovery (the "Prior Stipulation") (ECF No. 55);

WHEREAS, on August 15, 2019, the Court entered its Order Approving Stipulation Regarding Continuance of August 29, 2019 Hearings and Related Discovery (the "Order Approving Prior Stipulation") (ECF No. 58);

WHEREAS, at the Status Conference of the within bankruptcy case held on August 29, 2019, HLC announced its intent to file a Notice of Conversion of Chapter 11 Case to Chapter 7, which notice (the "Conversion Notice") was filed on August 29, 2019 (ECF No. 77);

WHEREAS, the filing of the Conversion Notice requires modifications to the Prior Stipulation and the Order Approving Prior Stipulation;

NOW, THEREFORE, it is hereby stipulated and agreed, by and among the Stipulation Parties as follows:

1. The Conversion Motion currently set for hearing on September 24, 2019 at 10:00 a.m. (the "Hearing Date") shall be deemed withdrawn as moot.

2. The RFS Motion, Bank Account Motion, Procedures Motion, and the W&C Engagement Motion shall be deemed withdrawn without prejudice.

3. Subject to the Court's approval, opposition to the A&B Engagement Motion and the PSZJ Engagement Motion shall be extended for ResCap, the Office of the United States Trustee and any other party in interest to September 6, 2019, and replies and exhibit/witness lists shall remain due seven (7) days before the Hearing Date.

4. Any and all obligations to respond to the Discovery and attend depositions set forth in Paragraphs 2 and 5 of the Prior Stipulation shall be deemed suspended, without prejudice to any right of ResCap to institute new discovery or to resume its existing discovery as to the A&B Engagement Motion and the PSZJ Engagement Motion, and the rights of those parties to object to the issuance of any such new or resumed discovery and the contents thereof on any grounds.

5. ResCap further herein withdraws without prejudice its Subpoenas issued to FTI Consulting, Inc.

1. 6. No Stipulation Party shall schedule or notice a motion or an application to be heard on a date that precedes the Hearing Date unless such motion or application seeks emergency relief or requests admission for an attorney to appear *pro hac vice*.

Dated: September 5, 2019

By: */s/ K. John Shaffer*
Susheel Kirpalani (Pro Hac Vice pending)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com

K. John Shaffer (Cal. Bar No. 153729)
Matthew R. Scheck (Cal. Bar. No. 273152)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: johnshaffer@quinnemanuel.com
matthewscheck@quinnemanuel.com

Stephen Finestone (Cal. Bar No. 125675)
Jennifer C. Hayes (Cal. Bar No. 197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
Email: sfinestone@fhlawllp.com
jhayes@fhlawllp.com

*Attorneys for the ResCap Liquidating Trust*

| | |
|---|---|
| 1 | Dated: September 5, 2019 |
| 2 | By: */s/ Steven J. Kahn* |
|   | Jeffrey N. Pomerantz (CA Bar No. 143717) |
|   | Jeremy V. Richards (CA Bar No. 102300) |
|   | Malhar S. Pagay (CA Bar No. 189289) |
|   | Steven J. Kahn (CA Bar No. 76933) |
|   | Pachulski Stang Ziehl & Jones LLP |
|   | 10100 Santa Monica Blvd., 13th Floor |
|   | Los Angeles, CA 90067 |
|   | Telephone: 310.277.6910 |
|   | Facsimile: 310.201.0760 |
|   | Email: jpomerantz@pszjlaw.com |
|   | jrichards@pszjlaw.com |
|   | mpagay@pszjlaw.com |
|   | skahn@pszjlaw.com |

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: hkevane@pszjlaw.com

*Proposed Attorneys for Home Loan Center, Inc.*

Dated: September 5, 2019

By: */s/ Ori Katz*
Ori Katz (Cal. Bar No. 209561)
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com

*Attorney for LendingTree, Inc., LendingTree, LLC, and Douglas Lebda*

**COURT SERVICE LIST:**

All ECF Participants