| | |
|---|---|
| Jeffrey N. Pomerantz (CA Bar No. 143717)<br>Jeremy V. Richards (CA Bar No. 102300)<br>Malhar S. Pagay (CA Bar No. 189289)<br>Steven J. Kahn (CA Bar No. 76933)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310.277.6910<br>Facsimile: 310.201.0760<br>Email: jpomerantz@pszjlaw.com<br>       jrichards@pszjlaw.com<br>       mpagay@pszjlaw.com | **Entered on Docket**<br>**September 09, 2019**<br>**EDWARD J. EMMONS, CLERK**<br>**U.S. BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** <br><br>The following constitutes the order of the Court.<br>Signed: September 9, 2019<br><br>_M. Elaine Hammond_<br>_____<br>**M. Elaine Hammond**<br>**U.S. Bankruptcy Judge** |

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: hkevane@pszjlaw.com

Proposed Attorneys for Home Loan Center, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>              Debtor. | Case No.: 19-51455 (MEH)<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING CONTINUANCE OF HEARINGS AND RELATED DISCOVERY**<br><br>Date:   September 24, 2019<br>Time:  10:00 a.m.<br>Place:  Courtroom 11<br><br>         280 South First Street<br>         San Jose, CA 95113<br>Judge: Hon. M. Elaine Hammond |

      A Stipulation Modifying Stipulation Regarding Continuance of August 29, 2019 Hearings and Related Discovery (the "Stipulation") was filed by (1) Home Loan Center, Inc. ("HLC"), (2) ResCap Liquidating Trust ("ResCap"), (3) Lending Tree, LLC and Lending Tree, Inc. (collectively,

1

"Lending Tree"), and (4) Douglas Lebda (collectively, the "Stipulation Parties"). Having reviewed the Stipulation, and good cause appearing, the Court HEREBY ORDERS that:

1. The Stipulation is approved; and

2. The Order Approving Prior Stipulation[1] is modified as follows:

 (a) The hearings on the Conversion Motion, the RFS Motion, the Bank Account Motion, the Procedures Motion, and the W&C Engagement Motion shall be removed from the Court's calendar as withdrawn, without prejudice;

 (b) Oppositions to the A&B Engagement Motion and/or the PSZJ Engagement Motion by ResCap, the United States Trustee and any other party in interest are due on September 6, 2019;

 (c) Replies in support of said motions are due seven (7) days before the Hearing Date; and

 (d) Exhibit and witness lists are due seven (7) days before the Hearing Date.

**END OF ORDER**

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Stipulation.

**COURT SERVICE LIST:**

All ECF Participants