The following constitutes the order of the Court.
Signed: September 16, 2019

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

1  Jeffrey N. Pomerantz (CA Bar No. 143717)
   Jeremy V. Richards (CA Bar No. 102300)
2  Malhar S. Pagay (CA Bar No. 189289)
   Pachulski Stang Ziehl & Jones LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA 90067
4  Telephone: 310.277.6910
   Facsimile: 310.201.0760
5  Email: jpomerantz@pszjlaw.com
          jrichards@pszjlaw.com
6         mpagay@pszjlaw.com

7  Henry C. Kevane (CA Bar No. 125757)
   Pachulski Stang Ziehl & Jones LLP
8  150 California St., 15th Floor
   San Francisco, CA 94111
9  Telephone:  415.263.7000
   Facsimile:  415.263.7010
10 Email: hkevane@pszjlaw.com

11 Proposed Attorneys for Home Loan Center, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>                                Debtor. | Case No.: 19-51455 (MEH)<br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. § 1112(a)**<br><br>[Relates to Docket No. 83] |

A *Motion to Convert Case Under 11 U.S.C. §1112(a)* (the "Motion") [Docket No. 83] was filed by debtor, Home Loan Center, Inc., on September 5, 2019. Having reviewed the Motion, and good cause appearing, the Court hereby orders that:

1.  The Motion is GRANTED.

2.  The above-captioned case is hereby converted to a case under chapter 7 of Title 11 of the United States Code.

**END OF ORDER*

COURT SERVICE LIST

All ECF Participants