

The following constitutes the order of the Court.
Signed: September 24, 2019

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Home Loan Center, Inc.,<br><br>                        Debtor. | Case No. 19-51455 MEH<br><br>Chapter 11<br><br>Date:   September 24, 2019<br>Time:  10:00 a.m.<br>Place:  280 South First Street<br>         Courtroom 11<br>         San Jose, CA 95113 |

<u>ORDER DENYING WITHOUT PREJUDICE APPLICATION</u>

<u>TO EMPLOY ARCH & BEAM GLOBAL, LLC</u>

On July 31, 2019, Debtor filed an application to employ Arch & Beam Global, LLC ("Arch + Beam") as a chief restructuring officer pursuant to 11 U.S.C. § 363 and § 105 (Dkt# 37). The United States Trustee and Creditors ResCap Liquidating Trust and Lehman Brothers Holdings, Inc. opposed the application.

The matter came on for hearing on September 24, 2019 at 10:00 a.m. Appearances were stated on the record.

For the reasons stated on the record, it is hereby ORDERED that Debtor's application to employ Arch + Beam is denied without prejudice to Arch + Beam seeking employment pursuant to 11 U.S.C. § 327.

                                            **END OF ORDER**

**COURT SERVICE LIST**

All ECF Recipients