**Entered on Docket**
**October 03, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS A. KAELIN,
Trustee in Bankruptcy

**CHANGES MADE BY COURT**

The following constitutes the order of the Court.
Signed: October 3, 2019

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

In re

HOME LOAN CENTER, INC.,

Debtor.

Case No. 19-51455 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER ESTABLISHING CHAPTER 11 ADMINISTRATIVE CLAIM BAR DATE RE CLAIMS AND APPROVING FORM OF NOTICE**

Based upon the *Ex Parte* Application for Order Establishing Chapter 11 Administrative Claim Bar Date re Claims and Approving Form of Notice ("Application") and good cause appearing therefor,

IT IS ORDERED as follows:

1. The *Ex Parte* Application for Order Establishing Chapter 11 Administrative Claim Bar Date re Claims and Approving Form of Notice is granted.

2. December 9, 2019 is the last day within which Chapter 11 Administrative Claims may be filed ("Bar Date").

3. The form of Notice of Chapter 11 Administrative Claims Bar Date ("Notice"), attached as Exhibit B to the Application, is approved in all respects, except that it shall be modified to state conversion date of **September 16, 2019**. The Trustee shall serve the Notice as provided in the Application within seven (7) calendar days following the entry of this Order.

4. The Chapter 11 Claim form, annexed to the Application as Exhibit C, is approved in all respects.

***END OF ORDER ***

***COURT SERVICE LIST***

MAIL SERVICE NOT REQUIRED