Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
        jrichards@pszjlaw.com
        mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone:  415.263.7000
Facsimile:  415.263.7010
Email: hkevane@pszjlaw.com

Attorneys for Debtor, Home Loan Center, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HOME LOAN CENTER, INC.,<br><br>              Debtor. | Case No.: 19-51455 MEH 11<br><br>Chapter 11<br><br>**SUBMISSION OF *AMENDED* SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND CREDITOR MATRIX**<br><br>[No hearing required] |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Home Loan Center, Inc., debtor herein, hereby submits its *amended* Schedules A/B, E/F, Statement of Financial Affairs, and Creditor Matrix.

Dated: October 15, 2019

By: _____/s/ Jeffrey N. Pomerantz_____
Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310.277.6910
Facsimile: 310.201.0760
Email: jpomerantz@pszjlaw.com
        jrichards@pszjlaw.com
        mpagay@pszjlaw.com

Henry C. Kevane (CA Bar No. 125757)
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: hkevane@pszjlaw.com

Attorneys for Debtor, Home Loan Center, Inc.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

# AMENDED GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS[1]

Home Loan Center, Inc., (the "Debtor"), has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

Matthew English has signed the Schedules and Statements. Mr. English serves as the Chief Restructuring Officer of the Debtor. In reviewing and signing the Schedules and Statements, Mr. English has necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. Given the scale of the Debtor's business covered by the Schedules and Statements, Mr. English has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its directors, officers, employees, agents, attorneys, financial advisors and other professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or its directors, officers, employees, agents, attorneys, financial advisors or other professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if

---

[1] The Debtor has not analyzed whether any of the judgments, by operation of law, have become secured claims against the Estate and therefore they have been listed on Schedule F and not on Schedule D.

DOCS_LA:325114.1 36859/002

the Debtor or its directors, officers, employees, agents, attorneys, financial advisors or other professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.  **Description of Case**.  On July 21, 2019, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor is managing its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2.  **Global Notes Control**.  These Global Notes pertain to and comprise an integral part of each of the Debtor's Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.  **Reservations and Limitations**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    a.  **No Admission**.  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

    b.  **Recharacterization**.  Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

DOCS_LA:325114.1 36859/002

c.  **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the Debtor, claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

d.  **Claims Description**.  Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor.  The Debtor reserves all rights to amend its Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.  **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Petition Date, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.  **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by its terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by its terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.  **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the

5

Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtor has included information with respect to the individuals whom the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Specifically, the Debtor has listed payment information of its Chief Restructuring Officer and Director who received payments from the Debtor within one year of the Petition Date.

4. **Methodology**.

a. **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b. **Duplication**. Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities and prepetition payments once.

c. **Net Book Value**. In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect estimates of net book values as of the Petition Date. Market values may vary, at some times materially, from net book values. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain the current market values of all its property. Accordingly, the Debtor has indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined. Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed). Accordingly, the Debtor reserves all rights to amend, supplement or adjust the asset values set forth herein. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.

d. **Property and Equipment**. Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of

6

Case: 19-51455   Doc# 118   Filed: 10/15/19   Entered: 10/15/19 18:35:53   Page 6 of 85

the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserve all rights with respect thereto.

e. **Allocation of Liabilities**. The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

f. **Undetermined Amounts**. The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

g. **Unliquidated Amounts**. Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

h. **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

i. **Paid Claims**. The Debtor may obtain authority to pay certain outstanding prepetition payables pursuant to bankruptcy or other court order; as such, outstanding liabilities may be reduced by any court-approved postpetition payments made on prepetition payables. To the extent the Debtor later pays any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

j. **Intercompany Claims**. Receivables and payables among the Debtor and any non-Debtor affiliate are reported on Schedule A/B and Schedule E/F, respectively, per the Debtor's books and records. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

k. **Guarantees and Other Secondary Liability Claims**. The Debtor has exercised reasonable efforts to locate and identify guarantees in its executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases and Schedule D with respect to credit agreements for the affected Debtor or Debtor. The Debtor may have inadvertently omitted guarantees embedded in its contractual agreements and may identify additional guarantees as they continue its review of its books and records and contractual agreements. The Debtor reserves its rights to amend the Schedules and Statements if additional guarantees are identified.

DOCS_LA:325114.1 36859/002

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 7 of 85

l.    **Excluded Assets and Liabilities**. The Debtor has excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

m.    **Liens**. The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

n.    **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

o.    **Setoffs**. The Debtor may routinely incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between the Debtor and third parties. Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtor are not yet aware. The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    **Specific Schedules Disclosures**.

a.    **Schedule A/B, Part 11 - All Other Assets**. Dollar amounts are presented net of impairments and other adjustments.

Additionally, the Debtor may receive refunds, income tax refunds or other sales tax refunds at various times throughout its fiscal year. As of the Petition Date, however, certain of these amounts are unknown to the Debtor, and accordingly, may not be listed in Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.*** In the ordinary course of its businesses, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with third parties. Additionally, the Debtor may be party to pending litigation in which the Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

DOCS_LA:325114.1 36859/002

b.  **Schedule E/F - Creditors Who Have Unsecured Claims.** [2]

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records.  The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 reflects liabilities based on the Debtor's books and records.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor.  The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statements, the Debtor had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtor reserves its rights to amend Schedules D and E/F if and as they receive such invoices.

There are numerous legal actions to which the Debtor has been named as a party.  The Debtor has included the entire list of legal actions on Schedule E/F Part 2 for the Debtor.

c.  **Schedule G - Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

---

[2] The Debtor has not analyzed whether any of the judgments, by operation of law, have become secured claims against the Estate and therefore they have been listed on Schedule F and not on Schedule D.

9

Case: 19-51455   Doc# 118   Filed: 10/15/19   Entered: 10/15/19 18:35:53   Page 9 of 85

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as supplemental agreements, amendments, and letter agreement, which documents may not be set forth in Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to its terms, but are listed on Schedule G in an abundance of caution.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

6. **Specific Statements Disclosures**

    a.    **Statements, Part 2, Question 6 - Setoffs**. For a discussion of setoffs and nettings incurred by the Debtor, refer to paragraph 4(o) of these Global Notes.

    b.    **Statements, Part 13, Question 26 - Books, Records, and Financial Statements**. The Debtor may provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtor does not maintain complete lists or other records tracking such disclosures. Therefore, the Debtor has not provided full lists of these parties in its responses to Statement Question 26.

    c.    **Statements, Part 3, Question 7 - Legal Actions.** The Debtor is listed as defendants to numerous legal actions. The Debtor has included the list of legal actions.

DOCS_LA-325114.1 36859/002

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Home Loan Center, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 19-51455 MEH 11 |

☑ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................   $   0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................   $   11,094,701.20

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................   $   11,094,701.20

### Part 2:  Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................   $   0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................   $   0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............   +$   111,818,078.34

4.  **Total liabilities** ...................................................................................
   Lines 2 + 3a + 3b    $   111,818,078.34

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 11 of
85

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. Cash on Hand      None

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Concentration | 9654 | $2,920.62 |
| 3.2. | Bank of America | Savings | 8542 | $5,442,883.73 |

Sc

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**      **$5,445,804.35**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Pachulski Stang Ziehl & Jones LLP (prepaid retainer) | $530,428.58 |

| | | |
|---|---|---|
| 7.2. | Arch & Beam Global, LLC (prepaid retainer) | $381,761.20 |
| 7.3. | FTI Consulting, Inc. (prepaid retainer) | $150,304.30 |
| 7.4. | Williams & Connolly LLP (prepaid retainer) | $455,675.02 |
| 7.5. | BPM Accounting & Consulting Firm (prepaid retainer) | $14,386.00 |
| 7.6. | Cooley LLP (prepaid retainer) | $7,325.00 |
| 7.7. | Katten Muchin Rosenman LLP (prepaid retainer) | $131,701.67 |
| 7.8. | Development Specialists Inc. (prepaid director fees) | $75,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

          **$1,746,581.77**

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Case: 19-51455   Doc# 118   Filed: 10/15/19   Entered: 10/15/19 18:35:53   Page 13 of 85

| Name of entity: | % of ownership | |
|---|---|---|
| 15.1. **Ownership interest in HLC Escrow, Inc.** | 100 % | $489,629.50 |

16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
      Describe:

17.   **Total of Part 4.**                                                          $489,629.50
      Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

   ☑ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ☑ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☑ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

   ☑ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes Fill in the information below.

Current value of
debtor's interest

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)          $ 3,266,272.69

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of**
      **every nature, including counterclaims of the debtor and rights to**
      **set off claims**
      **Litigation Claim based Dividends Made to Lending Tree,**                        **Unknown**
      **LLC: $15 million on January 21, 2016 and $25 million on**
      **January 22, 2016 (Disputed/Unliquidated)**
      Nature of claim
      Amount requested                         **$40 million**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed**  Intercompany Receivable    $146,412.89

78.   **Total of Part 11.**                                                    $3,412,685.58

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,445,804.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,746,581.77 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $489,629.50 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,412,685.58 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,094,701.20 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,094,701.20 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 19-51455   Doc# 118   Filed: 10/15/19   Entered: 10/15/19 18:35:53   Page 16 of 85

Debtor name **Home Loan Center, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) 19-51455 MEH 11

☑ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.1** Priority creditor's name and mailing address
**Alabama Dept of Revenue**
P.O. Box 320001
Montgomery, AL 36132

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**     Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** Priority creditor's name and mailing address
**Alaska Dept of Revenue**
P.O. Box 110400
Juneau, AK 99811

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**     Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.3** Priority creditor's name and mailing address
**Arizona Dept of Revenue**
2005 North Central Ave.
Ste. 100
Phoenix, AZ 85004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**     Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| | | |
|---|---|---|
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.4** Priority creditor's name and mailing address

**Arkansas Dept of Finance and Admin**
**P.O. Box 1272**
**Little Rock, AR 72203**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.5** Priority creditor's name and mailing address

**California Sec of State - Fee/Tax Admin**
**Account Info Group, MIC 29**
**P.O. Box 924879**
**Sacramento, CA 94279**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.6** Priority creditor's name and mailing address

**Colorado Secretary of State**
**Bankruptcy Unit**
**1375 Sherman St., Rm. 504**
**Denver, CO 80261**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.7** Priority creditor's name and mailing address

**Comptroller of Maryland**
**P.O. Box 1829**
**Annapolis, MD 21410**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 18 of 85

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Connecticut Dept of Revenue Services**
**450 Columbus Blvd**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Delaware Div of Revenue**
**Carvel State Office Bldg**
**820 N. French St., 8th Flr.**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**District of Columbia Office of Tax & Rev**
**1101 4th St, SW**
**Suite 270 West**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Employment Development Department**
**Bankruptcy Unit - MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

Name

---

**2.12** | Priority creditor's name and mailing address
**Florida Dept of Revenue**
**Office of General Counsel**
**P.O. Box 6668**
**Tallahassee, FL 32314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section, MS A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**Hawaii Dept of Taxation**
**830 Punchbowl St**
**Honolulu, HI 96813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.15** | Priority creditor's name and mailing address
**Idaho State Tax Commission**
**11321 W. Chinden Blvd., Bldg 2**
**Boise, ID 83714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address

**Illinois Dept of Revenue**
P.O. Box 19035
Springfield, IL 62794

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown                    Unknown

---

**2.17** | Priority creditor's name and mailing address

**Indiana Dept of Revenue**
P.O. Box 6197
Indianapolis, IN 46206

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown                    Unknown

