# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re: HOME LOAN CENTER, INC.       §    Case No. 19-51455-MEH

                                            §

                                            §

Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

      Doris A. Kaelin, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,018,114.16           Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $41,020,451.95     Claims Discharged
                                             Without Payment: N/A

Total Expenses of Administration: $2,025,020.06

---

      3) Total gross receipts of $ 43,045,472.01 (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $43,045,472.01
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,071,659.72 | 2,007,059.72 | 2,007,059.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 135,170.86 | 17,960.34 | 17,960.34 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,278.98 | 1,278.98 | 1,278.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 111,818,078.34 | 116,291,888.20 | 118,263,457.04 | 41,019,172.97 |
| **TOTAL DISBURSEMENTS** | $111,818,078.34 | $118,499,997.76 | $120,289,756.08 | $43,045,472.01 |

4) This case was originally filed under Chapter 11 on July 21, 2019 and it was converted to Chapter 7 on September 16, 2019. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2021          By: /s/Doris A. Kaelin
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America account ending 9654 | 1129-000 | 1,044.00 |
| Bank of America savings acct ending 8542 | 1129-000 | 5,471,380.26 |
| Pre-Paid Retainer Arch & Beam Global, LLC | 1129-000 | 381,761.20 |
| Pre-Paid Retainer FTI Consulting | 1129-001 | 150,304.30 |
| Pre-Paid Retainer Williams & Connolly | 1129-000 | 505,365.00 |
| Pre-Paid Retainer BPM Accounting | 1129-000 | 3,302.00 |
| Pre-Paid Retainer Cooley LLP | 1129-000 | 6,707.50 |
| Pre-Paid Retainer Katten Muchin Rosenman LLP | 1129-000 | 38,688.60 |
| Ownership of HLC Escrow, Inc. | 1129-000 | 486,894.15 |
| Litigation claim re dividends to Lending Tree | 1149-000 | 36,000,000.00 |
| Tax Refund | 1224-000 | 25.00 |
| **TOTAL GROSS RECEIPTS** | | $43,045,472.01 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Doris A. Kaelin | 2100-000 | N/A | 1,314,613.56 | 1,314,613.56 | 1,314,613.56 |
| Trustee Expenses - Doris A. Kaelin | 2200-000 | N/A | 45.01 | 45.01 | 45.01 |
| Other - Foster Graham Milstein & Calisher LLP | 3210-000 | N/A | 43,449.00 | 43,449.00 | 43,449.00 |
| Other - Rincon Law LLP | 3210-000 | N/A | 398,577.50 | 398,577.50 | 398,577.50 |
| Other - Rincon Law LLP | 3220-000 | N/A | 3,948.46 | 3,948.46 | 3,948.46 |
| Other - Foster Graham Milstein & Calisher LLP | 3220-000 | N/A | 799.18 | 799.18 | 799.18 |
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3410-000 | N/A | 130,932.50 | 130,932.50 | 130,932.50 |
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3420-000 | N/A | 1,481.80 | 1,481.80 | 1,481.80 |
| Other - Arch + Beam Global LLC | 3992-000 | N/A | 331.95 | 331.95 | 331.95 |
| U.S. Trustee Quarterly Fees - UNITED STATES TRUSTEE | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - Felix Alamo | 2990-000 | N/A | 64,600.00 | 0.00 | 0.00 |
| Other - Franchise Tax Board (ADMINISTRATIVE) | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 7,188.78 | 7,188.78 | 7,188.78 |
| Other - Corodata Records Management, Inc. | 2410-000 | N/A | 411.30 | 411.30 | 411.30 |
| Other - Iron Mountain | 2410-000 | N/A | 1,394.55 | 1,394.55 | 1,394.55 |
| Other - Iron Mountain | 2410-000 | N/A | 1,408.50 | 1,408.50 | 1,408.50 |
| Other - Iron Mountain | 2410-000 | N/A | 1,404.62 | 1,404.62 | 1,404.62 |
| Other - Corodata Records Management, Inc. | 2410-000 | N/A | 425.01 | 425.01 | 425.01 |
| Other - Iron Mountain | 2410-000 | N/A | 1,394.55 | 1,394.55 | 1,394.55 |
| Other - Corodata Records Management, Inc. | 2410-000 | N/A | 432.70 | 432.70 | 432.70 |
| Other - Iron Mountain | 2410-000 | N/A | 1,390.67 | 1,390.67 | 1,390.67 |
| Other - Corodata Records Management, Inc. | 2410-000 | N/A | 447.12 | 447.12 | 447.12 |
| Other - Iron Mountain | 2410-000 | N/A | 1,394.55 | 1,394.55 | 1,394.55 |
| Other - Corodata Records Management, Inc. | 2410-000 | N/A | 447.12 | 447.12 | 447.12 |
| Other - Iron Mountain | 2410-000 | N/A | 1,651.66 | 1,651.66 | 1,651.66 |
| Other - Corodata Records Management, Inc. | 2410-000 | N/A | 431.67 | 431.67 | 431.67 |
| Other - Iron Mountain | 2410-000 | N/A | 1,643.55 | 1,643.55 | 1,643.55 |
| Other - InCorp Services, Inc. | 2990-000 | N/A | 1,589.00 | 1,589.00 | 1,589.00 |
| Other - InCorp Services, Inc. | 2990-000 | N/A | 104.00 | 104.00 | 104.00 |
| Other - United Bank | 2600-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Iron Mountain | 2410-000 | N/A | 1,651.66 | 1,651.66 | 1,651.66 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 446.05 | 446.05 | 446.05 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Other – Iron Mountain | 2410-000 | N/A | 1,647.61 | 1,647.61 | 1,647.61 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 431.67 | 431.67 | 431.67 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Other – Iron Mountain | 2410-000 | N/A | 1,651.66 | 1,651.66 | 1,651.66 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 444.34 | 444.34 | 444.34 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 429.60 | 429.60 | 429.60 |
| Other – Iron Mountain | 2410-000 | N/A | 1,647.61 | 1,647.61 | 1,647.61 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 445.63 | 445.63 | 445.63 |
| Other – Iron Mountain | 2410-000 | N/A | 1,651.66 | 1,651.66 | 1,651.66 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 5,407.78 | 5,407.78 | 5,407.78 |
| Other – Iron Mountain | 2410-000 | N/A | 1,651.66 | 1,651.66 | 1,651.66 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 446.05 | 446.05 | 446.05 |
| Other – International Sureties, Ltd | 2300-000 | N/A | 5,666.62 | 5,666.62 | 5,666.62 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 5,500.00 | 5,500.00 | 5,500.00 |
| Other – Iron Mountain | 2410-000 | N/A | 1,647.61 | 1,647.61 | 1,647.61 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 431.67 | 431.67 | 431.67 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 5,500.00 | 5,500.00 | 5,500.00 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 446.05 | 446.05 | 446.05 |
| Other – Iron Mountain | 2410-000 | N/A | 1,651.66 | 1,651.66 | 1,651.66 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 5,407.78 | 5,407.78 | 5,407.78 |
| Other – Iron Mountain | 2410-000 | N/A | 1,647.61 | 1,647.61 | 1,647.61 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 431.67 | 431.67 | 431.67 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 5,500.00 | 5,500.00 | 5,500.00 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 447.12 | 447.12 | 447.12 |
| Other – Iron Mountain | 2410-000 | N/A | 1,651.66 | 1,651.66 | 1,651.66 |
| Other – Corodata Records Management, Inc. | 2410-000 | N/A | 1,028.74 | 1,028.74 | 1,028.74 |
| Other – Corodata Records Management, Inc. | 2990-000 | N/A | 12,764.36 | 12,764.36 | 12,764.36 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 5,422.09 | 5,422.09 | 5,422.09 |