---

**2.18** | Priority creditor's name and mailing address

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown                    Unknown

---

**2.19** | Priority creditor's name and mailing address

**Iowa Dept of Revenue**
P.O. Box 10470
Des Moines, IA 50306

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown                    Unknown

---

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 21 of 85

**2.20**  Priority creditor's name and mailing address

**Kansas Dept of Revenue**
**Attn:  Bankruptcy Unit**
**Civil Tax Enforcement**
**P.O. Box 12005**
**Topeka, KS 66601**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:                    Unknown          Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.21**  Priority creditor's name and mailing address

**Kentucky Dept of Revenue**
**Attn:  Legal Support Branch -**
**Bankruptcy**
**P.O. Box 5222**
**Frankfort, KY 40602**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:                    Unknown          Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22**  Priority creditor's name and mailing address

**Louisiana Secretary of State**
**Attn:  Bankruptcy/Litigation**
**Division**
**P.O. Box 4064**
**Baton Rouge, LA 70802**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:                    Unknown          Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.23**  Priority creditor's name and mailing address

**Maine Revenue Services**
**Attn:  Compliance/Legal**
**P.O. Box 1060**
**Augusta, ME 04332**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:                    Unknown          Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Massachusetts Dept of Revenue**
**Bankruptcy Unit**
**P.O. Box 9564**
**100 Cambridge St., 7th Flr.**
**Boston, MA 02114**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Michigan Dept of Treasury**
**Office of Collections**
**P.O. Box 30199**
**Lansing, MI 48909**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Minnesota Dept of Revenue**
**600 Robert St. N.**
**Saint Paul, MN 55101**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Mississippi Dept of Revenue**
**Attn:  Legal Affairs**
**P.O. Box 1033**
**Jackson, MS 39215**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case: 19-51455   Doc# 118   Filed: 10/15/19   Entered: 10/15/19 18:35:53   Page 23 of
85

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.28** Priority creditor's name and mailing address
**Missouri Dept of Revenue**
P.O. Box 3300
Jefferson City, MO 65105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address
**Montana Dept of Revenue**
Attn: Bankruptcy
P.O. Box 8021
Helena, MT 59604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address
**Nevada Dept of Taxation**
Attn: Bankruptcy/Legal
1550 College Pkwy
Carson City, NV 89701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.31** Priority creditor's name and mailing address
**New Hampshire Dept of Revenue**
Attn: Bankruptcy/Legal
P.O. Box 637
Concord, NH 03302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**New Jersey Div of Taxation**
**Bankruptcy Section**
**State of New Jersey/Dept of**
**Treasury**
**P.O. Box 245**
**Trenton, NJ 08695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**New Mexico Taxation & Revenue**
**Dept**
**Attn: Bankruptcy/Legal**
**P.O. Box 25127**
**Santa Fe, NM 87504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**New York State Dept of Taxation**
**P.O. Box 5300**
**Albany, NY 12205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**North Carolina Dept of Revenue**
**ATtn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 25 of
85

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Office of State Tax Commissioner**
Attn:  Bankruptcy/Legal
600 E. Blvd. Ave. Dept. 127
Bismarck, ND 58505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ohio Dept of Taxation**
30 E. Broad St.
21st Floor
Columbus, OH 43215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Oklahoma Tax Commission**
Attn:  Legal Division
100 North Broadway, Ste. 1500
Oklahoma City, OK 73102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Orange County Treasurer Tax Collector**
PO Box 1438
Santa Ana, CA 92702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unsecured Property Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Oregon Dept of Revenue**
Attn:  Bankruptcy/Legal
P.O. Box 14790
Salem, OR 97309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

Case: 19-51455   Doc# 118   Filed: 10/15/19   Entered: 10/15/19 18:35:53   Page 26 of
85

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.41**

Priority creditor's name and mailing address
**Pennsylvania Dept of Revenue**
P.O. Box 280427
Harrisburg, PA 17128

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.42**

Priority creditor's name and mailing address
**Rhode Island Div of Taxation**
One Capitol Hill
Providence, RI 02908

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.43**

Priority creditor's name and mailing address
**San Diego County Treasurer Tax
Collector**
162 County Administration Center
San Diego, CA 92101

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Unsecured Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.44**

Priority creditor's name and mailing address
**South Carolina Dept of Revenue**
P.O. Box 12265
Columbia, SC 29211

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 27 of 85

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**South Dakota Dept of Revenue**
**Anderson Bldg., Mail Code**
**5055445**
**East Capitol Ave**
**Pierre, SD 57501**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**State of Georgia Dept of Revenue**
**Legal Affairs & Tax Policy**
**1800 Century Blvd. NE, Ste 15209**
**Atlanta, GA 30340**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tennessee Dept of Revenue**
**Attn:  Collection**
**Services/Bankruptcy**
**500 Deaderick St., Floor 8**
**Nashville, TN 37242**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Texas Comptroller**
**P.O. Box 13528**
**Capitol Station**
**Austin, TX 78711**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

Case: 19-51455   Doc# 118   Filed: 10/15/19   Entered: 10/15/19 18:35:53   Page 28 of 85

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Utah State Tax Commission**
**Attn: Bankruptcy/Legal**
**Taxpayer Services Division**
**210 N. 1950 W**
**Salt Lake City, UT 84134**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Vermont Department of Taxes**
**133 State Street**
**Montpelier, VT 05633**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Washington State Department of**
**Revenue**
**P.O. Box 47464**
**Olympia, WA 98504**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**West Virginia State Tax**
**Department**
**Attn: Legal Division/Bankruptcy**
**P.O. Box 10015**
**Charleston, WV 25324**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 29 of 85

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wisconsin Dept of Revenue**
P.O. Box 8908
Madison, WI 53708

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wyoming Dept of Revenue**
122 W. 25th St.
3rd Floor East
Cheyenne, WY 82002

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**1900 Capital Trust II**
c/o Gross, Polowy & Orlans, Esq.
1775 Wehrele Dr., Ste. 100
Buffalo, NY 14221

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (1900 Capital Trust II v. Melissa Giacco; Home Loan Center, et al.; New York Supreme Court Case #: 603749/2019)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anchorbank fsb**
25 W Main St
Madison, WI 53703

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Anchorbank fsb v. Imberg; Columbia Circuit Court WI; Case #10CV00315)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Associated Bank, N.A.**
1305 Main St.
Stevens Point, WI 54481

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Nominal Defendant in Foreclosure Action (Associated Bank NA v. Gallagher; Crawford Circuit Court WI; Case #10CV000214)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BAC Home Loans Servicing LP**
**7105 Corporate Dr.**
**Plano, TX 75024**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Home Loans Servicing LP v. Mata; Kenosha Circuit Court WI; Case #2010CV001884)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of America**
**c/o Frenkel Lambert Weiss Weisma**
**20 West Main Street**
**Bay Shore, NY 11706**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Bank of America NA v. Amanda Gekoski; Home Loan Center, et al.; New York Civil Supreme Court Case #: 11129/2016)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of America**
**2112 Business Center Drive**
**Second Floor**
**Irvine, CA 92612**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Bank of America, N.A. v. Shelly M. Hasha; Home Loan Center, Inc., et al.; Oregon 2nd Judicial Circuit Court Case #: 16CV03437)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of America, N.A.**
**c/o Mary R. Powers, Esq.**
**3800 Fernandina Rd., Suite 110**
**Columbia, SC 29210**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Foreclosure Action (Bank of America v. John Judy, Everett Judy, et al.)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of New York Mellon**
**255 Merrick Rd.**
**Rockville Centre, NY 11570**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Bank of New York Mellon v. Hiyam Hammad; Home Loan Center, et al.; New York Supreme Court Case #: 600052/2019)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of New York Mellon**
**c/o Maria Siderus**
**242 Drexel Ave**
**Westbury, NY 11590**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Bank of New York Mellon v. Whitty; Home Loan Center, et al.; New York Civil Supreme Court Case #: 613/2016)**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 31 of 85

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of New York Mellon**
c/o Joshua R. Orem
Shapiro & Sutherland LLC
7632 SW Durham Rd, Ste 350
Tigard, OR 97224

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Nominal Defendant in Foreclosure Action (The Bank of New York Mellon v. Shirley E. Baldwin; Home Loan Center, et al.; Oregon 3rd Judicial Circuit Court Case #: 16CV09174)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of NY Mellon**
c/o Robin L. Miller
400 S. Hope St.
Ste. 400
Los Angeles, CA 90071

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Nominal Defendant in Foreclosure Action (Bank of NY Mellon v. John William Meyers; Home Loan Center, et al.; Hawaii District Court Case #: 1CC161000445)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bayview Loan Servicing, LLC**
c/o O'Connell Attmore & Morris LLC
280 Trumbull St.
Hartford, CT 06103-3598

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Nominal Defendant in Foreclosure Action (Bayview Loan Servicing, LLC v. Makein; Home Loan Center, et al.; Connecticut Superior Ct., Case #: NNI-CV-17-6011263-S)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beneficial Homeowner Service**
c/o Fein, Such & Crane
28 East Main St., Suite 1800
Rochester, NY 14614

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Nominal Defendant in Foreclosure Action (Beneficial Homeowner Service v. Philip Cartonia; Home Loan Center, et al.; New York Supreme Court Case #: 600609/2016)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Christy Rogers Ellis & Jimmy Hoyt Ellis**
William J. Brown & Associates, PLLC
23 N. Ocoee St.
P.O. Box 1001
Cleveland, TN 37364

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Default Judgment (Ellis v. HLC)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CIT Bank, NA**
c/o Windels Marx Lane LLP
156 W 56th Street
New York, NY 10019

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Nominal Defendant in Foreclosure Action (CIT Bank, N.A. v. De Massio, Danielle; Home Loan Center, et al.; New York Civil Supreme Court Case #: 3700/2015)

Is the claim subject to offset? ☑ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CitiBank, N.A.**
**Becky Hancock, Repurchase Coordinator,**
**Citi Mortgage, Inc.**
**1000 Technology Dr.**
**O Fallon, MO 63368**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Indemnification__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Citizens First Credit Union**
**250 North Sawyer St.**
**Oshkosh, WI 54902**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Nominal Defendant in Foreclosure Action (Citizens First Credit Union v. Weitz; Dodge Circuit Court WI - Case #08CV00089)__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Countrywide Home Loans Servicing LP**
**7105 Corporate Dr.**
**PTjX-B-209**
**Plano, TX 75024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Nominal Defendant in Foreclosure Action (Countrywide Home Loans Servicing LP v. Baron, et al; Oneida Circuit Court WI; Case #08CV000440)__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Credit Suisse**
**Attn:  Mortgage Banking Dept.**
**11 Madison Ave.**
**New York, NY 10010**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Indemnification__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Deutsche Bank National Trust**
**c/o Leopold & Associates, PLLC**
**80 Business Park Dr.**
**Ste. 110**
**Armonk, NY 10504**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Nominal Defendant in Foreclosure Action (Deutsche Bank National Trust v. Hossain; Home Loan Center Inc., et al.; New York Supreme Court Case #: 700853/2018)__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Deutsche Bank National Trust Co.**
**Attn:  Mortgage Banking Dept.**
**1961 East Saint Andrew Place**
**Santa Ana, CA 92705**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Deutsche Bank National Trust Co.**
**c/o Sun Young Park, Esq.**
**300 South Grand Ave.**
**41st Flr.**
**Los Angeles, CA 90071**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Nominal Defendant in Foreclosure Action (Deutsche Bank v. Rachel Donovan; Home Loan Center, et al.; Hawaii Dist. Court Case #: 2CC191000176)__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Deutsche Bank Trust Company Americas as Trustee for Res Accredit Loans, Inc.**
c/o McCalla Raymer Leibert Pierce LLC
50 Weston St
Hartford, CT 06120