| Other – Iron Mountain | 2410-000 | N/A | 2,003.51 | 2,003.51 | 2,003.51 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Other – Iron Mountain | 2410-000 | N/A | 5,995.28 | 5,995.28 | 5,995.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,071,659.72 | $2,007,059.72 | $2,007,059.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | 6210-000 | N/A | 17,210.34 | 17,210.34 | 17,210.34 |
| Pachulski Stang Ziehl & Jones LLP | 6220-000 | N/A | 0.00 | 0.00 | 0.00 |
| Pachulski Stang Ziehl & Jones LLP | 6220-000 | N/A | 0.00 | 0.00 | 0.00 |
| Arch + Beam Global LLC | 6700-000 | N/A | 116,914.50 | 0.00 | 0.00 |
| Arch + Beam Global LLC | 6710-000 | N/A | 296.02 | 0.00 | 0.00 |
| State of New Jersey Division of Taxation | 6820-000 | N/A | 750.00 | 750.00 | 750.00 |
| Texas Comptroller of Public Accounts (ADMINISTRATIVE) | 6820-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $135,170.86 | $17,960.34 | $17,960.34 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | LendingTree, LLC | 5800-000 | unknown | 178.26 | 178.26 | 178.26 |
| 3 | Franchise Tax Board | 5800-000 | unknown | 842.37 | 842.37 | 842.37 |
| 4P | Mass Department of Revenue | 5800-000 | unknown | N/A | N/A | 0.00 |
| 6 -2 | Internal Revenue Service | 5800-000 | unknown | N/A | N/A | 0.00 |
| 7 -2 | Louisiana Department of Revenue | 5800-000 | unknown | N/A | N/A | 0.00 |
| 8 | State of New Jersey Division | 5800-000 | unknown | N/A | N/A | 0.00 |
| 12P-2 | Tennessee Department of Revenue | 5800-000 | unknown | 102.52 | 102.52 | 102.52 |
| 15 | Texas Comptroller of Public Accounts | 5800-000 | unknown | N/A | N/A | 0.00 |
| 23 | Tennessee Department of Revenue | 5800-000 | unknown | 127.90 | 127.90 | 127.90 |
| 24 | Mississippi Department of Revenue | 5800-000 | unknown | 27.93 | 27.93 | 27.93 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,278.98 | $1,278.98 | $1,278.98 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | LendingTree, LLC | 7100-000 | N/A | 78.87 | 78.87 | 39.34 |
| 2 | DEPARTMENT OF TAXATION | 7100-000 | unknown | N/A | N/A | 0.00 |
| 4U | Mass Department of Revenue | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 -2 | Mississippi Department of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| 10 | LendingTree, LLC | 7100-000 | 68,484,502.06 | 68,484,502.06 | 68,484,502.06 | 34,148,556.57 |
| 11 | LendingTree, LLC | 7100-000 | 1,500.00 | 3,856.11 | 3,856.11 | 1,922.79 |
| 12U-2 | Tennessee Department of Revenue | 7300-000 | N/A | 20.00 | 20.00 | 0.00 |
| 17 | JPMorgan Chase & Co. | 7100-000 | 3,100,000.00 | 3,136,248.00 | 475,000.00 | 236,850.16 |
| 18 | LendingTree, Inc. | 7100-000 | 32,076.28 | N/A | N/A | 0.00 |
| 19 | LendingTree, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 19 -2 | LendingTree, Inc./LendingTreeLLC | 7400-000 | N/A | N/A | 36,000,000.00 | 0.00 |
| 20 | Lehman Brothers | 7100-000 | 40,200,000.00 | 44,667,183.16 | 13,300,000.00 | 6,631,804.11 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $111,818,078.34 | $116,291,888.20 | $118,263,457.04 | $41,019,172.97 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 19-51455-MEH | **Trustee:** (001750) Doris A. Kaelin |
| **Case Name:** HOME LOAN CENTER, INC. | **Filed (f) or Converted (c):** 09/16/19 (c) |
| | **§341(a) Meeting Date:** 10/17/19 |
| **Period Ending:** 07/09/21 | **Claims Bar Date:** 11/25/19 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1 | Bank of America account ending 9654<br>   Balance as of conversion date turned over to<br>Trustee per demand | 2,920.62 | 1,044.00 | | 1,044.00 | FA |
| 2 | Bank of America savings acct ending 8542<br>   Conversion date balance turned over to Trustee per<br>demand | 5,442,883.73 | 5,464,825.90 | | 5,471,380.26 | FA |
| 3 | Pre-Paid Retainer Pachulski Stang<br>   Per original schedules, $525,000 held by<br>professional as of petition date<br>Amended schedules filed 10-15-19 (Dkt 118) list<br>amount at $530,428.58 as of petition date<br>Per Pachulski, retainer held as of petition date was<br>$529,565.28<br>Per List of Unpaid Debts, Pachulski seeks<br>compensation in excess of retainer (fee application<br>filed at Dkt 140)<br>Conversion date balance $0 | 530,428.58 | 529,565.28 | | 0.00 | FA |
| 4 | Pre-Paid Retainer Arch & Beam Global, LLC<br>   $381,761.20 was pre-petition retainer per schedules<br>$117,210.52 in fees/costs incurred post-petition and<br>requested in fee application (Dkt. 147). Balance in<br>excess of fees/costs requested turned over to Trustee<br>Per Order 12-30-20 (Dkt 287) objection to application<br>for compensation sustained. A&B ordered to turn over<br>unused retainer which was received by trustee. Note:<br>the court approved payment of the post-conversion<br>admin claim of A+B of $331.95 which was deducted by<br>A+B from the funds turned over | 381,761.20 | 264,550.68 | | 381,761.20 | FA |
| 5 | Pre-Paid Retainer FTI Consulting<br>   Per schedules, petition date retainer $150,304.30.<br>Conversion date balance is the same. Funds turned<br>over to Trustee | 150,304.30 | 150,304.30 | | 150,304.30 | FA |
| 6 | Pre-Paid Retainer Williams & Connolly<br>   Per schedules, $455,675.02 retainer held by<br>professional as of petition date<br>Pre-petition retainer as of conversion date of | 455,675.02 | 505,365.00 | | 505,365.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 19-51455-MEH | **Trustee:** (001750) Doris A. Kaelin |
| **Case Name:** HOME LOAN CENTER, INC. | **Filed (f) or Converted (c):** 09/16/19 (c) |
| | **§341(a) Meeting Date:** 10/17/19 |
| **Period Ending:** 07/09/21 | **Claims Bar Date:** 11/25/19 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | $505,365.00 turned over to Trustee per demand | | | | | |
| 7 | Pre-Paid Retainer BPM Accounting<br>   Per BPM, of the $14,386 retainer held on the petition date, it had used $11,084 leaving balance of $3,302 as of conversion date which was turned over to the Trustee | 14,386.00 | 3,302.00 | | 3,302.00 | FA |
| 8 | Pre-Paid Retainer Cooley LLP<br>   Petition date retainer held per schedules $7,325 Conversion date balance $6707.50 turned over to trustee | 7,325.00 | 6,707.50 | | 6,707.50 | FA |
| 9 | Pre-Paid Retainer Katten Muchin Rosenman LLP<br>   Petition Date balance $131,701.67<br>Per professional, applied $318,298.33 prior to the petition date and billed $93,013.07 through the Pachulski firm; retainer held in excess of fees requested in fee application paid to trustee<br>$20 refund received from firm 2-19-21 | 131,701.67 | 38,668.60 | | 38,688.60 | FA |
| 10 | Pre-Paid Director fees Development Specialists<br>   Per Dkt 118, petition date balance of $75,000<br>$0 remaining as of conversion date | 75,000.00 | 0.00 | | 0.00 | FA |
| 11 | Ownership of HLC Escrow, Inc.<br>   Balance as of 8-31-19 (same as balance on petition date)<br>Wholly owned subsidiary of Debtor. Order authorizing transfer of all assets of HLC Escrow, Inc. (Dkt. 159) Trustee has received documentation for $2,735.35 deducted from account for account fees | 489,629.50 | 489,629.50 | | 486,894.15 | FA |
| 12 | Net Operating Losses<br>   Per Trustee discussion with accountant, the NOL cannot be monetized, only used to offset income | 3,266,272.69 | 100.00 | | 0.00 | FA |
| 13 | Litigation claim re dividends to Lending Tree<br>   Order approving compromise (Dkt 197).<br>$36,000,000 paid to estate in settlement of claims per Agreement Resolving All Direct and Derivative and Affirmative Claims Owned by the Estate and General | Unknown | 40,000,000.00 | | 36,000,000.00 | FA |