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Nominal Defendant in Foreclosure Action (Deutsche Bank v. Marthan Chambers; Home Loan Center, et al.; Connecticut Superior Court Case #HHB-CV-19-6052616-S)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ditech Financial LLC**
c/o Woods Oviatt Gilman, LLC
2 State St., 175 Mile Crossing
Rochester, NY 14614

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Nominal Defendant in Foreclosure Action (Ditech Financial LLC v. Roger Criscitello; Home Loan Center, et al.; New York Supreme Court Case #: 135035/2019)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ditech Financial LLC**
McCalla Raymer Leibert Pierce LLC
50 Weston St
Hartford, CT 06120

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Nominal Defendant in Foreclosure Action (Ditech Financial LLC v. Del Valle; Home Loan Center, et al; Connecticut Superior Court Case #: HHB-CV-18-6046231-S)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ditech Financial LLC**
c/o Zack Baisley
26 Harvester Ave.
Batavia, NY 14020

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Nominal Defendant in Foreclosure Action (Ditech Financial LLC v. Kilroy, Brian; Home Loan Center, et al.; New York Civil Supreme Court Case #: 602/2016)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Eastern Savings Bank**
c/o Geraghty & Bonnano LLC
38 Granite Street
P.O. Box 231
New London, CT 06320

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Nominal Defendant in Foreclosure Action (Eastern Savings Bank v. Avery, William; Home Loan Center, et al.; Connecticut Superior Court Case #: KNL-CV-17-6029982-S)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Encore Credit Corporation**
Attn: Mortgage Banking Dept.
1833 Alton Pkwy
Irvine, CA 92606

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Indemnification**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Everhome Mortgage Company**
8100 Nations Way
Jacksonville, FL 32256

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Everhome Mortgage v. Wolf - Monroe Circout Court WI; Case #10CV000272)**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Federal Home Loan Mortgage Corporation**
Attn:  Mortgage Banking Dept.
8200 Jones Branch Dr.
Mc Lean, VA 22102-3110

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  **Indemnification**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Federal National Mortgage Association**
3900 Wisconsin Ave., NW
Washington, DC 20016-2892

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  **Indemnification**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Federal Home Loan Mortgage Corp.**
8609 Westwood Center Dr.
Vienna, VA 22183

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Federal Home Loan Mortgage Corp v Frias - Milwaukee Circuit Court WI- Case #2009CV010706)**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Federal National Mortgage Association**
P.O. Box 4121
Beaverton, OR 97076

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Federal National Mortgage Ass. v. Mata - Kenosha Circuit Court WI; Case #13CV000229)**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Federal National Mortgage Association**
5600 Granite Pkwy
Plano, TX 75024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Federal National Mortgage Association v Capen - Winnebago Circuit Court WI; Case #18CV000416)**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**First Banking Center**
P.O. Box 660
400 Milwaukee Ave.
Burlington, WI 53105

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Judgment - First Banking Center v. Childres - Walworth Circuit Court WI; Case #07CV000361)**

Is the claim subject to offset? [✓] No [ ] Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FNMA**
c/o Gross Polowy Orlans LLC
1775 Wehrle Drive, Ste 100
Williamsville, NY 14221

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (FNMA v. Chevon McIntyre; Home Loan Center, et al.; N.Y. Sup Ct. Case #: 2017/08565)

Is the claim subject to offset? [✓] No [ ] Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FNMA**
c/o Rosicki & Associates, P.C.
51 E. Bethpage Rd
Plainview, NY 11803

Date(s) debt was incurred __
Last 4 digits of account number __

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (Federal National Mortgage Association v. Nicole McIntyre; Home Loan Center, et al.; New York Civil Supreme Court Case #: 1982/2017)

Is the claim subject to offset? [✓] No [ ] Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FNMA**
6409 Congress Avenue
Suite 100
Boca Raton, FL 33487

Date(s) debt was incurred __
Last 4 digits of account number __

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (Federal National Mortgage Association v. Roffin Roberts; Home Loan Center, et al.; Florida Circuit Court Case #: 2017-003736-CA-01)

Is the claim subject to offset? [✓] No [ ] Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FNMA**
c/o McCalla Reymer Leibert Pierce LLC
50 Weston Street
Hartford, CT 06120

Date(s) debt was incurred __
Last 4 digits of account number __

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (Federal National Mortgage Association v. Anderson, Heather; Home Loan Center, et al.; Connecticut Superior Court Case #: MMX-CV-16-6015454-S)

Is the claim subject to offset? [✓] No [ ] Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GMAC Bank**
Attn:  Mortgage Banking Dept.
P.O. Box 380901
Bloomington, MN 55438

Date(s) debt was incurred __
Last 4 digits of account number __

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  Indemnification

Is the claim subject to offset? [✓] No [ ] Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greater New Haven Water Pollution Cont.**
c/o Parrett Porto Parese & Colwell PC
2319 Whitney Ave., Ste. 1D
Hamden, CT 06518

Date(s) debt was incurred __
Last 4 digits of account number __

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action Nominal Defendant in Foreclosure Action (Greater New Haven Water Pllution Control v. Marc Conte; Home Loan Center, et al.; Illinois Circuit Court Cook County Case #: 2019-CH-05278)

Is the claim subject to offset? [✓] No [ ] Yes

**3.42** Nonpriority creditor's name and mailing address

HSBC Bank USA
c/o McCabe, Weisberg & Conway, PC
145 Huguenot Street, Ste 210
New Rochelle, NY 10801

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (HSBC Bank USA, NA v. Morales, Julienna; Home Loan Center, et al.: New York Civil Supreme Court Case #: 1321/2015)

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

JP Morgan Chase & Co.
Annette C. Rizzi, Assoc. General Counsel
Four New York Plaza, 19th Flr.
New York, NY 10004-2413

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   $3,100,000.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Indemnification

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

JPMorgan Chase Bank
c/o James A. Craft
1499 SE Tech Center Pl., Suite 255
Vancouver, WA 98683

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (JPMorgan Chase Bank v. Charles A. Kremer; Home Loan Center, et al.; Oregon 16th Judicial Circuit Court Case #: 16CV36465)

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Lavette Love
5325 N. 49th St.
Milwaukee, WI 53218

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Lavette Love v. Home Loan Center - Milwaukee Circuit Court WI; Case #09CV009598

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Lehman Brothers Holding Inc.
c/o Wollmuth Maher & Deutsch LLP
500 5th Avenue
New York, NY 10110

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   $40,200,000.00

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Indemnification

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

Lending Tree, Inc.
11115 Rushmore Drive
Charlotte, NC 28277

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   $32,076.28

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Intercompany Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Merchants Bank NA
102 E 3rd St.
Winona, MN 55987

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Nominal Defendant in Foreclosure Action (Merchants Bank NA v. Siemers - Barron County Circuit Court WI; Case #09CV000617)

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 19-51455   Doc# 118   Filed: 10/15/19   Entered: 10/15/19 18:35:53   Page 37 of 85

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**McCaffery Estates Condominium Ass.**
c/o Kevin Davis Wickless
Kevin Wickless Law, LLC
99 Main Street, Suite 3C
Norwich, CT 06360

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Nominal Defendant in Foreclosure Action (McCaffery Estates Condominium Associates v. Bernardo, Jhune; Home Loan Center, et al.; Connecticut Superior Court Case #: KNL-CV-16-6027069-S)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Midfirst Bank**
c/o Gross Polowy, LLC
1775 Wehrle Dr.
Ste. 100
Williamsville, NY 14221

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Midfirst Bank v. Starner; Home Loan Center, et al; New York Supreme Court Case #: 1277/2018)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Midfirst Bank**
c/o Witherspoon Law
790 Farmington Ave
Farmington, CT 06032

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Midfirst Bank v. Myers, Aaron; Home Loan Center, et al.; Connecticut Superior Court Case #: NNH-CV-16-6061953-S)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mor Equity Inc.**
P.O. Box 3788
Evansville, IN 47736

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Mor Equity Inc. v. Stegmaier - La Crosse Circuit Court WI; Case #08CV000103)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mor Equity Inc.**
P.O. Box 3788
Evansville, IN 47736

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Mor Equity Inc. v. Metzger - Racine Circuit Court WI; Case #2008CV002004**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MTGLQ**
c/o Richard Francis Komosinski
565 Taxter Rd.
Ste. 590
Elmsford, NY 10523-2300

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Nominal Defendant in Foreclosure Action (MTGLQ vs. Grantham; Home Loan Center, et al.; New York Supreme Court Case #: 1117027/2018)**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**MTGLQ Investors LP**
c/o Bradford S. Bernstein, Esq.
Miles & Stockbridge, P.C.
11 North Washington St., Suite 700
Rockville, MD 20850

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Nominal Defendant in Foreclosure Action (MTGLQ Investors LP v. Home Loan Center, et al.; Circuit Court of Maryland Case #: 13C17111187)**

Last 4 digits of account number _____

Is the claim subject to offset? [✓] No  [ ] Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Mutual of Omaha Bank FSB**
c/o Matthew Laughlin
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Lawsuit (Mutual of Omaha v. Welsh, MERS, Home Loan Center, et al)**

Last 4 digits of account number _____

Is the claim subject to offset? [✓] No  [ ] Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**National City Mortgage Co.**
Attn:  Mortgage Banking Dept.
P.O. Box 1820
Dayton, OH 45401-1820

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Indemnification**

Last 4 digits of account number _____

Is the claim subject to offset? [✓] No  [ ] Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Nationstar Mortgage LLC**
c/o John Andrew Di Caro
175 Mile Crossing Blvd
Rochester, NY 14624-6249

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Nationstar Mortgage LLC v. Petro Tarasyuk; Home Loan Center, et al.; New York Supreme Court Case #: E2019001358)**

Last 4 digits of account number _____

Is the claim subject to offset? [✓] No  [ ] Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Ocwen Loan Servicing, LLC**
c/o Clarfield, Okon & Salomone, Pl
114 Old County Rd., Ste 400
Mineola, NY 11501

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Ocwen Loan Servicing v. O'Brien, Michael; Home Loan Center, et al.; New York Supreme Court Case #: 135215/2016)**

Last 4 digits of account number _____

Is the claim subject to offset? [✓] No  [ ] Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**OneWest Bank, a div. of CIT Bank, N.A.**
Successor to IndyMac Federal Bank, FSB
Attn:  Mortgage Banking Dept.
75 North Fair Oaks Ave
Pasadena, CA 91103

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Indemnification**

Last 4 digits of account number _____

Is the claim subject to offset? [✓] No  [ ] Yes

**3.61** | Nonpriority creditor's name and mailing address
**PNC Bank, NA**
c/o Calvin A. Knickerbocker, III
RCO Legal PS
511 SW 10th Ave., Ste 400
Portland, OR 97205

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (PNC Bank v. Mitchell Hawkins; Home Loan Center, et al.; Oregon 14th Judicial Circuit Court Case #: 16CV17075)

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address
**PNC Bank, National Association**
c/o MCCABE, WEISBERG & CONWAY, PC
145 Huguenot Street, Ste 210
New Rochelle, NY 10801