Case: 19-51455    Doc# 308    Filed: 07/13/21    Entered: 07/13/21 12:03:04    Page 9 of 23

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 19-51455-MEH | **Trustee:** (001750) Doris A. Kaelin |
| **Case Name:** HOME LOAN CENTER, INC. | **Filed (f) or Converted (c):** 09/16/19 (c) |
| | **§341(a) Meeting Date:** 10/17/19 |
| **Period Ending:** 07/09/21 | **Claims Bar Date:** 11/25/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| Release, and First Amendment to Agreement Resolving All Direct and Derivative Affirmative Claims Owned by the Estate and General Release, as amended | | | | | |
| 14    Intercompany receivable<br>     Debtor's schedules also show a payable to the parent of $32,076.28; Intercompany receivable the same amount on petition date and conversion date. Settlement per asset #13 includes release of the intercompany claims | 146,412.89 | 146,412.89 | | 0.00 | FA |
| 15    Additional claims for avoidance v parent  (u)<br>     Additional transfers to parent per trustee's investigation (see Notice, Dkt 182); claims released per settlement (see Asset #13) | 0.00 | 6,853,517.83 | | 0.00 | FA |
| 16    Tax Refund  (u)<br>     North Carolina Dept of Revenue, issuance of Notice of Adjustment for 2019 (received 11-24-20) | 0.00 | 25.00 | | 25.00 | FA |
| **16    Assets    Totals** (Excluding unknown values) | **$11,094,701.20** | **$54,454,018.48** | | **$43,045,472.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

    7-21-19 case filed under chapter 11

    9-16-19 case converted to chapter 7

    8-20-20 Order Approving Trustee's Interim Report (Dkt 232)

    2-14-21 Submit proposed TFR

    2-23-21 Submit updated TFR to include additional funds received

    3-1-21 Submit revised TFR to include additional priority claim filed after TFR submission

    3-2-21 receive notice from NC Dept of Revenue re tax owing: send to accountant (no POC has been filed)