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (PNC Bank v. Williams; Home Loan Center, et al.; New York Supreme Court Case #: 152424/2017)

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address
**Rene Lopez**
25527 State Hwy 74
Perris, CA 92570

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Small Claims Judgment (Lopez v. Home Loan Center - Riverside Superior Court; Case #TES021781)

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address
**ResCap Liquidating Trust as successor to Residential Funding Company, LLC)**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave., 22nd Floor
New York, NY 10010

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.               **$68,484,502.06**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Judgment entered 6/21/2019

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address
**River Oaks Condominium Association**
c/o Melissa Lee Siew
500 North Skinker Blvd.
St Louis, MO 63130

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (River Oaks Condominium v. Home Loan Center - St. Louis County Circuit Court; Case #15SLAC07896)

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address
**Ronald Osburn**
4523 W. Evergreen Ct.
Visalia, CA 93277

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (Osburn v. Countrywide Home Loans; Home Loan Center, et al.; US District Court Case #: 1:19-cv-00246-DAD-SAB)

Is the claim subject to offset? ☑ No ☐ Yes

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 40 of 85

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Techow**
c/o Alan D. Walton
**Breckenridge & Associates**
**8070 Main Street, Box 489**
**Birch Run, MI 48415**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (Techow v. Home Loan Center, Inc. et al.; USBC Eastern Dist. of Michigan (Flint) Case #: 17-03089)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**U.S. Bank National**
c/o Gross Polowy, LLC
**1775 Wehrle Drive, Suite 100**
**Williamsville, NY 14221**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (U.S. Bank National v. Ford, Fernando; Home Loan Center, et al.; New York Supreme Court Case No. 513868/2017)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**US Bank**
Attn:  Mortgage Banking Dept.
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Indemnification

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wells Fargo Bank NA**
c/o Gross Polowy LLC
**1775 Wehrl Drive, Suite 100**
**Williamsville, NY 14221**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (Wells Fargo Bank NA v. Vantreese; Home Loan Center, et al.; New York Civil Supreme Court Case #: 842/2014)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wells Fargo Bank, NA**
c/o McCabe, Weisberg & Conway, PC
**145 Huguenot St., Ste 201**
**New Rochelle, NY 10801**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Nominal Defendant in Foreclosure Action (Wells Fargo Bank NA v. Sangeniti; Home Loan Center, et. al.; New York Supreme Court Case #: 617160/2017)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wells Fargo Bank, NA**
6th Street & Marquette Ave.
Minneapolis, MN 55479

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Wells Fargo Bank v. Blackburn - Walworth Circuit Court WI; Case #2006CV000664)**

Is the claim subject to offset?  - No  - Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wells Fargo Bank, NA**
3476 Stateview Blvd.
Fort Mill, SC 29715

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Wells Fargo Bank NA v. Pye - Racine Circuit Court WI; Case #15CV001477)**

Is the claim subject to offset? [✓] No  [ ] Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilmington Savings Fund**
c/o McCalla Raymer Leibert
1 North Dearborn #12
Chicago, IL 60602

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Wilmington Savings Fund v. Hurt Kiki; Home Loan Center, Inc., et al; Illinois Circuit Court Cook County Case #2019-CH-05278)**

Is the claim subject to offset? [✓] No  [ ] Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilmington Savings Fund Society, FSB**
c/o Richard F. Komosinski
565 Taxter Rd.
Ste. 590
Elmsford, NY 10523

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Wilmington Savings Fund Society v. Kilroy; Home Loan Center, et al.; New York Supreme Court Case #7011192/2018)**

Is the claim subject to offset? [✓] No  [ ] Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilmington Trust, NA**
c/o McCalla Raymer Leibert Pierce, LLC
420 Lexington Ave.
Ste. 840
New York, NY 10170

[✓] Contingent
[✓] Unliquidated
[✓] Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Nominal Defendant in Foreclosure Action (Wilmington Trust v. Boosalis; Home Loan Center, Inc., et al.; New York Supreme Court Case #: 780/2018)**

Is the claim subject to offset? [✓] No  [ ] Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Fox Rothschild, LLP**<br>Michael A. Rollin, Esq.<br>101 Park Avenue, 17th Flr.<br>New York, NY 10178 | Line  **3.34**<br><br>[ ] Not listed. Explain _____ | _____ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor  **Home Loan Center, Inc.**
_____
Name

Case number (if known)    19-51455 MEH 11
_____

| | Total of claim amounts | |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 111,818,078.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 111,818,078.34 |

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 43 of 85

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule*    A/B, and E/F
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration    Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 15, 2019     X _Matt C_____
                                             Signature of individual signing on behalf of debtor

                                             **Matthew English**
                                             Printed name

                                             **Chief Restructuring Officer**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor name    **Home Loan Center, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    19-51455 MEH 11

☑ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☑ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | Interest Income | $110,905.92 |
   | **For prior year:** From **1/01/2018** to **12/31/2018** | Interest Income | $227,208.26 |
   | **For year before that:** From **1/01/2017** to **12/31/2017** | Interest Income | $2,083.05 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |
   | 3.1.    **See attached Rider 3** | | | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 45 of 85

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |
   | 4.1.    **See attached Rider 4** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None.

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   | --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None.

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   | --- | --- | --- | --- |

---

**Part 3:**   Legal Actions or Assignments

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   | --- | --- | --- | --- |
   | 7.1.  **ResCap Liquidating Trust v. Home Loan Center, Inc.** 14-cv-1716 (SRN/HB) | Indemnification | **United States District Court 772 Federal Building 316 N. Robert Street Saint Paul, MN 55101** | ☐ Pending ☑ On appeal ☐ Concluded |
   | 7.2.  **Lehman Brothers Holdings Inc. v. 1st Advantage Mortgage, LLC et al** 16-01019 | Indemnification | **United States Bankruptcy Court Southern District of New York One Bowling Green New York, NY 10004-1408** | ☑ Pending ☐ On appeal ☐ Concluded |
   | 7.3.  **Deutsche Bank Nat Trust v. Rachel Donovan; Home Loan Center, et al.** 2CC191000176 | Foreclosure Action | **Hawaii District Court Island of Maui 2145 Main Street Wailuku, HI 96793** | ☐ Pending ☐ On appeal ☐ Concluded |
   | 7.4.  **Deutsche Bank Trust Co Americas as Trustee v. Martha Chambers; MERS, as nominee for Home Loan Center, et al.** HHB-CV-19-6052616-S | Foreclosure Action | **Connecticut Superior Court New Britain County 20 Franklin Square New Britain, CT 06051** | ☐ Pending ☐ On appeal ☐ Concluded |

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 46 of 85

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Wilmington Savings Fund v. Hurt Kiki, Home Loan Center, Inc., et al.<br>2019-CH-05278 | Unknown | Illinois Circuit Court<br>Cook County - Chancery Division<br>50 West Washington St<br>Richard J. Daley Center<br>Chicago, IL 60602 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Greater New Haven Water Pollution Control v. Marc Conte; MERS as Nominee for Home Loan Center, Inc., et al.<br>NNH-CV-19-6091165-S | Foreclosure Action | Connecticut Superior Court<br>New Haven County<br>235 Church St<br>New Haven, CT 06510 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | 1900 Capital Trust II, BY v. Melissa Giacco; MERS for Home Loan Center Inc. dba Lending Tree Laons, et al.<br>603749/2019 | Foreclosure Action | New York Supreme Court<br>Suffolk County<br>1 Court St.<br>Riverhead, NY 11901 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Osburn v. Countrywide Home Loans; Home Loan Center dba Lending Tree Loans TD Service Center, et al.<br>1:19-cv-00246-DAD-SAB | Foreclosure Action | U.S. District Court<br>Eastern District of California<br>2500 Tulare St.<br>Fresno, CA 93721 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Ditech Financial LLC v. Roger Criscitello; Home Loan Center, Inc. dba Lendingtree Loans, et al.<br>135035/2019 | Foreclosure Action | New York Supreme Court<br>Richmond County<br>26 Central Ave.<br>Staten Island, NY 10301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Nationstar Mortgage LLC v. Petro Tarasyuk; MERS, as nominee for Home Loan Center, Inc., et al.<br>E2019001358 | Foreclosure Action | New York Supreme Court<br>Monroe County<br>99 Exchange Blvd., #545<br>Rochester, NY 14614 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Bank of New York Mellon v. Hiyam Hammad; MERS, as nominee for Home Loan Center, Inc.<br>600052/2019 | Foreclosure Action | New York Supreme Court<br>Suffolk County<br>1 Court St.<br>Riverhead, NY 11901 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Wilmington Savings Fund Society, FSB v. Brian and Jennifer Kilroy; MERS, as nominee for Home Loan Center Inc. dba Lendingtree Loans, et al.<br>7011192/2018 | Foreclosure Action | New York Civil Supreme Court<br>Onondaga County<br>401 Montgomery St.<br>Syracuse, NY 13202 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Midfirst Bank v. Shane Starner; MERS, Inc. as nominee for Home Loan Center Inc., et al.<br>1277/2018 | Foreclosure Action | New York Supreme Court<br>Schenectady County<br>612 State St.<br>Schenectady, NY 12305 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Case: 19-51455   Doc# 118   Filed: 10/15/19   Entered: 10/15/19 18:35:53   Page 47 of 85