    5-10-21 Orders entered on TFR, fee applications

    6-7-21 all checks have cleared; case ready for TDR with June bank statement

    7-9-21 submit TDR

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 19-51455-MEH | **Trustee:** (001750) Doris A. Kaelin | |
| **Case Name:** HOME LOAN CENTER, INC. | **Filed (f) or Converted (c):** 09/16/19 (c) | |
| | **§341(a) Meeting Date:** 10/17/19 | |
| **Period Ending:** 07/09/21 | **Claims Bar Date:** 11/25/19 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 16, 2021     **Current Projected Date Of Final Report (TFR):** February 14, 2021 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 19-51455-MEH | **Trustee:** Doris A. Kaelin (001750) |
| **Case Name:** HOME LOAN CENTER, INC. | **Bank Name:** People's United Bank |
| | **Account:** ********3641 - Checking Account |
| **Taxpayer ID #:** **-***0598 | **Blanket Bond:** $53,535,167.00  (per case limit) |
| **Period Ending:** 07/09/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/19 | {8} | Cooley LLP State Bar Trust Account 101 Cal | Turnover of unused pre-petition retainer per Trustee demand | 1129-000 | 6,707.50 | | 6,707.50 |
| 09/25/19 | {4} | Arch & Beam Global LLC | Turn over of unused pre-petition retainer per Trustee demand | 1129-000 | 264,550.68 | | 271,258.18 |
| 09/25/19 | {6} | Williams Connolly LLP | Turn over of unused pre-petition retainer per Trustee demand | 1129-000 | 505,365.00 | | 776,623.18 |
| 09/30/19 | | Bank of America | Turn over of DIP funds per Trustee demand | | 5,472,424.26 | | 6,249,047.44 |
| | {1} | | Turn over of DIP Funds            1,044.00 | 1129-000 | | | 6,249,047.44 |
| | {2} | | Turn over of DIP funds       5,471,380.26 | 1129-000 | | | 6,249,047.44 |
| 10/15/19 | {7} | BPM LLP | Turnover of unused retainer  per Trustee demand (balance will be wired 10-16) | 1129-000 | 332.00 | | 6,249,379.44 |
| 10/16/19 | {7} | BPM LLP | Balance of unused pre-petition retainer paid to estate | 1129-000 | 2,970.00 | | 6,252,349.44 |
| 10/18/19 | {5} | FTI Consulting | Turnover of unused pre-petition retainer per Trustee demand | 1129-001 | 150,304.30 | | 6,402,653.74 |
| 10/23/19 | 101 | Corodata Records Management, Inc. | Sept 2019 storage fees; Inv #RS4534668; Acct #046821 | 2410-000 | | 411.30 | 6,402,242.44 |
| 10/23/19 | 102 | Iron Mountain | July 2019 storage fees; Inv #201930622; Acct 44114.059977 | 2410-000 | | 1,394.55 | 6,400,847.89 |
| 10/23/19 | 103 | Iron Mountain | Aug 2019 storage fees; Inv #201957146; Acct 44114.059977 | 2410-000 | | 1,408.50 | 6,399,439.39 |
| 10/23/19 | 104 | Iron Mountain | Sept 2019 storage fees; Inv #201976404; Acct 44114.059977 | 2410-000 | | 1,404.62 | 6,398,034.77 |
| 11/12/19 | {9} | Katten Muchin Rosenman LLP | Turnover of unsued retainer per Trustee demand | 1129-000 | 38,668.60 | | 6,436,703.37 |
| 11/14/19 | 105 | Corodata Records Management, Inc. | October 2019 storage fees; Inv #RS4544960; Acct #046821 | 2410-000 | | 425.01 | 6,436,278.36 |
| 11/22/19 | 106 | Iron Mountain | Oct 2019 storage fees; Inv #201991413; Acct 44114.059977 | 2410-000 | | 1,394.55 | 6,434,883.81 |
| 12/30/19 | 107 | Corodata Records Management, Inc. | November 2019 storage fees; Inv #RS4550692; Acct #046821 | 2410-000 | | 432.70 | 6,434,451.11 |
| 12/30/19 | 108 | Iron Mountain | Nov 2019 storage fees; Inv #2020012461; Acct 44114.059977 | 2410-000 | | 1,390.67 | 6,433,060.44 |
| 01/17/20 | 109 | Corodata Records Management, Inc. | December 2019 storage fees; Inv #RS4561048; Acct #046821 | 2410-000 | | 447.12 | 6,432,613.32 |
| 01/17/20 | 110 | Iron Mountain | Dec 2019 storage fees; Inv #202040731; Acct 44114.059977 | 2410-000 | | 1,394.55 | 6,431,218.77 |
| 01/22/20 | 111 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 2,508.04 | 6,428,710.73 |

| | | |
|---|---|---|
| Subtotals : | $6,441,322.34 | $12,611.61 |

Case: 19-51455    Doc# 308    Filed: 07/13/21    Entered: 07/13/21 12:03:24    Page 12 of 23

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 19-51455-MEH | |
| **Case Name:** | HOME LOAN CENTER, INC. | |
| | | |
| **Taxpayer ID #:** | **-***0598 | |
| **Period Ending:** | 07/09/21 | |

| | |
|---|---|
| **Trustee:** | Doris A. Kaelin (001750) |
| **Bank Name:** | People's United Bank |
| **Account:** | ********3641 - Checking Account |
| **Blanket Bond:** | $53,535,167.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 01/22/2020 FOR CASE #19-51455, 2020 bond premium; Bond No. 016048574 | | | | |
| 02/11/20 | 112 | Corodata Records Management, Inc. | January 2020 storage fees; Inv #RS4569138; Acct #046821 | 2410-000 | | 447.12 | 6,428,263.61 |
| 02/11/20 | 113 | Iron Mountain | Jan 2020 storage fees; Inv #202062082; Acct 44114.059977 | 2410-000 | | 1,651.66 | 6,426,611.95 |
| 03/10/20 | 114 | Corodata Records Management, Inc. | February 2020 storage fees; Inv #RS4577257; Acct #046821 | 2410-000 | | 431.67 | 6,426,180.28 |
| 03/10/20 | 115 | Iron Mountain | Feb 2020 storage fees; Inv #202088162; Acct 44114.059977 | 2410-000 | | 1,643.55 | 6,424,536.73 |
| 03/20/20 | {11} | Bank of America | Turn over of funds held on behalf of HLC Escrow, Inc. per Order | 1129-000 | 486,894.15 | | 6,911,430.88 |
| 03/20/20 | 116 | INCORP | Legal notice service fees Inv. 2363340; Paid per Order (Dkt. 166) Voided on 03/20/20 | 2990-000 | | 1,589.00 | 6,909,841.88 |
| 03/20/20 | 116 | INCORP | Legal notice service fees Inv. 2363340; Paid per Order (Dkt. 166) Voided: check issued on 03/20/20 | 2990-000 | | -1,589.00 | 6,911,430.88 |
| 03/20/20 | 117 | INCORP | Legal notice service fees Inv. 2363341; Paid per Order (Dkt. 166) Voided on 03/20/20 | 2990-000 | | 104.00 | 6,911,326.88 |
| 03/20/20 | 117 | INCORP | Legal notice service fees Inv. 2363341; Paid per Order (Dkt. 166) Voided: check issued on 03/20/20 | 2990-000 | | -104.00 | 6,911,430.88 |
| 03/20/20 | 118 | InCorp Services, Inc. | Registered agent service; Inv. #2363340. Paid per Order (Dkt 166) | 2990-000 | | 1,589.00 | 6,909,841.88 |
| 03/20/20 | 119 | InCorp Services, Inc. | Registered agent service; Inv. #2363341. Paid per Order (Dkt 166) | 2990-000 | | 104.00 | 6,909,737.88 |
| 03/31/20 | | United Bank | Bank and Technology Services Fee | 2600-000 | | 1,500.00 | 6,908,237.88 |
| 04/01/20 | | To Account #******3641 | Transfer of funds due to partner bank servicer transition | 9999-000 | | 6,908,237.88 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,928,216.49 | 6,928,216.49 | $0.00 |
| Less: Bank Transfers | 0.00 | 6,908,237.88 | |
| **Subtotal** | 6,928,216.49 | 19,978.61 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,928,216.49** | **$19,978.61** | |