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.14. Deutsche Bank National Trust v. Jahangir Hossain; Home Loan Center Inc., et al.<br>700853/2018 | Unknown | New York Supreme Court<br>Queens County<br>88-11 Sutphin Blvd.<br>Jamaica, NY 11435 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. Ditech Financial LLC v. Carlos Del Valle; MERS, Inc. as nominee for Home Loan Center, Inc. dba Lending Tree Loans, et al.<br>HHB-CV-18-6046231-S | Foreclosure Action | Connecticut Superior Court<br>New Britain County<br>20 Franklin Square<br>New Britain, CT 06051 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. Wilmington Trust, NA v. Fotene Boosalis; MERS, as nominee forHome Loan Center, Inc., et al.<br>780/2018 | Foreclosure Action | New York Supreme Court<br>Monroe County<br>99 Exchange Blvd., #434<br>Rochester, NY 14614 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. MTGLQ vs. Grantham; Home Loan Center Inc., et al.<br>1117027/2018 | Foreclosure Action | New York Supreme Court<br>Ontario County<br>27 North Main Street<br>Canandaigua, NY 14424 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. PNC Bank, National Association vs. Larry Williams; MERS, as nominee for Home Loan Center Inc. dba Lending Tree Loans, et al.<br>152424/2017 | Unknown | New York Supreme Court<br>Richmond County<br>26 Central Ave.<br>Staten Island, NY 10301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. FNMA v. Chevon McIntyre; MERS, as nominee for Home Loan Center, Inc., et al.<br>2017/08565 | Foreclosure Action | New York Supreme Court<br>Monroe County<br>99 Exchange Blvd., #545<br>Rochester, NY 14614 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. Techow v. Home Loan Center, Inc., et al.<br>17-03089-dof | Validity/Priority or Extent of Lien or other interest in property | US Bankruptcy Court<br>Eastern District of Michigan<br>226 West Second St.<br>Flint, MI 48502 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. Bayview Loan Servicing, LLC v. Stephen Makein; MERS, Inc., as nominee for Home Loan Center, Inc. dba Lendingtree Loans, et al.<br>NNI-CV-17-6011263-S | Foreclosure Action | Connecticut Superior Court<br>Meriden County<br>54 W. Main St.<br>Meriden, CT 06451 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. Wells Fargo Bank, NA vs. Salvatore Sangeniti; MERS for Home Loan Center Inc. dba Lending Tree Loans, et al.<br>617160/2017 | Foreclosure Action | New York Supreme Court<br>Suffolk County<br>1 Court St.<br>Riverhead, NY 11901 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. FNMA vs. Nicole McIntyre A/K/A Nicole McInty; Home Loan Center Inc. dba Lendingtree Loans, et al.<br>1982/2017 | Foreclosure Action | New York Supreme Court<br>Monroe County<br>99 Exchange Blvd., #545<br>Rochester, NY 14614 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.24. | U.S. Bank National vs. Fernando Ford; MERS, as nominee for Home Loan Center, Inc. dba Lendingtree Loans, et al.<br>513868/2017 | Foreclosure Action | New York Supreme Court<br>Kings County<br>360 Adams St., #4<br>Brooklyn, NY 11201 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | Eastern Savings Bank f/k/a Eastern Federal Bank vs. William Avery; MERS, as monimnee for Home Loan Center, Inc. dba Lending Tree Loans, et al.<br>KNL-CV-17-6029982-S | Foreclosure Action | Connecticut Superior Court<br>New London County<br>112 Broad St.<br>New London, CT 06320 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | MTGLQ Investors LP vs. Home Loan Center Inc., et al.<br>13C17111187 | Declaratory Judgment | Circuit Court of Maryland<br>Howard County<br>8360 Court Ave.<br>Ellicott City, MD 21043 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | FNMA vs. Roffin Roberts; Home Loan Center Inc., et al.<br>2017-003736-CA-01 | Unknown | Florida Circuit Court<br>Miami-Dade County<br>73 W. Flagler St<br>Miami, FL 33130 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | Beneficial Homeowner Service vs. Philip Cartonia; MERS, as nominee for Home Loan Center, et al.<br>600609/2016 | Foreclosure Action | New York Supreme Court<br>Erie County<br>25 Delaware Ave.<br>Buffalo, NY 14202 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | Bank of America vs. Amanda Gekoski; MERS, as nominee for Home Loan Center Inc., et al.<br>11129/2016 | Foreclosure Action | New York Supreme Court<br>Monroe County<br>99 Exchange Blvd., #545<br>Rochester, NY 14614 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | JPMorgan Chase Bank vs. Charles Kremer; MERS; Home Loan Center, et al.<br>16CV36465 | Foreclosure Action | Oregon 16th Judicial Circuit Court<br>Douglas County<br>1036 SE Douglas Ave.<br>Roseburg, OR 97470 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | Bank of New York Mellon vs. Jean, Whitty; Home Loan Center dba Lending Tree Loans, et al.<br>613/2016 | Foreclosure Action | New York Supreme Court<br>Onondaga County<br>401 Montgomery St.<br>Syracuse, NY 13202 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | Ditech Financial LLC vs. Brian Kilroy; MERS, as nominee for Home Loan Center, Inc. dba Lending Tree Loans, et al.<br>602/2016 | Foreclosure Action | New York Supreme Court<br>Onandaga County<br>401 Montgomery St.<br>Syracuse, NY 13202 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | HSBC Bank USA v. Mulieanna Morales; MERS, as nominee for Home Loan Center, Inc. dba Lending Tree Loans, et al.<br>1321/2015 | Foreclosure Action | New York Supreme Court<br>Schenectady County<br>612 State St.<br>Schenectady, NY 12305 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 19-51455   Doc# 118   Filed: 10/15/19   Entered: 10/15/19 18:35:53   Page 49 of 85

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.34. | Wells Fargo Bank NA vs. Vantreese; Reg Systems as nominee for Home Loan Center Inc. dba Lending Tree Loans, et al.<br>842/2014 | Foreclosure Action | New York Supreme Court Livingston County 2 Court St. Geneseo, NY 14454 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | McCaffery Estates Condominium Ass. vs. Jhune Bernardo; MERS, Inc., nominee for Home Loan Center Inc. dba Lending Tree Loans, et al.<br>KNL-CV-16-6027069-S | Foreclosure Action | Connecticut Superior Court New London County 112 Broad St. New London, CT 06320 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | PNC Bank, NA vs. Mitchell Hawkins; Home Loan Center, et al.<br>16CV17075 | Foreclosure Action | Oregon 14th Judicial Circuit Josephine County 500 NW 6th St Grants Pass, OR 97526 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. | Midfirst Bank vs. Aaron Myers; MERS, as nominee forHome Loan Center, Inc. dba Lending Tree Loans<br>NNH-CV-16-6061953-S | Foreclosure Action | Connecticut Superior Court New Haven County 235 Church St. New Haven, CT 06510 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38. | FNMA vs. Heather Anderson; Home Loan Center, Inc. dba Lendingtree Loans, et al.<br>MMX-CV-16-6015454-S | Foreclosure Action | Connecticut Superior Court Middletown County 1 Court St. Middletown, CT 06457 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.39. | Ocwen Loan Servicing, LLC vs. Michael O'Brien; MERS, Inc., as nominee for Home Loan Center, et al<br>135215/2016 | Foreclosure Action | New York Supreme Court Richmond County 25 Central Ave Staten Island, NY 10301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40. | Bank of New York Mellon vs. Chirley E. Baldwin; Home Loan Center, Inc., et al.<br>16CV09174 | Foreclosure Action | Oregon 3rd Judicial Circuit Marion County 100 High St. NE Salem, OR 97301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41. | Bank of NY Mellon vs. John William Meyers; Home Loan Center, et al.<br>1CC161000445 | Foreclosure Action | Hawaii District Court Island of Oahu 1111 Alakea St Honolulu, HI 96813 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.42. | Bank of America vs. Shelly M. Hasha; Home Loan Center, Inc., et al.<br>16CV03437 | Foreclosure Action | Oregon 2nd Judicial Circuit Lane County 126 East 8th Ave Eugene, OR 97401 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 50 of 85

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.43. | CIT Bank, NA vs. Danielle DeMassio; Home Loan Center Inc. dba Lendingtree Loans, et al.<br>3700/2015 | Foreclosure Action | New York Supreme Court Ulster County<br>285 Wall St.<br>Kingston, NY 12401 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.44. | Christy Rogers Ellis and Jimmy Hoyt Ellis<br>2018-CV-30 | Default Judgment | In the Chancery Court of Polk County, Tennessee at Benton<br>P.O. Box 689<br>Benton, TN 37307 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45. | Mutual of Omaha Bank, FSB v. Welsh, MERS, Home Loan Center, Inc. et al.<br>EQCV025683 | Foreclosure Action | In the Iowa District Court for Cass County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46. | Bank of America v. Judy, MERS, Home Loan Center, Inc. d/b/a Lending Tree Loans, et al.<br>Case # Unknown | Foreclosure Action | In the Court of Common Pleas for the State of South Carolina, County of Horry | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | | | | |
| | Recipients relationship to debtor | | | |

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 51 of 85

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pachulski Stang Ziehl & Jones LLP** 10100 Santa Monica Blvd. 13th Floor Los Angeles, CA 90067 | See Attached Rider 11.1 | 07/27/2018-07/16/2019 | $974,915.86 |
| | Email or website address **www.pszjlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Arch + Beam Global, LLC** 2500 Camino Diablo, Suite 110 Walnut Creek, CA 94597 | See Attached Rider 11.2 | 7/28/18 - 7/16/19 | $728,251.34 |
| | Email or website address **www.arch-beam.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Development Specialists, Inc.** 150 Post Street Suite 400 San Francisco, CA 94108-4716 | See Attached Rider 11.3 | 3/12/19 - 7/5/19 | $200,783.90 |
| | Email or website address **www.dsi.biz** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

|  | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ☑ Yes. State the nature of the information collected and retained.

   **HLC retained a database of the CHLOE system that it used while
   originating loans. The CHLOE system was disconnected when
   operations ceased, but the retained CHLOE database contains
   information on each loan originated. HLC also has three external
   hard drives that store documents from most of the loan files.**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 53 of
85

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

[✓] None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

[ ] None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Iron Mountain<br>19771 Pauling Road<br>Foothill Ranch, CA 92610 | Matthew English<br>Scott Geary<br>Brendan Cronin | Business records | [ ] No<br>[✓] Yes |
| Corodata<br>2621 Research Dr.<br>Corona, CA 92882 | Matthew English | Business Records | [ ] No<br>[✓] Yes |

---

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

[✓] None

---

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

[✓] No.
[ ] Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

[✓] No.
[ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  HLC Escrow, Inc. 11115 Rushmore Drive Charlotte, NC 28277 | Escrow Services | **Dates business existed** EIN:    03-0436126 From-To  04/10/02 - Present |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  PricewaterhouseCoopers 214 N Tryon Street Suite 4200 Charlotte, NC 28202 | at least from 7/21/17 - Present |
| 26a.2.  Arch & Beam Global, LLC 2500 Camino Diablo Suite 110 Walnut Creek, CA 94597 | 3/1/19 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  PricewaterhouseCoopers LLP 214 N Tryon Street Suite 4200 Charlotte, NC 28202 | at least from 7/21/17 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  PricewaterhouseCoopers LLP 214 N Tryon Street Suite 4200 Charlotte, NC 28202 | at least from 7/21/17 - Present |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  Arch & Beam Global, LLC<br>2500 Camino Diablo<br>Suite 110<br>Walnut Creek, CA 94597 | (in possession of books of account and records from 3/1/19 - Present) |
| 26c.3.  Lending Tree, Inc.<br>11115 Rushmore Drive<br>Charlotte, NC 28277 | (in possession of books of account and records prior to 3/1/19) |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

[✓] None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

[✓] No
[ ] Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew English | 2500 Camino Diablo<br>Suite 110<br>Walnut Creek, CA 94597 | Chief Restrucutring Officer, Chief Executive Officer, Chief Financial Officer and Secretary | 0 |
| Kyle Everett | 150 Post Street<br>Suite 400<br>San Francisco, CA 94108 | Director | 0 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

[ ] No
[✓] Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Douglas R. Lebda | 11115 Rushmore Drive<br>Charlotte, NC 28277 | President and Director | 09/05/2012 - 02/07/2019 |
| Gabriel Dalporto | 11115 Rushmore Drive<br>Charlotte, NC 28277 | Treasurer | 06/09/2015 - 08/30/2017 |

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 56 of 85

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Carla Shumate** | **11115 Rushmore Drive Charlotte, NC 28277** | **Assistant Treasurer** | 06/04/2014 - 02/07/2019 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Valentyna DeCristo** | **11115 Rushmore Drive Charlotte, NC 28277** | **Secretary** | 05/26/2015 - 02/07/2019 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **JD Moriarty** | **11115 Rushmore Drive Charlotte, NC 28277** | **Treasurer** | 08/30/2017 - 02/07/2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
     Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **See attached Rider 30** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| **LendingTree, Inc.** | EIN:   26-2414818 |
| **LendingTree, LLC** | EIN:   25-1795344 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 57 of 85

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/15/2019

_____        **Matthew English**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Case: 19-51455    Doc# 118    Filed: 10/15/19    Entered: 10/15/19 18:35:53    Page 58 of 85