{} Asset reference(s)                                                                 Printed: 07/09/2021 06:39 PM    V.20.34

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 19-51455-MEH | |
| **Case Name:** | HOME LOAN CENTER, INC. | |
| **Taxpayer ID #:** | **-***0598 | |
| **Period Ending:** | 07/09/21 | |

| | |
|---|---|
| **Trustee:** | Doris A. Kaelin (001750) |
| **Bank Name:** | People's United Bank |
| **Account:** | ******3641 - Checking Account |
| **Blanket Bond:** | $53,535,167.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/20 | | Merger Transfer from<br>XXXXXXXX3641 | | 9999-000 | 6,908,237.88 | | 6,908,237.88 |
| 04/17/20 | | TRANSFER TO DEPOSIT SYSTEM<br>ACCOUNT ******1930 | TRANSFER TO DEPOSIT SYSTEM<br>ACCOUNT ******1930 | 9999-000 | | 6,908,237.88 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **6,908,237.88** **6,908,237.88** | **$0.00** |
| Less: Bank Transfers | 6,908,237.88 6,908,237.88 | |
| **Subtotal** | **0.00** **0.00** | |
| Less: Payments to Debtors | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** **$0.00** | |

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 19-51455-MEH | | Trustee: | Doris A. Kaelin (001750) | | |
| Case Name: | HOME LOAN CENTER, INC. | | Bank Name: | Metropolitan Commercial Bank | | |
| | | | Account: | ******7343 - Checking Account | | |
| Taxpayer ID #: | **-***0598 | | Blanket Bond: | $53,535,167.00 (per case limit) | | |
| Period Ending: | 07/09/21 | | Separate Bond: | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 19-51455-MEH
**Case Name:** HOME LOAN CENTER, INC.

**Taxpayer ID #:** **-***0598
**Period Ending:** 07/09/21

**Trustee:** Doris A. Kaelin (001750)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******7475 - Checking Account
**Blanket Bond:** $53,535,167.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 6,908,237.88 | | 6,908,237.88 |
| 04/21/20 | 20120 | Iron Mountain | March 2020 storage fees; Inv. #202102249; Acct No. 44114.059977 | 2410-000 | | 1,651.66 | 6,906,586.22 |
| 04/21/20 | 20121 | Corodata Records Management, Inc. | March 2020 storage fees; Inv. #RS4585400; Acct. #046821 | 2410-000 | | 446.05 | 6,906,140.17 |
| 04/23/20 | 20122 | Scottsdale Insurance Company | Bond premium; Bond #SNN4001445 (paid per Order, Dkt. 154)<br>Voided on 05/21/20 | 2420-000 | | 324.10 | 6,905,816.07 |
| 04/23/20 | 20123 | Scottsdale Insurance Company | Bond premium; Bond #SNN4001446 (paid per Order, Dkt. 154)<br>Voided on 05/21/20 | 2420-000 | | 1,295.00 | 6,904,521.07 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,500.00 | 6,903,021.07 |
| 05/07/20 | 20124 | Iron Mountain | April 2020 storage fees; Inv. #202125083; Acct No. 44114.059977 | 2410-000 | | 1,647.61 | 6,901,373.46 |
| 05/07/20 | 20125 | Corodata Records Management, Inc. | April 2020 storage fees; Inv. #RS4593577; Acct. #046821 | 2410-000 | | 431.67 | 6,900,941.79 |
| 05/21/20 | 20122 | Scottsdale Insurance Company | Bond premium; Bond #SNN4001445 (paid per Order, Dkt. 154)<br>Voided: check issued on 04/23/20 | 2420-000 | | -324.10 | 6,901,265.89 |
| 05/21/20 | 20123 | Scottsdale Insurance Company | Bond premium; Bond #SNN4001446 (paid per Order, Dkt. 154)<br>Voided: check issued on 04/23/20 | 2420-000 | | -1,295.00 | 6,902,560.89 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,500.00 | 6,901,060.89 |
| 06/05/20 | 20126 | Iron Mountain | May 2020 storage fees; Inv. #202130538; Acct No. 44114.059977 | 2410-000 | | 1,651.66 | 6,899,409.23 |
| 06/05/20 | 20127 | Corodata Records Management, Inc. | May 2020 storage fees; Inv. #RS4601773; Acct. #046821 | 2410-000 | | 444.34 | 6,898,964.89 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,500.00 | 6,897,464.89 |
| 07/16/20 | 20128 | Corodata Records Management, Inc. | June 2020 storage fees; Inv. #RS4609980; Acct. #046821 | 2410-000 | | 429.60 | 6,897,035.29 |
| 07/16/20 | 20129 | Iron Mountain | June 2020 storage fees; Inv. #202150423; Acct No. 44114.059977 | 2410-000 | | 1,647.61 | 6,895,387.68 |
| 07/22/20 | {13} | LENDINGTREE, LLC/BK AMER NYC | Settlement proceeds (Order, Dkt 197) | 1149-000 | 36,000,000.00 | | 42,895,387.68 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,500.00 | 42,893,887.68 |
| 08/07/20 | 20130 | Corodata Records Management, Inc. | July 2020 storage fees; Inv. #RS4618199; Acct. #046821 | 2410-000 | | 445.63 | 42,893,442.05 |
| 08/07/20 | 20131 | Iron Mountain | July 2020 storage fees; Inv. #202180716; Acct No. 44114.059977 | 2410-000 | | 1,651.66 | 42,891,790.39 |