# SOFA RIDER 3

**Payments to Non-Insider
Creditors Within 90 Days of Petition Date**

DOCS_LA:323238.1 36859/001

| account | Date | Transaction Type | Num | Name | Amount | Address | Nature |
|---|---|---|---|---|---|---|---|
| HLC Inc Checking 9654 | 03/04/2019 | Bill Payment (Check) | 2 | PACHULSKI STANG ZIEHL & JONES LLP | -70,472.17 | 10100 Santa Monica Blvd., 13th Floor Los Angeles CA 90067 | Legal Counsel |
| HLC Inc Checking 9654 | 03/07/2019 | Bill Payment (Check) | HLC-CRO-RET-002 | ARCH & BEAM | -47,300.56 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 03/07/2019 | Bill Payment (Check) | RS4474226 | CORODATA RECORDS MANAGEMENT INC | -424.83 | PO Box 842638 Los Angeles CA 90084-2638 | Trade Payments |
| HLC Inc Checking 9654 | 03/07/2019 | Bill Payment (Check) | | WILLIAMS & CONNOLLY LLP | -747,444.38 | 725 Twelfth Street, NW Washington DC 20005 | Legal Counsel |
| HLC Inc Checking 9654 | 03/11/2019 | Bill Payment (Check) | Retainer Inv 7505208 | FTI Consulting | -250,000.00 | P.O. Box 418005 Boston MA 02241-8005 | Financial Advisor |
| HLC Inc Checking 9654 | 03/12/2019 | Bill Payment (Check) | HLC-CRO-RET-003 | ARCH & BEAM | -27,738.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 03/12/2019 | Bill Payment (Check) | HLC-014 | ARCH & BEAM | -355.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 03/12/2019 | Bill Payment (Check) | | Development Specialists, Inc. | -25,755.85 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |
| HLC Inc Checking 9654 | 03/12/2019 | Bill Payment (Check) | | WILLIAMS & CONNOLLY LLP | -396,405.77 | 725 Twelfth Street, NW Washington DC 20005 | Legal Counsel |
| HLC Inc Checking 9654 | 03/27/2019 | Bill Payment (Check) | WIRE | ARCH & BEAM | -34,900.82 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 03/27/2019 | Bill Payment (Check) | WIRE | FTI Consulting | -53,313.23 | P.O. Box 418005 Boston MA 02241-8005 | Financial Advisor |
| HLC Inc Checking 9654 | 03/27/2019 | Bill Payment (Check) | WIRE | PACHULSKI STANG ZIEHL & JONES LLP | -33,126.89 | 10100 Santa Monica Blvd., 13th Floor Los Angeles CA 90067 | Legal Counsel |
| HLC Inc Checking 9654 | 03/29/2019 | Bill Payment (Check) | Invoice 36178577 | BPM LLP | -25,000.00 | 2001 North Main Street, Suite 360 Walnut Creek CA 94596 USA | Financial Advisor |

| Account | Date | Type | Num | Name | Amount | Address | Category |
|---|---|---|---|---|---|---|---|
| HLC Inc Checking 9654 | 03/29/2019 | Bill Payment (Check) | Ret Inv 00190 | Cooley LLP | -15,000.00 | 101 California St FL 5 San Francisco CA 941115800 USA | Legal Counsel |
| HLC Inc Checking 9654 | 04/01/2019 | Bill Payment (Check) | Ret Inv 00192 | ARCH & BEAM | -54,542.28 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 04/02/2019 | Bill Payment (Check) | Ret Inv 00193 | FTI Consulting | -100,000.00 | P.O. Box 418005 Boston MA 02241-8005 | Financial Advisor |
| HLC Inc Checking 9654 | 04/03/2019 | Bill Payment (Check) | Ret Inv 00191 | Development Specialists, Inc. | -25,028.05 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |
| HLC Inc Checking 9654 | 04/03/2019 | Bill Payment (Check) | Ret Inv 00194 | PACHULSKI STANG ZIEHL & JONES LLP | -50,000.00 | 10100 Santa Monica Blvd, 13th Floor Los Angeles CA 90067 | Legal Counsel |
| HLC Inc Checking 9654 | 04/09/2019 | Bill Payment (Check) | WIRE | ARCH & BEAM | -15,584.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 04/09/2019 | Bill Payment (Check) | WIRE RS4481992 | CORODATA RECORDS MANAGEMENT INC | -411.13 | PO Box 842638 Los Angeles CA 90084-2638 | Trade Payments |
| HLC Inc Checking 9654 | 04/09/2019 | Bill Payment (Check) | WIRE | WILLIAMS & CONNOLLY LLP | -453,530.22 | 725 Twelfth Street, NW Washington DC 20005 | Legal Counsel |
| HLC Inc Checking 9654 | 04/09/2019 | Bill Payment (Check) | WIRE | WILLIAMS & CONNOLLY LLP | -250,000.00 | 725 Twelfth Street, NW Washington DC 20005 | Legal Counsel |
| HLC Inc Checking 9654 | 04/15/2019 | Expense | 08790022272 | Bank of America Fees | -1,950.79 | 100 North Tryon Street, Charlotte, NC 28255. | Trade Payments |
| HLC Inc Checking 9654 | 04/16/2019 | Bill Payment (Check) | Ret Inv 00195 | ARCH & BEAM | -20,880.48 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 04/16/2019 | Bill Payment (Check) | Ret Inv 7508903 | FTI Consulting | -50,000.00 | P.O. Box 418005 Boston MA 02241-8005 | Financial Advisor |

| Account | Date | Type | Num | Name | Amount / Address | Category |
|---|---|---|---|---|---|---|
| HLC Inc Checking 9654 | 04/18/2019 | Expense | 07016777546 | Georgia State Tax | -125.00 PO Box 740380 Atlanta, GA 30374-0380 | Taxing Authority |
| HLC Inc Checking 9654 | 04/18/2019 | Expense | 08002666457 | Mississippi Dept of Revenue | -25.00 500 Clinton Center Dr, Clinton, MS 39056 | Taxing Authority |
| HLC Inc Checking 9654 | 04/18/2019 | Expense | 07016851735 | New Jersey State Tax | -500.00 P.O. Box 111, Trenton NJ 08645-0111 | Taxing Authority |
| HLC Inc Checking 9654 | 04/18/2019 | Expense | 07020443727 | North Carolina Revenue Dept | -25.00 501 N Wilmington St, Raleigh, NC 27604 | Taxing Authority |
| HLC Inc Checking 9654 | 04/18/2019 | Expense | 07020443840 | North Carolina Revenue Dept | -200.00 501 N Wilmington St, Raleigh, NC 27604 | Taxing Authority |
| HLC Inc Checking 9654 | 04/18/2019 | Expense | 07020004945 | South Carolina Dept of Revenue | -25.00 PO Box 125 Columbia, SC 29214-0400 | Taxing Authority |
| HLC Inc Checking 9654 | 04/19/2019 | Expense | 330099008 | Oklahoma Tax | -100.00 P.O. Box 26800, Oklahoma City, OK 73126-0800. | Taxing Authority |
| HLC Inc Checking 9654 | 04/19/2019 | Expense | 08007339621 | Tennessee State Revenue | -100.00 500 Deaderick Street Nashville, TN 37242 | Taxing Authority |
| HLC Inc Checking 9654 | 04/24/2019 | Bill Payment (Check) | HLC-CRO-RET-009 | ARCH & BEAM | -14,881.56 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 04/24/2019 | Bill Payment (Check) | 155905 | HOULIHAN LOKEY | -15,717.33 10250 Constellation Blvd, 5th Floor Los Angeles CA 90067 | Financial Advisor |
| HLC Inc Checking 9654 | 04/24/2019 | Bill Payment (Check) | JanFebMar | IRON MOUNTAIN -8479 | -4,177.62 1000 Campus Drive Collegeville PA 19426 | Trade Payments |
| HLC Inc Checking 9654 | 05/02/2019 | Bill Payment (Check) | HLC-CRO-RET-010 | ARCH & BEAM | -14,803.50 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 05/02/2019 | Bill Payment (Check) | 11897 | Development Specialists, Inc. | -25,000.00 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |

| Account | Date | Transaction Type | Num | Name | Amount | Address | Category |
|---|---|---|---|---|---|---|---|
| HLC Inc Checking 9654 | 05/05/2019 | Bill Payment (Check) | HLC-CRO-RET-012 | ARCH & BEAM | -5,668.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 05/14/2019 | Expense | TX PYMT ID:401218000 | Georgia State Tax | -25.00 | PO Box 740380 Atlanta, GA 30374-0380 | Taxing Authority |
| HLC Inc Checking 9654 | 05/15/2019 | Bill Payment (Check) | HLC-CRO-RET-013 | ARCH & BEAM | -11,257.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 05/15/2019 | Expense | 05150021820 | Bank of America Fees | -1,938.14 | 100 North Tryon Street, Charlotte, NC 28255. | Trade Payments |
| HLC Inc Checking 9654 | 05/15/2019 | Bill Payment (Check) | 190515363638 | CORODATA RECORDS MANAGEMENT INC | -835.51 | PO Box 842638 Los Angeles CA 90084-2638 | Trade Payments |
| HLC Inc Checking 9654 | 05/15/2019 | Expense | 33026662699 | North Carolina Revenue Dept | -2,677.47 | 501 N Wilmington St, Raleigh, NC 27604 | Taxing Authority |
| HLC Inc Checking 9654 | 05/15/2019 | Bill Payment (Check) | 122107 payment | PACHULSKI STANG ZIEHL & JONES LLP | -78,104.08 | 10100 Santa Monica Blvd., 13th Floor Los Angeles CA 90067 | Legal Counsel |
| HLC Inc Checking 9654 | 05/15/2019 | Bill Payment (Check) | Inv 285 286 287 | WILLIAMS & CONNOLLY LLP | -112,396.54 | 725 Twelfth Street, NW Washington DC 20005 | Legal Counsel |
| HLC Inc Checking 9654 | 05/21/2019 | Bill Payment (Check) | HLC-CRO-RET-014 | ARCH & BEAM | -9,253.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 06/04/2019 | Bill Payment (Check) | HLC-CRO-RET-015 | ARCH & BEAM | -10,690.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 06/04/2019 | Bill Payment (Check) | HLC-CRO-RET-016 | ARCH & BEAM | -6,085.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 06/04/2019 | Bill Payment (Check) | June 11942 | Development Specialists, Inc. | -25,000.00 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |
| HLC Inc Checking 9654 | 06/04/2019 | Bill Payment (Check) | April 122290 | PACHULSKI STANG ZIEHL & JONES LLP | -49,514.85 | 10100 Santa Monica Blvd., 13th Floor Los Angeles CA 90067 | Legal Counsel |