Subtotals : $42,908,237.88 $16,447.49

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 19-51455-MEH | **Trustee:** Doris A. Kaelin (001750) |
| **Case Name:** HOME LOAN CENTER, INC. | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******7475 - Checking Account |
| **Taxpayer ID #:** **-***0598 | **Blanket Bond:** $53,535,167.00  (per case limit) |
| **Period Ending:** 07/09/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/20 | | To Account #******4753 | Distribution Reserve Account (per Order, Dkt 232) | 9999-000 | | 1,731,290.00 | 41,160,500.39 |
| 08/20/20 | 20132 | Rincon Law LLP | Dividend paid 100.00% on $361,295.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 361,295.00 | 40,799,205.39 |
| 08/20/20 | 20133 | Rincon Law LLP | Dividend paid 100.00% on $2,533.06, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 2,533.06 | 40,796,672.33 |
| 08/20/20 | 20134 | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend paid 100.00% on $84,100.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 84,100.00 | 40,712,572.33 |
| 08/20/20 | 20135 | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend paid 100.00% on $874.20, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 874.20 | 40,711,698.13 |
| 08/20/20 | 20136 | UNITED STATES TRUSTEE | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: Stopped on 10/29/20 | 2950-000 | | 325.00 | 40,711,373.13 |
| 08/20/20 | 20137 | Franchise Tax Board (ADMINISTRATIVE) | Dividend paid 100.00% on $800.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: | 2820-000 | | 800.00 | 40,710,573.13 |
| 08/20/20 | 20138 | State of New Jersey Division of Taxation | Dividend paid 100.00% on $750.00, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: | 6820-000 | | 750.00 | 40,709,823.13 |
| 08/20/20 | 20139 | ResCap Liquidating Trust | Dividend paid 100.00% on $178.26; Claim# 1P; Filed: $178.26; Reference: | 5800-000 | | 178.26 | 40,709,644.87 |
| 08/20/20 | 20140 | Franchise Tax Board | Dividend paid 100.00% on $842.37; Claim# 3; Filed: $842.37; Reference: | 5800-000 | | 842.37 | 40,708,802.50 |
| 08/20/20 | 20141 | Tennessee Department of Revenue | Dividend paid 100.00% on $102.52; Claim# 12P; Filed: $102.52; Reference: | 5800-000 | | 102.52 | 40,708,699.98 |
| 08/20/20 | 20142 | ResCap Liquidating Trust | Dividend paid  37.37% on $78.87; Claim# 1U; Filed: $78.87; Reference: | 7100-000 | | 29.48 | 40,708,670.50 |
| 08/20/20 | 20143 | ResCap Liquidating Trust | Dividend paid  37.37% on $68,484,502.06; Claim# 10; Filed: $68,484,502.06; Reference: | 7100-000 | | 25,593,132.48 | 15,115,538.02 |
| 08/20/20 | 20144 | ResCap Liquidating Trust | Dividend paid  37.37% on $3,856.11; Claim# 11; Filed: $3,856.11; Reference: | 7100-000 | | 1,441.06 | 15,114,096.96 |
| 08/20/20 | 20145 | Lehman Brothers | Dividend paid  37.37% on $13,300,000.00; Claim# 20; Filed: $44,667,183.16; Reference: | 7100-000 | | 4,970,302.07 | 10,143,794.89 |
| 08/20/20 | 20146 | Doris A. Kaelin | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 983,294.51 | 9,160,500.38 |
| | | | Subtotals : | | $0.00 | $33,731,290.01 | |

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 19-51455-MEH | |
| **Case Name:** | HOME LOAN CENTER, INC. | |
| **Taxpayer ID #:** | **-***0598 | |
| **Period Ending:** | 07/09/21 | |

| | |
|---|---|
| **Trustee:** | Doris A. Kaelin (001750) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | *****7475 - Checking Account |
| **Blanket Bond:** | $53,535,167.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%          983,250.00 on $983,250.00;  Claim# ; Filed: $1,311,096.49 | 2100-000 | | | 9,160,500.38 |
| | | | Dividend paid 100.00%          44.51 on $44.51;  Claim# ; Filed: $44.51 | 2200-000 | | | 9,160,500.38 |
| 08/24/20 | | From Account #*****4753 | Proof of Claim 15 withdrawn (Dkt 222), transfer from DRA per Order, Dkt 232 | 9999-000 | 2,000.00 | | 9,162,500.38 |
| 08/24/20 | | From Account #*****4753 | POC 16 withdrawn (Dkt 223); Per Order Dkt 232 transfer from DRA | 9999-000 | 7,252.53 | | 9,169,752.91 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5,407.78 | 9,164,345.13 |
| 09/10/20 | 20147 | Iron Mountain | August 2020 storage fees; Inv. #202202087; Acct No. 44114.059977 | 2410-000 | | 1,651.66 | 9,162,693.47 |
| 09/10/20 | 20148 | Corodata Records Management, Inc. | August 2020 storage fees; Inv. #RS4626440; Acct. #046821 | 2410-000 | | 446.05 | 9,162,247.42 |
| 09/13/20 | 20149 | International Sureties, Ltd | Bond increase premium; Bond #016048574 (Invoice 9-12-20) | 2300-000 | | 5,666.62 | 9,156,580.80 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5,500.00 | 9,151,080.80 |
| 10/06/20 | 20150 | Iron Mountain | Sept 2020 storage fees; Inv. #202218214; Acct No. 44114.059977 | 2410-000 | | 1,647.61 | 9,149,433.19 |
| 10/06/20 | 20151 | Corodata Records Management, Inc. | Sept. 2020 storage fees; Inv. #RS4634700; Acct. #046821 | 2410-000 | | 431.67 | 9,149,001.52 |
| 10/29/20 | 20136 | UNITED STATES TRUSTEE | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: Stopped: check issued on 08/20/20 | 2950-000 | | -325.00 | 9,149,326.52 |
| 10/30/20 | 20152 | UNITED STATES TRUSTEE | Replacement check for #20136 re dividend per Order approving interim distribution (Dkt 232)(715-19-51455) | 2950-000 | | 325.00 | 9,149,001.52 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5,500.00 | 9,143,501.52 |
| 11/09/20 | 20153 | Corodata Records Management, Inc. | Oct. 2020 storage fees; Inv. #RS4642977; Acct. #046821 | 2410-000 | | 446.05 | 9,143,055.47 |
| 11/09/20 | 20154 | Iron Mountain | Oct. 2020 storage fees; Inv. #202242271; Acct No. 44114.059977 | 2410-000 | | 1,651.66 | 9,141,403.81 |
| 11/24/20 | {16} | State Treasurer, Raleigh, North Carolina | Corporate income tax refund for 2019 | 1224-000 | 25.00 | | 9,141,428.81 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5,407.78 | 9,136,021.03 |
| 12/04/20 | 20155 | Iron Mountain | Nov. 2020 storage fees; Inv. #202260064; Acct No. 44114.059977 | 2410-000 | | 1,647.61 | 9,134,373.42 |
| 12/04/20 | 20156 | Corodata Records Management, | Nov. 2020 storage fees; Inv. #RS4651272; | 2410-000 | | 431.67 | 9,133,941.75 |
| | | | | Subtotals : | $9,277.53 | $35,836.16 | |