| Account | Date | Transaction | Reference | Payee | Amount | Address | Category |
|---|---|---|---|---|---|---|---|
| HLC Inc Checking 9654 | 06/05/2019 | Bill Payment (Check) | 1301545821 | Katten Muchin Rosenman LLP | -100,000.00 | 100 Spectrum Center Drive Suite 1050 Irvine CA 92618-4960 | Legal Consulting Expert |
| HLC Inc Checking 9654 | 06/14/2019 | Bill Payment (Check) | HLC-CRO-RET-017 | ARCH & BEAM | -12,757.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 06/14/2019 | Bill Payment (Check) | RS4505511 | CORODATA RECORDS MANAGEMENT INC | -424.60 | PO Box 842638 Los Angeles CA 90084-2638 | Trade Payments |
| HLC Inc Checking 9654 | 06/14/2019 | Bill Payment (Check) | 75756130805 | Georgia State Tax | -25.00 | PO Box 740380 Atlanta, GA 30374-0380 | Taxing Authority |
| HLC Inc Checking 9654 | 06/14/2019 | Bill Payment (Check) | 201863028 201901288 | IRON MOUNTAIN -8479 | -2,776.01 | 1000 Campus Drive Collegeville PA 19426 | Trade Payments |
| HLC Inc Checking 9654 | 06/14/2019 | Bill Payment (Check) | May 122295 | PACHULSKI STANG ZIEHL & JONES LLP | -49,514.85 | 10100 Santa Monica Blvd., 13th Floor Los Angeles CA 90067 | Legal Counsel |
| HLC Inc Checking 9654 | 06/14/2019 | Bill Payment (Check) | April 500080 500081 | WILLIAMS & CONNOLLY LLP | -32,980.22 | 725 Twelfth Street, NW Washington DC 20005 | Legal Counsel |
| HLC Inc Checking 9654 | 06/17/2019 | Bill Payment (Check) | HLC-CRO-RET-018 | ARCH & BEAM | -350,000.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 06/17/2019 | Expense | Fee | Bank of America Fees | -1,847.52 | 100 North Tryon Street, Charlotte, NC 28255. | Trade Payments |
| HLC Inc Checking 9654 | 06/17/2019 | Bill Payment (Check) | 36188789 | BPM LLP | -25,000.00 | 2001 North Main Street, Suite 360 Walnut Creek CA 94596 USA | Financial Advisor |
| HLC Inc Checking 9654 | 06/17/2019 | Bill Payment (Check) | 11966 | Development Specialists, Inc. | -65,000.00 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |
| HLC Inc Checking 9654 | 06/17/2019 | Bill Payment (Check) | Ret 7515232 | FTI Consulting | -150,000.00 | P.O. Box 418005 Boston MA 02241-8005 | Financial Advisor |
| HLC Inc Checking 9654 | 06/17/2019 | Bill Payment (Check) | 1301549356 | Katten Muchin Rosenman LLP | -350,000.00 | 100 Spectrum Center Drive Suite 1050 Irvine CA 92618-4960 | Legal Consulting Expert |

| Account | Date | Transaction Type | Num | Name | Amount | Address | Category |
|---|---|---|---|---|---|---|---|
| HLC Inc Checking 9654 | 06/17/2019 | Bill Payment (Check) | Ret A-1 | PACHULSKI STANG ZIEHL & JONES LLP | -500,000.00 | 10100 Santa Monica Blvd., 13th Floor Los Angeles CA 90067 | Legal Counsel |
| HLC Inc Checking 9654 | 06/17/2019 | Bill Payment (Check) | 2May 122295 | PACHULSKI STANG ZIEHL & JONES LLP | -1,001.65 | 10100 Santa Monica Blvd., 13th Floor Los Angeles CA 90067 | Legal Counsel |
| HLC Inc Checking 9654 | 06/17/2019 | Bill Payment (Check) | June Retainer | WILLIAMS & CONNOLLY LLP | -300,000.00 | 725 Twelfth Street, NW Washington DC 20005 | Legal Counsel |
| HLC Inc Checking 9654 | 06/28/2019 | Bill Payment (Check) | HLC-CRO-RET-019 | ARCH & BEAM | -19,482.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 07/02/2019 | Bill Payment (Check) | HLC-CRO-RET-020 | ARCH & BEAM | -13,804.64 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 07/05/2019 | Bill Payment (Check) | Sept 11987 | Development Specialists, Inc. | -35,000.00 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |
| HLC Inc Checking 9654 | 07/10/2019 | Bill Payment (Check) | HLC-CRO-RET-021 | ARCH & BEAM | -15,205.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 07/10/2019 | Bill Payment (Check) | June RS4513394 | CORODATA RECORDS MANAGEMENT INC | -411.30 | PO Box 842638 Los Angeles CA 90084-2638 | Trade Payments |
| HLC Inc Checking 9654 | 07/15/2019 | Expense | | Bank of America Fees | -1,981.31 | 100 North Tryon Street, Charlotte, NC 28255. | Trade Payments |
| HLC Inc Checking 9654 | 07/16/2019 | Bill Payment (Check) | HLC-CRO-RET-022 | ARCH & BEAM | -36,780.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| HLC Inc Checking 9654 | 07/16/2019 | Expense | July estimate | CORODATA RECORDS MANAGEMENT INC | -425.00 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Trade Payments |
| HLC Inc Checking 9654 | 07/16/2019 | Bill Payment (Check) | Q2 156390 | HOULIHAN LOKEY | -7,911.78 | 10250 Constellation Blvd, 5th Floor Los Angeles CA 90067 | Financial Advisor |
| HLC Inc Checking 9654 | 07/16/2019 | Expense | Prepayment | IRON MOUNTAIN -8479 | -1,400.00 | 1000 Campus Drive Collegeville PA 19426 | Trade Payments |

| | | | | | |
|---|---|---|---|---|---|
| HLC Inc Checking 9664 | 07/16/2019 | Bill Payment (Check) | June 201907053 | IRON MOUNTAIN -8479 | -1,379.17 | 1000 Campus Drive Collegeville PA 19426 | Trade Payments |
| HLC Inc Checking 9664 | 07/16/2019 | Expense | Retainer | PACHULSKI STANG ZIEHL & JONES LLP | -75,000.00 | 10100 Santa Monica Blvd., 13th Floor Los Angeles CA 90067 | Legal Counsel |
| HLC Inc Checking 9664 | 07/16/2019 | Expense | 7.16.19 Payment | WILLIAMS & CONNOLLY LLP | -38,655.98 | 725 Twelfth Street, NW Washington DC 20005 | Legal Counsel |

# SOFA RIDER 4

## Payments to Insider Creditors
## Within 1 Year of Petition Date

| Date | Name | Amount | Address | Nature |
|---|---|---|---|---|
| 10/5/2018 | Umberg Zipser LLP | $ 10,000.00 | 1920 Main Street #750, Irvine, CA 92614 | Director & Officer Legal Counsel |
| 12/5/2018 | Umberg Zipser LLP | $ 31,084.75 | 1920 Main Street #750, Irvine, CA 92614 | Director & Officer Legal Counsel |
| 03/07/2019 | ARCH & BEAM GLOBAL, LLC | $ 47,300.56 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 03/12/2019 | ARCH & BEAM GLOBAL, LLC | $ 27,738.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 03/12/2019 | ARCH & BEAM GLOBAL, LLC | $ 355.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 03/12/2019 | Development Specialists, Inc. | $ 25,755.85 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |
| 03/27/2019 | ARCH & BEAM GLOBAL, LLC | $ 34,900.82 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 04/01/2019 | ARCH & BEAM GLOBAL, LLC | $ 54,542.28 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 04/03/2019 | Development Specialists, Inc. | $ 25,028.05 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |
| 04/09/2019 | ARCH & BEAM GLOBAL, LLC | $ 15,584.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |

| Date | Payee | Amount | Address | Description |
|---|---|---|---|---|
| 04/16/2019 | ARCH & BEAM GLOBAL, LLC | $ 20,880.48 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 04/24/2019 | ARCH & BEAM GLOBAL, LLC | $ 14,881.56 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 05/02/2019 | ARCH & BEAM GLOBAL, LLC | $ 14,803.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 05/02/2019 | Development Specialists, Inc. | $ 25,000.00 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |
| 05/05/2019 | ARCH & BEAM GLOBAL, LLC | $ 5,668.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 05/15/2019 | ARCH & BEAM GLOBAL, LLC | $ 11,257.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 05/21/2019 | ARCH & BEAM GLOBAL, LLC | $ 9,253.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 06/04/2019 | ARCH & BEAM GLOBAL, LLC | $ 10,690.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 06/04/2019 | ARCH & BEAM GLOBAL, LLC | $ 6,085.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 06/04/2019 | Development Specialists, Inc. | $ 25,000.00 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |

| Date | Payee | Amount | Address | Description |
|---|---|---|---|---|
| 06/14/2019 | ARCH & BEAM GLOBAL, LLC | $ 12,757.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 06/17/2019 | ARCH & BEAM GLOBAL, LLC | $ 350,000.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 06/17/2019 | Development Specialists, Inc. | $ 65,000.00 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |
| 06/28/2019 | ARCH & BEAM GLOBAL, LLC | -19,482.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 07/02/2019 | ARCH & BEAM GLOBAL, LLC | -13,804.64 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 07/05/2019 | Development Specialists, Inc. | -35,000.00 | 10 South LaSalle Street, Suite 3300 Chicago IL 60603-1026 | Director Fees and Expenses |
| 07/10/2019 | ARCH & BEAM GLOBAL, LLC | -15,205.50 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |
| 07/16/2019 | ARCH & BEAM GLOBAL, LLC | -36,780.00 | 2500 Camino Diablo, Suite 110 Walnut Creek CA 94597 | CRO and Hourly Consultants, Fees and Expenses |

# SOFA RIDER 11.1

## Payments to Pachulski Stang Ziehl & Jones LLP
## Within 1 Year of Petition Date

DOCS_LA:323238.1 36859/001

| Date | Payee | Amount |
|---|---|---|
| 7/27/2018 | Pachulski Stang Ziehl & Jones LLP | $ 11,580.10 |
| 11/2/2018 | Pachulski Stang Ziehl & Jones LLP | $ 14,284.35 |
| 2/1/2019 | Pachulski Stang Ziehl & Jones LLP | $ 42,316.92 |
| 3/4/2019 | Pachulski Stang Ziehl & Jones LLP | $ 70,472.17 |
| 3/27/2019 | Pachulski Stang Ziehl & Jones LLP | $ 33,126.89 |
| 4/3/2019 | Pachulski Stang Ziehl & Jones LLP | $ 50,000.00 |
| 5/15/2019 | Pachulski Stang Ziehl & Jones LLP | $ 78,104.08 |
| 6/4/2019 | Pachulski Stang Ziehl & Jones LLP | $ 49,514.85 |
| 6/14/2019 | Pachulski Stang Ziehl & Jones LLP | $ 49,514.85 |
| 6/17/2019 | Pachulski Stang Ziehl & Jones LLP | $ 1,001.65 |
| 6/17/2019 | Pachulski Stang Ziehl & Jones LLP | $ 500,000.00 |
| 7/16/2019 | Pachulski Stang Ziehl & Jones LLP | $ 75,000.00 |
|  |  | $ 974,915.86 |