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 19-51455-MEH
**Case Name:** HOME LOAN CENTER, INC.

**Taxpayer ID #:** **-***0598
**Period Ending:** 07/09/21

**Trustee:** Doris A. Kaelin (001750)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******7475 - Checking Account
**Blanket Bond:** $53,535,167.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Inc. | Acct. #046821 | | | | |
| 12/16/20 | 20157 | Foster Graham Milstein & Calisher LLP | Court approved fees per Order (Dkt. 284); Firm Stmt. #176817 | 3210-000 | | 43,449.00 | 9,090,492.75 |
| 12/16/20 | 20158 | Foster Graham Milstein & Calisher LLP | Court approved expense reimbursement per Order (Dkt. 284); Firm Stmt. #176817 | 3220-000 | | 799.18 | 9,089,693.57 |
| 12/21/20 | 20159 | International Sureties, Ltd | Bond premium payment on ledger balance as of 12-21-20 for Case No. 19-51455; Bond #016048574 | 2300-000 | | 4,680.74 | 9,085,012.83 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5,500.00 | 9,079,512.83 |
| 01/05/21 | | Arch & Beam | Turnover of unused retainer as of petition date per Order (Dkt 287) | | 116,878.57 | | 9,196,391.40 |
| | {4} | | Unused retainer of Arch & Beam on petition date  117,210.52 | 1129-000 | | | 9,196,391.40 |
| | | Arch + Beam Global LLC | Allowed administrative claim for post-conversion expenses per Order Dkt 287  -331.95 | 3992-000 | | | 9,196,391.40 |
| 01/08/21 | | From Account #******4753 | Transfer of balance of reserve re Chase Claim #17 to general estate account per Order (Dkt 286) | 9999-000 | 994,526.80 | | 10,190,918.20 |
| 01/08/21 | 20160 | Corodata Records Management, Inc. | Dec 2020 storage fees; Inv. #RS4659601; Acct. #046821 | 2410-000 | | 447.12 | 10,190,471.08 |
| 01/08/21 | 20161 | Iron Mountain | Dec. 2020 storage fees; Inv. #202267016; Acct No. 44114.059977 | 2410-000 | | 1,651.66 | 10,188,819.42 |
| 01/13/21 | 20162 | Corodata Records Management, Inc. | Inv. #046821; Acct. #046821; Final Invoice for storage and file destruction (Order, Dkt 236) | | | 13,793.10 | 10,175,026.32 |
| | | | Storage fees per Inv. 0466821  1,028.74 | 2410-000 | | | 10,175,026.32 |
| | | | File Destruction (per Order, Dkt 236)  12,764.36 | 2990-000 | | | 10,175,026.32 |
| 01/25/21 | | From Account #******4753 | Distribution Reserve Account dissolved per Order, Dkt. 294 | 9999-000 | 532,789.54 | | 10,707,815.86 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5,422.09 | 10,702,393.77 |
| 02/05/21 | 20163 | Iron Mountain | Jan. 2021 storage fees; Inv. #202280814; Acct No. 44114.059977 | 2410-000 | | 2,003.51 | 10,700,390.26 |
| 02/09/21 | 20164 | Iron Mountain | Invoice #191954 re file destruction paid per Order, Dkt. 236 | 2410-000 | | 5,995.28 | 10,694,394.98 |
| 02/19/21 | {9} | Katten Muchin Rosenman LLP | Turnover of balance of unused retainer | 1129-000 | 20.00 | | 10,694,414.98 |
| 05/11/21 | 20165 | Tennessee Department of Revenue | Dividend paid 100.00% on $127.90; Claim# | 5800-000 | | 127.90 | 10,694,287.08 |

Subtotals : $1,644,214.91  $83,869.58

{} Asset reference(s)

Case: 19-51455   Doc# 308   Filed: 07/13/21   Entered: 07/13/21 12:03:24   Page 19 of 23

Exhibit 9

Page: 9

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 19-51455-MEH |
| **Case Name:** | HOME LOAN CENTER, INC. |
| **Taxpayer ID #:** | **-***0598 |
| **Period Ending:** | 07/09/21 |