# SOFA RIDER 11.2

### Payments to Arch & Beam Global, LLC
### Within 1 Year of Petition Date

| Date | Name | Amount |
|---|---|---|
| 7/27/2018 | ARCH & BEAM GLOBAL, LLC | $ 197.50 |
| 9/21/2018 | ARCH & BEAM GLOBAL, LLC | $ 1,501.00 |
| 10/31/2018 | ARCH & BEAM GLOBAL, LLC | $ 1,580.00 |
| 1/3/2019 | ARCH & BEAM GLOBAL, LLC | $ 948.00 |
| 1/16/2019 | ARCH & BEAM GLOBAL, LLC | $ 2,054.00 |
| 03/07/2019 | ARCH & BEAM GLOBAL, LLC | $ 47,300.56 |
| 03/12/2019 | ARCH & BEAM GLOBAL, LLC | $ 27,738.50 |
| 03/12/2019 | ARCH & BEAM GLOBAL, LLC | $ 355.50 |
| 03/27/2019 | ARCH & BEAM GLOBAL, LLC | $ 34,900.82 |
| 04/01/2019 | ARCH & BEAM GLOBAL, LLC | $ 54,542.28 |
| 04/09/2019 | ARCH & BEAM GLOBAL, LLC | $ 15,584.00 |
| 04/16/2019 | ARCH & BEAM GLOBAL, LLC | $ 20,880.48 |
| 04/24/2019 | ARCH & BEAM GLOBAL, LLC | $ 14,881.56 |
| 05/02/2019 | ARCH & BEAM GLOBAL, LLC | $ 14,803.50 |
| 05/05/2019 | ARCH & BEAM GLOBAL, LLC | $ 5,668.00 |
| 05/15/2019 | ARCH & BEAM GLOBAL, LLC | $ 11,257.00 |
| 05/21/2019 | ARCH & BEAM GLOBAL, LLC | $ 9,253.50 |
| 08/04/2019 | ARCH & BEAM GLOBAL, LLC | $ 10,690.50 |
| 08/04/2019 | ARCH & BEAM GLOBAL, LLC | $ 6,085.00 |
| 08/14/2019 | ARCH & BEAM GLOBAL, LLC | $ 12,757.50 |
| 08/17/2019 | ARCH & BEAM GLOBAL, LLC | $ 350,000.00 |
| 08/28/2019 | ARCH & BEAM GLOBAL, LLC | $ 19,482.00 |

| | | | |
|---|---|---|---|
| 07/02/2019 | ARCH & BEAM GLOBAL, LLC | $ | 13,804.64 |
| 07/10/2019 | ARCH & BEAM GLOBAL, LLC | $ | 15,205.50 |
| 07/16/2019 | ARCH & BEAM GLOBAL, LLC | $ | 36,780.00 |

# SOFA RIDER 11.3

## Payments to Development Specialists, Inc.
## Within 1 Year of Petition Date

DOCS_LA:323238.1 36859/001

| Date | Name | Amount | Added |
|------|------|--------|-------|
| 03/12/2019 | Development Specialists, Inc. | $ 25,755.85 | |
| 04/03/2019 | Development Specialists, Inc. | $ 25,028.05 | |
| 05/02/2019 | Development Specialists, Inc. | $ 25,000.00 | |
| 06/04/2019 | Development Specialists, Inc. | $ 25,000.00 | |
| 06/17/2019 | Development Specialists, Inc. | $ 65,000.00 | |
| 07/05/2019 | Development Specialists, Inc. | $ 35,000.00 | |

# SOFA RIDER 30

## Payments, Distributions or Withdrawals
## Credited or Given to Insiders
## Within 1 Year of Petition Date

DOCS_LA:323238.1 36859/001

**List of Payments to Williams & Connolly LLP**
**Made by Home Loan Center, Inc Within One Year Prior to the Bankruptcy Filing**
**for the Benefit of Insider Lending Tree, LLC**

| Date | Name | Amount | Address | Nature |
|------|------|--------|---------|--------|
| 7/25/18 | Williams & Connolly LLP | -294,344.56 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 8/1/18 | Williams & Connolly LLP | -84,827.45 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 8/27/18 | Williams & Connolly LLP | -381,597.94 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 8/29/18 | Williams & Connolly LLP | -18,867.14 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 8/31/18 | Williams & Connolly LLP | -547,701.26 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 8/31/18 | Williams & Connolly LLP | -885,352.70 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 8/31/18 | Williams & Connolly LLP | -981,095.29 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 9/21/18 | Williams & Connolly LLP | -1,363.25 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 9/21/18 | Williams & Connolly LLP | -8,962.74 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 10/5/18 | Williams & Connolly LLP | -938,407.83 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 10/5/18 | Williams & Connolly LLP | -14,590.65 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 10/26/18 | Williams & Connolly LLP | -1,150,421.09 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 11/2/18 | Williams & Connolly LLP | -707.75 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 11/15/18 | Williams & Connolly LLP | -1,236,449.15 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 12/5/18 | Williams & Connolly LLP | -83,649.84 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 12/12/18 | Williams & Connolly LLP | -2,446,795.56 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 1/9/19 | Williams & Connolly LLP | -1,819.26 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 1/9/19 | Williams & Connolly LLP | -79,920.85 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 1/9/19 | Williams & Connolly LLP | -989,444.21 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 3/7/19 | Williams & Connolly LLP | -5,045.26 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 3/7/19 | Williams & Connolly LLP | -424,219.32 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 3/7/19 | Williams & Connolly LLP | -318,179.80 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 3/12/19 | Williams & Connolly LLP | -345,396.93 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 3/12/19 | Williams & Connolly LLP | -45,622.31 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 4/9/19 | Williams & Connolly LLP | -393,652.08 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 4/9/19 | Williams & Connolly LLP | -1,352.58 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 4/9/19 | Williams & Connolly LLP | -58,525.56 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 4/9/19 | Williams & Connolly LLP | -250,000.00 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 5/15/19 | Williams & Connolly LLP | -70,722.85 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |

Case: 19-51455     Doc# 118     Filed: 10/15/19     Entered: 10/15/19 18:35:53     Page 79 of 85

**List of Payments to Williams & Connolly LLP**
**Made by Home Loan Center, Inc Within One Year Prior to the Bankruptcy Filing**
**for the Benefit of Insider Lending Tree, LLC**

| Date | Name | Amount | Address | Nature |
|---|---|---|---|---|
| 5/15/19 | Williams & Connolly LLP | -5,065.89 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 5/15/19 | Williams & Connolly LLP | -36,607.80 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 6/14/19 | Williams & Connolly LLP | -13,872.36 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 6/14/19 | Williams & Connolly LLP | -19,107.86 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 6/17/19 | Williams & Connolly LLP | -300,000.00 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| 7/16/19 | Williams & Connolly LLP | -38,655.98 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| APPLY PRE-PETITION RETAINER | Williams & Connolly LLP | -11,214.94 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| APPLY PRE-PETITION RETAINER | Williams & Connolly LLP | -27,441.04 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| APPLY PRE-PETITION RETAINER | Williams & Connolly LLP | -42,901.47 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| APPLY PRE-PETITION RETAINER | Williams & Connolly LLP | -2,002.37 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| APPLY PRE-PETITION RETAINER | Williams & Connolly LLP | -45,491.07 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |
| APPLY PRE-PETITION RETAINER | Williams & Connolly LLP | -4,023.25 | 725 Twelfth Street, N.W. Washington, D.C. 20005 | Payment of legal fees and expenses |

| Date | Name | Amount |
|------|------|--------|
| 10/5/2018 | Umberg Zipser LLP | $ 10,000.00 |
| 12/5/2018 | Umberg Zipser LLP | $ 31,084.75 |
| 03/07/2019 | ARCH & BEAM GLOBAL, LLC | $ 47,300.56 |
| 03/12/2019 | ARCH & BEAM GLOBAL, LLC | $ 27,738.50 |
| 03/12/2019 | ARCH & BEAM GLOBAL, LLC | $ 355.50 |
| 03/12/2019 | Development Specialists, Inc. | $ 25,755.85 |
| 03/27/2019 | ARCH & BEAM GLOBAL, LLC | $ 34,900.82 |
| 04/01/2019 | ARCH & BEAM GLOBAL, LLC | $ 54,542.28 |
| 04/03/2019 | Development Specialists, Inc. | $ 25,028.05 |
| 04/09/2019 | ARCH & BEAM GLOBAL, LLC | $ 15,584.00 |
| 04/16/2019 | ARCH & BEAM GLOBAL, LLC | $ 20,880.48 |
| 04/24/2019 | ARCH & BEAM GLOBAL, LLC | $ 14,881.56 |
| 05/02/2019 | ARCH & BEAM GLOBAL, LLC | $ 14,803.50 |
| 05/02/2019 | Development Specialists, Inc. | $ 25,000.00 |
| 05/05/2019 | ARCH & BEAM GLOBAL, LLC | $ 5,668.00 |
| 05/15/2019 | ARCH & BEAM GLOBAL, LLC | $ 11,257.00 |
| 05/21/2019 | ARCH & BEAM GLOBAL, LLC | $ 9,253.50 |
| 06/04/2019 | ARCH & BEAM GLOBAL, LLC | $ 10,690.50 |
| 06/04/2019 | ARCH & BEAM GLOBAL, LLC | $ 6,085.00 |
| 06/04/2019 | Development Specialists, Inc. | $ 25,000.00 |
| 06/14/2019 | ARCH & BEAM GLOBAL, LLC | $ 12,757.50 |
| 06/17/2019 | ARCH & BEAM GLOBAL, LLC | $ 350,000.00 |
| 06/17/2019 | Development Specialists, Inc. | $ 65,000.00 |
| 06/28/2019 | ARCH & BEAM GLOBAL, LLC | $ 19,482.00 |
| 07/02/2019 | ARCH & BEAM GLOBAL, LLC | $ 13,804.64 |
| 07/05/2019 | Development Specialists, Inc. | $ 35,000.00 |
| 07/10/2019 | ARCH & BEAM GLOBAL, LLC | $ 15,205.50 |
| 07/16/2019 | ARCH & BEAM GLOBAL, LLC | $ 36,780.00 |

## United States Bankruptcy Court
### Northern District of California

In re    Home Loan Center, Inc.                          Case No.    19-51455 MEH 11

                                    Debtor(s)                  Chapter    **11**

## VERIFICATION OF AMENDED CREDITOR MATRIX

I, Matthew English, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    October 5, 2019

                                     **Matthew English/Chief Restructuring Officer**
                                     Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Anchorbank fsb
25 W Main St
Madison, WI 53703


Associated Bank, N.A.
1305 Main St
Stevens Point, WI 54481


BAC Home Loans Servicing LP
7105 Corporate Dr
Plano, TX 75024


Bank of America, NA
c/o Mary R. Powers, Esq.
3800 Fernandina Rd.
Suite 110
Columbia, SC 29210


Citizens First Credit Union
250 North Sawyer St
Oshkosh, WI 54902


Countrywide Home Loans Servicing LP
7105 Corporate Dr.
PTjX-B-209
Plano, TX 75024


Everhome Mortgage Company
8100 Nations Way
Jacksonville, FL 32256


Federal Home Loan Mortgage Corp
8609 Westwood Center Dr
Vienna, VA 22183

Federal National Mortgage Association
PO Box 4121
Beaverton, OR 97076


Federal National Mortgage Association
5600 Granite Pkwy
Plano, TX 75024


First Banking Center
PO Box 660
400 Milwaukee Ave
Burlington, WI 53105


Lavette Love
5325 N 49th St
Milwaukee, WI 53218


Merchants Bank NA
102 E 3rd St
Winona, MN 55987


Mor Equity Inc.
PO Box 3788
Evansville, IN 47736


Mutual of Omaha Bank, FSB
c/o Matthew E. Laughlin, Esq.
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, IA 50309-3993


Orange County Treasurer Tax Collector
PO Box 1438
Santa Ana, CA 92702

Rene Lopez
25527 State Hwy 74
Perris, CA 92570


River Oaks Condominium Association
c/o Melissa Lee Siew
500 North Skinker Blvd.
Saint Louis, MO 63130


San Diego County Treasurer Tax Collector
162 County Administration Center
San Diego, CA 92101


Wells Fargo Bank
6th Street & Marquette Ave
Minneapolis, MN 55479


Wells Fargo Bank NA
3476 Stateview Blvd.
Fort Mill, SC 29715