| | |
|---|---|
| **Trustee:** | Doris A. Kaelin (001750) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******7475 - Checking Account |
| **Blanket Bond:** | $53,535,167.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 23; Filed: $127.90; Reference: | | | | |
| 05/11/21 | 20166 | Mississippi Department of Revenue | Dividend paid 100.00% on $27.93; Claim# 24; Filed: $27.93; Reference: | 5800-000 | | 27.93 | 10,694,259.15 |
| 05/11/21 | 20167 | JPMorgan Chase & Co. | Dividend paid 49.86% on $475,000.00; Claim# 17; Filed: $3,136,248.00; Reference: | 7100-000 | | 59,339.37 | 10,634,919.78 |
| 05/11/21 | 20168 | Lehman Brothers | Dividend paid 49.86% on $13,300,000.00; Claim# 20; Filed: $44,667,183.16; Reference: | 7100-000 | | 1,661,502.04 | 8,973,417.74 |
| 05/11/21 | 20169 | Doris A. Kaelin | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 331,364.06 | 8,642,053.68 |
| | | | Dividend paid 100.00%    331,363.56 on $1,314,613.56; Claim# ; Filed: $1,314,613.56 | 2100-000 | | | 8,642,053.68 |
| | | | Dividend paid 100.00%    0.50 on $45.01;  Claim# ; Filed: $45.01 | 2200-000 | | | 8,642,053.68 |
| 05/11/21 | 20170 | Kokjer, Pierotti, Maiocco & Duck LLP | Combined Check for Claims#et_al. | | | 47,440.10 | 8,594,613.58 |
| | | | Dividend paid 100.00%    46,832.50 on $130,932.50; Claim# ; Filed: $130,932.50 | 3410-000 | | | 8,594,613.58 |
| | | | Dividend paid 100.00%    607.60 on $1,481.80;  Claim# ; Filed: $1,481.80 | 3420-000 | | | 8,594,613.58 |
| 05/11/21 | 20171 | LendingTree, LLC | Combined Check for Claims#1U,10,11 | | | 8,555,915.68 | 38,697.90 |
| | | | Dividend paid 49.86%    9.86 on $78.87; Claim# 1U; Filed: $78.87 | 7100-000 | | | 38,697.90 |
| | | | Dividend paid 49.86%    8,555,424.09 on $68,484,502.06; Claim# 10; Filed: $68,484,502.06 | 7100-000 | | | 38,697.90 |
| | | | Dividend paid 49.86%    481.73 on $3,856.11;  Claim# 11; Filed: $3,856.11 | 7100-000 | | | 38,697.90 |
| 05/11/21 | 20172 | Rincon Law LLP | Combined Check for Claims#et_al. | | | 38,697.90 | 0.00 |
| | | | Dividend paid 100.00%    37,282.50 on $398,577.50;  Claim# ; Filed: $398,577.50 | 3210-000 | | | 0.00 |

| | | Subtotals : | $0.00 | $10,694,287.08 |
|---|---|---|---|---|

Exhibit 9

Page: 10

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Case Number: 19-51455-MEH

Case Name: HOME LOAN CENTER, INC.

Taxpayer ID #: **-***0598

Period Ending: 07/09/21

Trustee: Doris A. Kaelin (001750)

Bank Name: Metropolitan Commercial Bank

Account: ******7475 - Checking Account

Blanket Bond: $53,535,167.00  (per case limit)

Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%  1,415.40 on $3,948.46;  Claim# ; Filed: $3,948.46 | 3220-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 44,561,730.32 | 44,561,730.32 | $0.00 |
| Less: Bank Transfers | 8,444,806.75 | 1,731,290.00 | |
| **Subtotal** | 36,116,923.57 | 42,830,440.32 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$36,116,923.57** | **$42,830,440.32** | |

{} Asset reference(s)                    Printed: 07/09/2021 06:39 PM  V.20.34

Exhibit 9

Page: 11

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 19-51455-MEH | | **Trustee:** | Doris A. Kaelin (001750) | | |
| **Case Name:** | HOME LOAN CENTER, INC. | | **Bank Name:** | Metropolitan Commercial Bank | | |
| | | | **Account:** | ******4753 - Distribution Reserve Acct | | |
| **Taxpayer ID #:** | **-***0598 | | **Blanket Bond:** | $53,535,167.00 (per case limit) | | |
| **Period Ending:** | 07/09/21 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/20 | | From Account #******7475 | Distribution Reserve Account (per Order, Dkt 232) | 9999-000 | 1,731,290.00 | | 1,731,290.00 |
| 08/24/20 | | To Account #******7475 | Proof of Claim 15 withdrawn (Dkt 222), transfer from DRA per Order, Dkt 232 | 9999-000 | | 2,000.00 | 1,729,290.00 |
| 08/24/20 | | To Account #******7475 | POC 16 withdrawn (Dkt 223); Per Order Dkt 232 transfer from DRA | 9999-000 | | 7,252.53 | 1,722,037.47 |
| 12/21/20 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/21/2020 FOR CASE #19-51455, Bond #016048574 (1-1-21 to 1-1-22)<br>Voided on 12/21/20 | 2300-000 | | 4,680.74 | 1,717,356.73 |
| 12/21/20 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/21/2020 FOR CASE #19-51455, Bond #016048574 (1-1-21 to 1-1-22)<br>Voided: check issued on 12/21/20 | 2300-000 | | -4,680.74 | 1,722,037.47 |
| 01/08/21 | | To Account #******7475 | Transfer of balance of reserve re Chase Claim #17 to general estate account per Order (Dkt 286) | 9999-000 | | 994,526.80 | 727,510.67 |
| 01/08/21 | 102 | JPMorgan Chase & Co. | Catch-up interim distribution per Order (Dkt 286) | 7100-000 | | 177,510.79 | 549,999.88 |
| 01/14/21 | 103 | Pachulski Stang Ziehl & Jones LLP | Net fees owing per approved fee application (Order Dkt 289), paid per Order (Dkt 291) | 6210-000 | | 17,210.34 | 532,789.54 |
| 01/25/21 | | To Account #******7475 | Distribution Reserve Account dissolved per Order, Dkt. 294 | 9999-000 | | 532,789.54 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,731,290.00 | 1,731,290.00 | **$0.00** |
| Less: Bank Transfers | 1,731,290.00 | 1,536,568.87 | |
| **Subtotal** | **0.00** | **194,721.13** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$194,721.13** | |

Exhibit 9

Page: 12

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 19-51455-MEH | **Trustee:** | Doris A. Kaelin (001750) |
| **Case Name:** | HOME LOAN CENTER, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account:** | ******4753 - Distribution Reserve Acct |
| **Taxpayer ID #:** | **-***0598 | **Blanket Bond:** | $53,535,167.00 (per case limit) |
| **Period Ending:** | 07/09/21 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Net Receipts : | 43,045,140.06 | |
| Plus Gross Adjustments : | 331.95 | |
| Net Estate : | $43,045,472.01 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ********3641 | 6,928,216.49 | 19,978.61 | 0.00 |
| Checking # ******3641 | 0.00 | 0.00 | 0.00 |
| Checking # ******7343 | 0.00 | 0.00 | 0.00 |
| Checking # ******7475 | 36,116,923.57 | 42,830,440.32 | 0.00 |
| Checking # ******4753 | 0.00 | 194,721.13 | 0.00 |
| | $43,045,140.06 | $43,045,140.06 | $0.00 |